**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:02-cv-1282** |
| **v.** | ) | **Hon. Susan G. Braden** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF, NCLN20, INC.'S, RESPONSE AND OBJECTIONS TO DEFENDANT'S STATUS REPORT DATED 12/1/06**

Plaintiff, NCLN20, Inc., by its undersigned Counsel, herewith submits its Response and Objections to Defendant USA's Status Report dated 12/1/06, and received by U.S. Mail on 12/8/06, as follows:

NCLN20, Inc.'s Counsel did transmit on 10/27/06 to Contract Officer Arthur S. Dobbs and, at Dobbs' request, to the USA's Defense Contract Audit Agency, Ms. Doris White (via Federal Express) the following:

(1) Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breaches of Contract # GS05PO1GCD0009 of which the Cover Page and Certification is attached hereto and incorporated herein by reference as ***Exhibit A***;

(2) Request for Final Decision, with Certificate of Service of which a copy is attached hereto and incorporated herein by reference as ***Exhibit B***;

(3) Appendix I referencing Binder (Exhibits 1 through 81), and Start-up Performance Summary and Documentation Binder (Tabs A through J); and

(4) Crawford & Winiarski Financial Consulting Exhibit Binders I and II (Schedules 1-13, together with calculations, overview, assumptions and notes) and Exhibits A through R.

See copies of Transmittal Letters to Dobbs and White dated 10/27/06, which are attached hereto and incorporated herein by reference as ***Exhibits C and D.***

Further, in response to the 1st, 2nd and 3rd sentences in ¶ 1 of said Status Report, NCLN20 relies on and refers the USA and the Court to the USA's Status Reports of 12/05, 3/06, 6/06 and 9/06.

Further, in response to the 4th sentence of ¶ 1 of said Status Report, NCLN20 denies the allegation because it appears:

(1) to constitute erroneous legal conclusions;

(2) to misstate the purpose and scope of the DCAA's audit with respect to NCLN20's Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract # GS05PO1GCD0009. E.g. see Tecom, Inc. v. United States, 66 Fed Ct 736, 773-775; 2005 U.S. Claims LEXIS 195; and

(3) Erroneously states that the information requested by purported C.O. Roger R. Pinnau on 10/7/05 (4-page Adobe Acrobat PDF) and 11/21/05 is relevant and material to C.O. Dobbs' quantification of NCLN20 Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract # GS05PO1GCD0009. See, e.g., NCLN20's prior Counsel's (Malyszek & Malyszek) Letter to C.O. Dobbs dated 12/1/05.

Further, in response to the 5th sentence of the 1st ¶ of the aforesaid Status Report, NCLN20 denies the allegation because it appears to:

(1) constitute erroneous legal conclusions;

(2) misconstrue NCLN20's Anticipatory Breach of Contract Damages Claims as sought in its Request for Equitable Adjustment dated 8/31/05 (i.e.,

pages 1 and 11) and as Certified, Restated, Supplemented and Amended on 10/26/06; and

(3) be inconsistent with the legal theories of NCLN20's Anticipatory Breach of Contract Monetary Damages Claims.

Further, in response to the 2nd ¶, Page 2 of the aforesaid Status Report, NCLN20 alleges that:

(1) the 1st sentence improperly describes and characterizes NCLN20's Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract # GS05PO1GCD0009 dated 10/26/06; and

(2) the last sentence is inconsistent with the time in which C.O. Dobbs expects to issue his report. See USA: Status Report dated 9/5/06, 2nd ¶, ("once the DCAA completes the audit, the contracting officer expects to be able to issue his final decision . . . within 60 days.").

Respectfully Submitted By,

***CLARENCE B. TUCKER, SR., PLLC***

s/Clarence B. Tucker, Sr.
**CLARENCE B. TUCKER, SR. (P-40703)**
Attorney for Plaintiff, NCLN20, Inc.

Date: 12/18/06

# APPENDIX
# FOR
# PLAINTIFF, NCLN20, INC.'S RESPONSE & OBJECTIONS TO DEFENDANT'S STATUS REPORT DATED 12/1/06

| EXHIBIT | TITLE |
|---|---|
| A | Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breaches of Contract # GS05PO1GCD0009 COVER PAGE and CERTIFICATION |
| B | Request for Final Decision and Certificate of Service |
| C | Transmittal Letter to Arthur S. Dobbs dated 10/27/06 |
| D | Transmittal Letter to Doris White dated 10/27/06 |

# EXHIBIT

# A

# NCLN20, INC.'S CERTIFIED RESTATED, SUPPLEMENTED AND AMENDED CLAIMS FOR MONETARY DAMAGES FOR ANTICIPATORY BREACHES OF CONTRACT SUBMITTED TO ARTHUR S. DOBBS, CONTRACTING OFFICER, FEDERAL PROTECTIVE SERVICE FOR THE STATE OF MICHIGAN UNDER IFB INDEFINITE DELIVERY, FIXED (UNIT) PRICE REQUIREMENTS SERVICE CONTRACT #GS05PO1GCD0009

# AND

# REQUEST FOR FINAL DECISION

# AND

# EXHIBITS 1-81

# CERTIFICATION OF CLAIM FOR MONEY DAMAGES DUE TO BREACH OF CONTRACT

of

**NCLN20, Inc.**

concerning

**Contract No. GS05P01GCD0009**

---

I, Stephen Jones, President of NCLN20, Inc., certify that:

**a.** The attached *Restated, Supplemented and Amended Monetary Claims for Breaches of Contract #GS05PO1GCD0009* is made in good faith;

**b.** The supporting data is accurate and complete to the best of my knowledge and belief;

**c.** The amount requested accurately reflects the contract adjustment for which NCLN20, Inc. believes the government is liable; and

**d.** I am duly authorized to certify this claim on behalf of the Company.

**STEPHEN JONES**
President
NCLN20, Inc.

Date: October 26, 2006

# EXHIBIT

# B

# REQUEST FOR FINAL DECISION

10/26/06

Arthur S. Dobbs, Contracting Officer
U.S. Department of Homeland Security
Federal Protective Service-Region 5
230 South Dearborn Street
Suite 3540 (5PSAC)
Chicago, IL 60604
U.S. Immigration and
Customs Enforcement

Dear Sir:

On 8/31/05, NCLN20, Inc. submitted a claim for breach of the Contract in the amount of $4,904,074.00 to Contracting Officer Arthur S. Dobbs, mischaracterized as an equitable adjustment. On 12/1/05, its counsel, Malyszek & Malyszek submitted a letter to CO Dobbs, with an attached Break Down of the Monetary Damages Claims of $4,904,074.00. By order of 10/3/05, Judge Braden in NCLN20, Inc. v U.S., U.S. Federal Court of Claims #02-1282C, issued an order staying the action, pending CO Dobbs' final adjudication of NCLN20's Monetary Damages Claims.

Pursuant to the Status Reports submitted to the Court, NCLN20 herewith submits its Restated, Modified and Amended Claims for Monetary Damages for Breaches of Contract, together with citation of authorities, additional Data and a Legal Brief.

Since early 2006, the USA informed NCLN20's counsel that Defense Contract Audit Agency has agreed to conduct an independent audit and is awaiting receipt of NCLN20's Restated, Modified and Amended Claims for Monetary Damages for Breaches of Contract and additional substantiating Data and access to NCLN20's accounting records.

For the foregoing reasons, it is requested that the Contracting Officer, within the next sixty (60) days, either (1) meet with NCLN20 through its of record counsel,

Clarence B. Tucker, Sr., PLLC/Clarence B. Tucker, Esq., for the purpose of settling its claims and executing the necessary supplemental agreements; or (2) issue a final decision from which an appeal may be taken under the "Disputes" clause of the Contract.

In the event that Contracting Officer Arthur Dobbs fails to take one of the courses of action outlined above, NCLN20, Inc. must conclude that CO Dobbs intends to deny the claim and, accordingly, NCLN20, Inc. will appeal the failure or refusal to issue a final decision to the United States Court of Federal Claims, via amendment to its complaint in NCLN20 vs. U.S., U.S. Ct Fed Cl #02-1282C.

Very truly yours,

**NCLN20, INC.**

By: ______________________

**Stephen Jones**
Its CEO

## CERTIFICATE OF SERVICE

It is hereby certified that on the 27th day of October, 2006, a copy of NCLN20, Inc.'s Restated, Supplemented and Amended Claims for Monetary Damages for Breaches of Contract, Request for Final Decision, Appendices I and II Supporting Data were submitted to Arthur S. Dobbs, Contract Officer, U.S. Department of Homeland Security, Federal Protective Service-Region 5, at 230 South Dearborn Street, Suite 3540 (5PSAC), U.S. Immigration and Customs Enforcement, Chicago ILL 60604.

______________________
Holly Taylor

# EXHIBIT C

***CLARENCE B. TUCKER, SR., PLLC***
***TUCKER & HUGHES, PLLC***
**Attorneys and Counsellors at Law**
**615 Griswold Street - Suite 920**
**Detroit, Michigan 48226**

**CLARENCE B. TUCKER, SR.**
**JUANITA GAVIN HUGHES**
**Email: ctucker@tuckerandhughespllc.com**

**Telephone: (313) 230-7892**
**Telefax: (313) 230-7896**

October 27, 2006

***Sent Via Federal Express**

**Arthur S. Dobbs, Contracting Officer**
U.S. Department of Homeland Security
Federal Protective Service – Region 5
230 South Dearborn Street
Suite 3540 (5PSAC)
Chicago, IL 60604
U.S. Immigration and
Customs Enforcement

**Re: NCLN20, Inc.'s Certified Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract#: GS05P01GCD0009**

---

Dear Mr. Dobbs:

As you know, we are the attorneys for NCLN20, Inc. and it is in that capacity that we write this letter. Per our telephone conversation of October 26, 2006, we are transmitting to you a copy of NCLN20, Inc.'s:

1. **Certified Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract#: GS05P01GCD0009;**

2. **Request for Final Decision, with Certificate of Service;**

3. **Appendix I Referencing Binder (Exhibits 1 through 81), and Start-up Performance Summary and Documentation Binder (Tabs A through J);**

4. **Crawford & Winiarski Financial Consulting Exhibit Binders I and II (Schedules 1-13, together with calculations, overview, assumptions and notes) and Exhibits A through R.**

Thank you for your attention to this Matter.

Very Truly Yours,

Clarence B. Tucker, Sr.

Enclosures
Cc: NCLN20, Inc.
Ms. Doris White, Supervisory Auditor

# EXHIBIT D

**Clarence B. Tucker, Sr., PLLC**
Attorneys and Counselors at law
615 Griswold Street – Suite 920
Detroit, Michigan 48226

CLARENCE B. TUCKER, SR.

Telephone: (313) 230-7892
Telefax: (313) 230-7896

October 27, 2006

*Via Federal Express*
Ms. Doris White,
Supervisory Auditor
DCAA East Baybridge Office
3950 Paseo Padre Parkway
Suite 210
Fremont CA 94538

Re NCLN20, Inc.'s Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract #GS05P01GCD0009

Dear Ms. White:

As you know, we are the attorneys for NCLN20, Inc. and it is in that capacity that we write this letter. At the request of Mr. Arthur S. Dobbs, we are transmitting to you a copy of NCLN20, Inc.'s:

1. Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breaches of Contract #GS05PO1GCD0009;

2. Request for Final Decision, with Certificate of Service;

3. Appendix I referencing Binder (Exhibits 1 through 81), and Start-up Performance Summary and Documentation Binder (Tabs A through J);

4. Crawford & Winiarski Financial Consulting Exhibit Binders I and II (Schedules 1 – 13, together with calculations, overview, assumptions and notes) and Exhibits A through R.

Please be advised that all communications to and requests for information from NCLN20, Inc. should be had with and directed to:

Clarence B. Tucker, Sr., Esq., PLLC
615 Griswold Street, Suite 920
Detroit MI 48226
Phone (313) 230-7892
Fax (313) 230-7896
Cell (313) 363-3433
E-mail Ctucker@TuckerandHughesPLLC.com

Should you have any questions regarding NCLN20, Inc. aforesaid Claims, please contact me.

Very truly yours,

CLARENCE B. TUCKER, SR., PLLC
By [signature]
Clarence B. Tucker, Esq.

cc Mr. Stephen Jones
Mr. Arthur S. Dobbs