# APPENDIX
# FOR
# PLAINTIFF, NCLN20, INC.'S RESPONSE & OBJECTIONS TO DEFENDANT'S STATUS REPORT DATED 12/1/06

| EXHIBIT | TITLE |
|---|---|
| A | Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breaches of Contract # GS05PO1GCD0009 COVER PAGE and CERTIFICATION |
| B | Request for Final Decision and Certificate of Service |
| C | Transmittal Letter to Arthur S. Dobbs dated 10/27/06 |
| D | Transmittal Letter to Doris White dated 10/27/06 |