# EXHIBIT

# A

# NCLN20, INC.'S CERTIFIED RESTATED, SUPPLEMENTED AND AMENDED CLAIMS FOR MONETARY DAMAGES FOR ANTICIPATORY BREACHES OF CONTRACT SUBMITTED TO ARTHUR S. DOBBS, CONTRACTING OFFICER, FEDERAL PROTECTIVE SERVICE FOR THE STATE OF MICHIGAN UNDER IFB INDEFINITE DELIVERY, FIXED (UNIT) PRICE REQUIREMENTS SERVICE <u>CONTRACT #GS05PO1GCD0009</u>

# AND

# <u>REQUEST FOR FINAL DECISION</u>

# AND

# <u>EXHIBITS 1-81</u>

# CERTIFICATION OF CLAIM FOR MONEY DAMAGES DUE TO BREACH OF CONTRACT

of

**NCLN20, Inc.**

concerning

**Contract No. GS05P01GCD0009**

---

I, Stephen Jones, President of NCLN20, Inc., certify that:

**a.** The attached *Restated, Supplemented and Amended Monetary Claims for Breaches of Contract #GS05PO1GCD0009* is made in good faith;

**b.** The supporting data is accurate and complete to the best of my knowledge and belief;

**c.** The amount requested accurately reflects the contract adjustment for which NCLN20, Inc. believes the government is liable; and

**d.** I am duly authorized to certify this claim on behalf of the Company.

**STEPHEN JONES**
President
NCLN20, Inc.

Date: October 26, 2006