# EXHIBIT

# B

# REQUEST FOR FINAL DECISION

10/26/06

Arthur S. Dobbs, Contracting Officer
U.S. Department of Homeland Security
Federal Protective Service-Region 5
230 South Dearborn Street
Suite 3540 (5PSAC)
Chicago, IL 60604
U.S. Immigration and
Customs Enforcement

Dear Sir:

On 8/31/05, NCLN20, Inc. submitted a claim for breach of the Contract in the amount of $4,904,074.00 to Contracting Officer Arthur S. Dobbs, mischaracterized as an equitable adjustment. On 12/1/05, its counsel, Malyszek & Malyszek submitted a letter to CO Dobbs, with an attached Break Down of the Monetary Damages Claims of $4,904,074.00. By order of 10/3/05, Judge Braden in NCLN20, Inc. v U.S., U.S. Federal Court of Claims #02-1282C, issued an order staying the action, pending CO Dobbs' final adjudication of NCLN20's Monetary Damages Claims.

Pursuant to the Status Reports submitted to the Court, NCLN20 herewith submits its Restated, Modified and Amended Claims for Monetary Damages for Breaches of Contract, together with citation of authorities, additional Data and a Legal Brief.

Since early 2006, the USA informed NCLN20's counsel that Defense Contract Audit Agency has agreed to conduct an independent audit and is awaiting receipt of NCLN20's Restated, Modified and Amended Claims for Monetary Damages for Breaches of Contract and additional substantiating Data and access to NCLN20's accounting records.

For the foregoing reasons, it is requested that the Contracting Officer, within the next sixty (60) days, either (1) meet with NCLN20 through its of record counsel,

Clarence B. Tucker, Sr., PLLC/Clarence B. Tucker, Esq., for the purpose of settling its claims and executing the necessary supplemental agreements; or (2) issue a final decision from which an appeal may be taken under the "Disputes" clause of the Contract.

In the event that Contracting Officer Arthur Dobbs fails to take one of the courses of action outlined above, NCLN20, Inc. must conclude that CO Dobbs intends to deny the claim and, accordingly, NCLN20, Inc. will appeal the failure or refusal to issue a final decision to the United States Court of Federal Claims, via amendment to its complaint in NCLN20 vs. U.S., U.S. Ct Fed Cl #02-1282C.

Very truly yours,

**NCLN20, INC.**

By: ______________________

**Stephen Jones**
Its CEO

## CERTIFICATE OF SERVICE

It is hereby certified that on the 27th day of October, 2006, a copy of NCLN20, Inc.'s Restated, Supplemented and Amended Claims for Monetary Damages for Breaches of Contract, Request for Final Decision, Appendices I and II Supporting Data were submitted to Arthur S. Dobbs, Contract Officer, U.S. Department of Homeland Security, Federal Protective Service-Region 5, at 230 South Dearborn Street, Suite 3540 (5PSAC), U.S. Immigration and Customs Enforcement, Chicago ILL 60604.

______________________
Holly Taylor