# EXHIBIT
# C

***CLARENCE B. TUCKER, SR., PLLC***
***TUCKER & HUGHES, PLLC***
**Attorneys and Counsellors at Law**
**615 Griswold Street - Suite 920**
**Detroit, Michigan 48226**

**CLARENCE B. TUCKER, SR.**
**JUANITA GAVIN HUGHES**
**Email: ctucker@tuckerandhughespllc.com**

**Telephone: (313) 230-7892**
**Telefax: (313) 230-7896**

October 27, 2006

***Sent Via Federal Express**

**Arthur S. Dobbs, Contracting Officer**
U.S. Department of Homeland Security
Federal Protective Service – Region 5
230 South Dearborn Street
Suite 3540 (5PSAC)
Chicago, IL 60604
U.S. Immigration and
Customs Enforcement

**Re: NCLN20, Inc.'s Certified Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract#: GS05P01GCD0009**

---

Dear Mr. Dobbs:

As you know, we are the attorneys for NCLN20, Inc. and it is in that capacity that we write this letter. Per our telephone conversation of October 26, 2006, we are transmitting to you a copy of NCLN20, Inc.'s:

1. **Certified Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract#: GS05P01GCD0009;**

2. **Request for Final Decision, with Certificate of Service;**

3. **Appendix I Referencing Binder (Exhibits 1 through 81), and Start-up Performance Summary and Documentation Binder (Tabs A through J);**

4. **Crawford & Winiarski Financial Consulting Exhibit Binders I and II (Schedules 1-13, together with calculations, overview, assumptions and notes) and Exhibits A through R.**

Thank you for your attention to this Matter.

Very Truly Yours,

Clarence B. Tucker, Sr.

Enclosures
Cc: NCLN20, Inc.
Ms. Doris White, Supervisory Auditor