# EXHIBIT
# D

**Clarence B. Tucker, Sr., PLLC**
Attorneys and Counselors at law
615 Griswold Street – Suite 920
Detroit, Michigan 48226

CLARENCE B. TUCKER, SR.

Telephone: (313) 230-7892
Telefax: (313) 230-7896

October 27, 2006

*Via Federal Express*
Ms. Doris White,
Supervisory Auditor
DCAA East Baybridge Office
3950 Paseo Padre Parkway
Suite 210
Fremont CA 94538

Re NCLN20, Inc.'s Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract #GS05P01GCD0009

Dear Ms. White:

As you know, we are the attorneys for NCLN20, Inc. and it is in that capacity that we write this letter. At the request of Mr. Arthur S. Dobbs, we are transmitting to you a copy of NCLN20, Inc.'s:

1. Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breaches of Contract #GS05PO1GCD0009;

2. Request for Final Decision, with Certificate of Service;

3. Appendix I referencing Binder (Exhibits 1 through 81), and Start-up Performance Summary and Documentation Binder (Tabs A through J);

4. Crawford & Winiarski Financial Consulting Exhibit Binders I and II (Schedules 1 – 13, together with calculations, overview, assumptions and notes) and Exhibits A through R.

Please be advised that all communications to and requests for information from NCLN20, Inc. should be had with and directed to:

Clarence B. Tucker, Sr., Esq., PLLC
615 Griswold Street, Suite 920
Detroit MI 48226
Phone (313) 230-7892
Fax (313) 230-7896
Cell (313) 363-3433
E-mail Ctucker@TuckerandHughesPLLC.com

Should you have any questions regarding NCLN20, Inc. aforesaid Claims, please contact me.

Very truly yours,

CLARENCE B. TUCKER, SR., PLLC
By [signature]
Clarence B. Tucker, Esq.

cc Mr. Stephen Jones
Mr. Arthur S. Dobbs