**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:02-cv-1282** |
| v. | ) | **Hon. Susan G. Braden** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF, NCLN20, INC.'S,**
**RESPONSE TO THE LAW CLERK'S EMAIL DATED 3/5/07**
**REQUIRING AN UPDATE ON THE STATUS OF THE DCAA AUDIT**
**AND**
**RESPONSE AND OBJECTIONS TO DEFENDANT USA'S EMAIL DATED**
**3/17/07 RE: "STATUS OF DCAA AUDIT"**

Plaintiff, NCLN20, Inc., by its undersigned Counsel, herewith submits its Response to the Law Clerk's Email dated 3/5/07 requiring an update on the status of the DCAA Audit and Plaintiff NCLN20, Inc.'s Response and Objections to Defendant USA's Email RE: "Status of DCAA Audit in NCLN20 v. United States" dated 3/7/07, Exhibit F hereto, as follows:

**1.** On 3/5/07, Mr. Matthew Spengler, Law Clerk for the Hon. Susan G. Braden, transmitted an Email to Counsel, of which a copy is marked **Exhibit A** and attached hereto, which reads:

> **"Subject: Status of DCAA audit in NCLN20 v. United States**
>
> **Counsel,**
> **The Government's Dec. 1, 2006 Status Report indicated that DCAA expected to complete its audit by Feb. 28, 2007. Judge Braden would like an update on the status of the audit and an approximate timeframe regarding the CO's decision on the REA. Thank you.**

**Matthew Spengler**
**Law Clerk for The Honorable Susan G. Braden**
**U.S. Court of Federal Claims**
**Phone: 202/357-6519 Fax: 202/357-6522"**

**2.** In further response, Plaintiff NCLN20, Inc. refers the Court to the following:

**a.** Plaintiff NCLN20, Inc.'s Response and Objections to Defendant's Status Report filed 12/18/06;

**b.** Plaintiff NCLN20, Inc.'s Letter dated 2/27/07 to Defendant USA's Counsel regarding:

> **"*NCLN20, Inc. v. USA*, U.S. Ct Fed Cl #02-1282C, Notice of Intent to file a Petition under 41 USC § 605(c)(4) to compel Contracting Officer, Arthur Dobbs, to issue a Final Decision on NCLN20, Inc.'s Certified, Restated, Modified and Amended Claims for Monetary Damages for Breaches of Contract dated 10/16/06 and submitted to Contracting Officer Arthur S. Dobbs on 10/27/06"** of which a copy is marked **Exhibit B** and attached hereto;

**c.** On 2/16/07, Ms. Doris White, Supervising Auditor of DCAA, transmitted an Email to Plaintiff NCLN20, Inc.'s Counsel, of which a copy is marked as **Exhibit C** and attached hereto and which reads:

> **"Subject: NCLN-20**
>
> **As discussed with you on the phone we has resolved the issue regarding the scope of work we are going to perform. At this time we are waiting for funding in order to perform the need audit effort. Once funding is approved we will set up a date an time to review the books and records. (Emphasis added)**
>
> **Note: We are not the ones to make a determination regarding the contract - This is the responsibility of the contracting officer. Our effort provides factual information regarding the books and records as well as the contract in order for contracting officer to make the decision. (Emphasis added)**
>
> **Doris M. White, CPA**
> **Supervisory Auditor**

**East Bay Branch Office**
**Direct Phone Line (510) 742-2124**
**Main Phone (510) 713-0586 FAX (510) 713-0678**
**E-mail: doris.white@dcaa.mil"**

**d.** On 2/19/07, Plaintiff NCLN20, Inc.'s Counsel responded to Ms. White's aforesaid Email, of which a copy is marked as **Exhibit D** and attached hereto and which reads:

> **"RE: NCLN20, Inc.'s Certified, Amended, Restated and Supplemental Monetary Damages Claims For Anticipatory Breaches of Contract Submitted 10/27/06.**
>
> **Thank you for your Email dated 2/16/07. Please advise: (1) of your expected definite time frame in which you will start and complete your audit of NCLN20's aforesaid Claim; (2) the scope of said audit and who issued your Inter-Agency Order and when; and (3) from whom and when you expect to receive your enabling funds.**
>
> **Your prompt response will be greatly appreciated."** and

**e.** In response to Ms. White's telephone message of 3/7/07 left on Plaintiff's Counsel's cell phone, on 3/8/07 Plaintiff NCLN20, Inc.'s Counsel transmitted a Response Email to Ms. White, of which a copy is marked as **Exhibit E** and attached hereto and which reads:

> **"Subject: DCAA Audit of NCLN20, Inc.'s Monetary Damages Claims for Anticipatory Breaches of Contract #GS05PO1GCD0009 Submitted 10/27/06**
>
> **Ms. White,**
> **Please refer to (1) my Email to you of 2/19/O7; (2) your E-mail dated 2/16/07 to me; and (3) Your oral message left on my cell telephone message recorded yesterday, March 7, 2007, stating that the DCAA has received its funding and that you wanted the name and telephone number of NCLN20, Inc.'s contact parson in order to arrange a time, date and place to gain access to NCLN20, Inc.'s books and records to verify its claims.**

**As you may know, on 3/5/07, the Clerk for Judge Susan Braden requested that counsel provide the court with 'an update on the status of the audit and an approximate time frame regarding the CO's decision on the REA[sic] [NCLN20's breach of contract claims]'**

**Consequently, again, I request that you formally respond to my Email dated 2/19/07. To assist NCLN20, Inc. in responding to your telephone message and inquiry of yesterday, as soon as possible, please:**

1. **respond to my Email dated 2/19/07;**
2. **identify all USA agencies who initiated or requested the DCAA to conduct the subject audit;**
3. **identify all books and records of NCLN20, Inc. which the DCAA wish to review or audit in verification or substantiation of NCLN20's claims; and**
4. **describe any audit, verification or other service work that you have performed and/or completed at the request of any USA Agency including The Department of Homeland Security, The Federal Protection Service, and General Services Administration since October 27, 2006 concerning the above subject Matter.**

**Your prompt response will be greatly appreciated. Thank you."**

**3.** As more specifically stated in NCLN20, Inc.'s Counsel's Letter dated 2/27/07, of which a copy is marked Exhibit B and attached hereto;

> **"In the event that Ms. White fails to favorably respond to my Email of 2/19/07 by 5:00pm EST on 3/5/07, and CO Dobbs fails to take one of the courses of action under 41 USCS § 605(c)(2)(A) or under 41 USCS § 605(c)(2)(B) and § 605(c)(3) by 5:00pm EST on 3/9/07, NCLN20, Inc. will exercise its rights under 41 USCS 605(c)(4), (5)."**

**4.** On 3/7/07, Douglas Mickle, in response to Matthew Spengler's, Law Clerk for Hon. Braden, Email dated 3/5/07, transmitted a reply Email to Mr. Spengler, of which a copy is marked **Exhibit F** and attached hereto, and which reads:

**"Subject: RE: Status of DCAA audit in NCLN20 v. United States**

**Mr. Spengler:**

**The Defense Contract Audit Agency ("DCAA") has told the contracting officer that the audit should be completed in 2 or 3 weeks. The originally scheduled completion date was altered slightly when Kenneth Fung, the auditor originally assigned to perform the NCLN20 audit for DCAA, left the Government on February 2, 2007. A new auditor, Don Stephens, could not begin working upon the matter until sometime around the week of February 26, 2007. Considerable work has already been done to date by DCAA. I am told that what remains to be done is an on-site verification at the NCLN20 office and the final writing of the report. Assuming there are no other unforeseen set-backs with the audit process, the contracting officer expects to be able to make his decision upon NCLN20's claim shortly thereafter. Everyone I spoke with in Chicago now maintains that a final decision from the contracting officer should be forthcoming in early April." (Emphasis added)**

**5.** Defendant USA's Status Report dated 12/1/06 and its Email "Status of DCAA Audit in NCLN20 v. United States" transmitted 3/7/07 (Exhibit F) appear materially incorrect, and do not accurately reflect the status of the subject DCAA audit and conflicts with the telephone statements of Ms. White of 1/26/07 and the written statements of 2/16/07 (Exhibit C), and 3/9/07, of which a copy is marked as **Exhibit G** and attached hereto, and Mr. Kenneth Fung telephone statement of 1/22/07, in that:

**a.** According to Mr. Fung, since 6/06, the DCAA had only been requested by Defendant's lawyers to provide only "Litigation Support Service", only to prepare the Matrix provided to Plaintiff NCLN20 by A.CO Roger Pinnau in 10/05 (not a verifying assignment);

**b.** According to Mr. Fung, DCAA had not been formerly engaged by the Inspector General of Homeland Security via an Inter-Agency Order, authorizing DCAA's engagement and stating the scope of its engagement;

**c.** According to Mr. Fung (who had recently spoke to Pinnau), neither C.O. Dobbs nor Pinnau had nor would they request that the DCAA audit or determine any issues of entitlement (liability) or quantum damages regarding NCLN20's 10/26/06 Amended Claims;

**d.** According to Mr. Fung, DCAA would not audit NCLN20's REA dated 8/31/05 nor its Amended Claims for anticipatory lost profits, attorney fees, interest, etc.;

**e.** According to Ms. White, during a telephone conference with Clarence B. Tucker, Sr., Esq., Rodney Crawford, CPA and Ms. White on 1/26/07;

**(i)** the audit or "forensic accounting" review of NCLN20's Amended Claims had not began; and

**(ii)** she was waiting for direction from the local agency on the scope and direction of the "audit" to be performed.

**f.** As of 3/15/07, the DCAA has not definitively and completely responded to Plaintiff NCLN20 Counsel's Emails dated 2/19/07 and 3/8/07 to Ms. White, DCAA Supervisory Auditor, requesting her to

**(i)** state the definite time frame in which she would start and complete her audit of NCLN20's 10/26/06 Claims;

**(ii)** identify all USA agencies who initiated or requested the DCAA to conduct the subject audit;

**(iii)** identify all books and records of NCLN20, Inc. which the DCAA wish to review, examine, or audit in verification or substantiation of NCLN20's Amended Claims; and

**(iv)** describe any audit, verification or other service work which DCAA has performed and/or completed at the request of any USA Agency, including The Department of Homeland Security, The Federal Protection Service, and General Services Administration since October 27, 2006 concerning NCLN20, Inc.'s subject Amended Claims.

See copy of Plaintiff NCLN20, Inc.'s Counsel's Email dated 3/8/07 to Ms. White marked Exhibit E and attached hereto.

**g.** As of 3/15/07, the DCAA had not, definitively and completely responded to NCLN20's Counsel's letter to Defendant USA's Counsel dated 2/27/07, Exhibit B, in that the DCAA failed and refused to definitively and completely:

**(i)** State when the DCAA expects to complete its review, examination, or audit of NCLN20, Inc.'s relevant book and records;

**(ii)** State when the Department of Homeland Security issued its Inter-Agency Order and the scope of DCAA's engagement;

**(iii)** Identify with reasonable particularity (by individual item or by category) all books and records of NCLN20, Inc. and state the time period(s) involved which DCAA intends to review, examine, or audit (e.g. See White's Email of 3/9/07, Exhibit G, **"access to the documentation (companies[sic] books and records)"). (Emphasis added).**

**(iv)** Inform NCLN20, Inc. and confirm:

**(A)** when DCAA actually started its subject "review" or "audit" pursuant to the Department of Homeland Security's IAO;

**(B)** the precise scope of its "review" or "audit"; and

**(C)** whether DCAA's engagement by the DHS includes a field review, examination, or audit of NCLN20's subject Monetary Damage Claims for Anticipatory Breaches of Contract dated 10/26/06 and submitted 10/27/06. See, e.g., Mr. Fung's aforementioned Statements of 1/22/07 and Ms. White's Emails of 2/16/07 and 3/9/07, Exhibits C and G. Refer to the inconsistencies in Defendant USA's Status Report of 12/1/06 and Status of Audit of 3/7/07, Exhibit F, as compared to Ms. White's Email dated 2/16/07 and 3/9/07, Exhibits C and G (Mickle **"DCAA has informed agency counsel that it has finally begun the audit. . ."**; Status Report of 12/1/06, Page 2; Mickle **"Considerable work has already been done to date by DCAA."** Email to Mr. Spengler of 3/7/07, Exhibit F.

Further, see Ms. White's Email of 2/16/07, **"We has(sic) researched the issue regarding the scope of work. Our effort provides factual information regarding the books and records... [and] the contract..."**, Exhibit C, and Ms. White's Email of 3/9/07, Exhibit F **"[O]ur initial effort will be to examine the original**

> **documents of the invoices of which copies have been already been provided . . . we would like to start the audit ASAP ***". (Emphasis added).**

**6.** On 3/12/07, Plaintiff NCLN20, Inc.'s Counsel responded to Ms. White's Email dated 3/9/07, requesting that she be informed ASAP if NCLN20, Inc. would provide DCAA access to the generally described "original documents", of which a copy is marked **Exhibit H** and attached hereto, and of which a copy was Emailed to the Court on 3/12/07.

**7.** NCLN20's subject response and objections and its submission to the DCAA's subject audit of NCLN20, Inc.'s Amended Claims are without waiver of or prejudice to any of its rights or remedies under 41 USCS 605(c)(2)(A), (B), (3), (4), and (5).

**8.** Furthermore, Plaintiff NCLN20 reserves its rights:

**a.** to regard C.O. Dobbs failure to issue a decision within 60 days of 10/27/06 as a denial of its 10/26/06 Amended Claims; and

**b.** to file a petition under 41 USC § 605(c)(5) herein for an Order directing C.O. Dobbs to issue a decision by 4/30/07 or to treat his failure as a denial of NCLN20 Amended Claims and file thereafter its First Amended Complaint (RCFC 15 and 41 USC § 606-607, 609(a) or for the Court to act in C.O. Dobbs stead as the circumstances warrant. See McDonnell Douglas Co. Corp. v. U.S, 37 Fed Cl 285, 288 (1997).

Respectfully Submitted By,

***CLARENCE B. TUCKER, SR., PLLC***

s/ Clarence B. Tucker, Sr.
**CLARENCE B. TUCKER, SR. (P-40703)**
Attorney for Plaintiff, NCLN20, Inc.

Date: March 15, 2007

## CERTIFICATE OF SERVICE

I, Clarence B. Tucker, Sr., hereby certify that on the 15th day of March, 2007, I electronically filed **1.) Plaintiff, NCLN20, Inc.'s, Response to the Law Clerk's Email dated 3/5/07 Requiring an Update on the Status of the DCAA Audit and Response and Objections to Defendant USA's Email dated 3/17/07 RE: "Status of DCAA Audit"; and 2.) Certificate of Service** with the Clerk of the Court and with Attorney of Record, **Douglas K. Mickle, Esq.**, using the ECF system.

s/ Clarence B. Tucker, Sr.
**CLARENCE B. TUCKER, SR. (P-40703)**
615 Griswold - Suite 920
Detroit, MI 48226
(313) 230-7892
Email: ctucker@tuckerandhughespllc.com