# APPENDIX

| EXHIBIT | TITLE/DESCRIPTION |
|---|---|
| A | Matthew Spengler's, Law Clerk for Judge Braden, Email to Counsel dated 3/5/07 |
| B | Clarence B. Tucker, Sr., Esq.'s Letter to DCAA Auditor Doris White dated 2/27/07 |
| C | Doris White's, DCAA's Auditor, Email to Clarence B. Tucker, Sr., Esq. dated 2/16/07 |
| D | Clarence B. Tucker, Sr., Esq.'s Email to Doris White, DCAA's Auditor, dated 2/19/07 |
| E | Clarence B. Tucker, Sr., Esq.'s Email to Doris White, DCAA's Auditor, dated 3/8/07 |
| F | DOJ Douglas Mickle's Email to Matthew Spengler's, Clerk for Judge Braden, dated 3/7/07 |
| G | Doris White's, DCAA's Auditor, Email to Clarence B. Tucker, Sr., Esq. dated 3/9/07 |
| H | Clarence B. Tucker, Sr., Esq.'s Email to Doris White, DCAA's Auditor, dated 3/12/07 |