# EXHIBIT
# A

**Holly Taylor**

---

**From:** Matthew_Spengler@ao.uscourts.gov
**Sent:** Monday, March 05, 2007 4:30 PM
**To:** douglas.mickle@usdoj.gov; Clarence Tucker
**Subject:** Status of DCAA audit in NCLN20 v. United States

Counsel,

The Government's Dec. 1, 2006 Status Report indicated that DCAA expected to complete its audit by Feb. 28, 2007. Judge Braden would like an update on the status of the audit and an approximate timeframe regarding the CO's decision on the REA. Thank you.

Matthew Spengler

Law Clerk for The Honorable Susan G. Braden
U.S. Court of Federal Claims
Phone: 202/357-6519 Fax: 202/357-6522