# EXHIBIT
# B

*CLARENCE B. TUCKER, SR., PLLC*
Attorneys and Counselors at law
615 Griswold Street -- Suite 920
Detroit, Michigan 48226

CLARENCE B. TUCKER, SR.

Telephone: (313) 230-7892
Telefax: (313) 230-7896

February 27, 2007

Douglas K. Mickle, Esq.
Trial Attorney, Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

Subject: NCLN20, Inc. v USA, U.S. Ct Fed Cl #02-1282C
Notice of Intent to file a Petition under 41 USC § 605(c)(4) to compel Contracting Officer, Arthur Dobbs, to issue a Final Decision on NCLN20, Inc.'s Certified, Restated, Modified and Amended Claims for Monetary Damages for Breaches of Contract dated 10/16/06 and submitted to Contracting Officer Arthur S. Dobbs on 10/27/06

Dear Mr. Mickle:

Reference is made to the following:

(A) Judge Susan G. Braden's Order filed 10/3/05, which reads (in part) that:

**"At a teleconference on September 23, 2005, the parties indicated that the REA could have an affect upon the motions pending before the court. For that reason, the court orders this case stayed pending a final decision by the contract officer on Plaintiff's REA. The Government is ordered to file a status report with the court on December 5, 2005, as to the status of the contracting officer's decision. IT IS SO ORDERED."**

(B) The Defendant USA's Status Reports dated 9/5/06 and 121/1/06;

(C) Plaintiff NCLN20, Inc.'s Response and Objections to Defendant's Status Report dated 12/1/06 and submitted 12/18/06;

(D) NCLN20, Inc.'s Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract: GSO5PO1GCD0009 as transmitted to Arthur S. Dobbs, Contracting Officer, U.S. Department of Homeland Security, Federal Protective Service – Region 5, 230 South Dearborn Street, Suite 3540 (5PSAC) Chicago IL 60604, U.S. Immigration and Customs Enforcement on 10/27/06, namely:

1. Certified Restated, Supplemented and Amended Claims for Monetary Damages for Anticipatory Breach of Contract: GSO5PO1GCD0009;
2. Request for Final Decision, with Certificate of Service;
3. Appendix I Referencing Binder (Exhibits 1 through 81), and Start-up Performance Summary and Documentation Binder (Tabs A through J); and
4. Crawford & Winierski financial Consulting Exhibit Binders I and II (Schedules 1-13, together with calculations, overview, Assumptions and notes) and Exhibits A through R; and

(E) White, Doris, Ms. (Supervisory Auditor) e-mail of 2/16/07 sent: Friday, February 16, 2007 6:53 p.m. to Clarence Tucker, stating:

**"As discussed with you on the phone we has resolved the issue regarding the scope of work we are going to perform. At this time we are waiting for funding in order to perform the need audit effort. Once funding is approved we will set up a date an time to review the books and records.**
**Note: We are not the ones to make a determination regarding the contract—This is the responsibility of the contracting officer. Our effort provides factual information regarding the books and records as well as the contract in order for contracting officer to make the decision"**; and

(F) Clarence B. Tucker, Esq.'s e-mail of 2/19/07 to Ms. Doris M. White, C.P.A., Supervisory Auditor, RE: NCLN20, Inc.'s Certified, Amended, Restated and Supplemental Monetary Damages Claims for Anticipatory Breaches of Contract Submitted 10/27/06, which reads:

**"Thank you for your Email dated 2/16/07. Please advise: (1) of your expected definite time frame in which you will start and complete your audit of NCLN20's aforesaid Claim; (2) the scope of said audit and who issued your Inter-Agency Order and when; and (3) from whom and when you expect to receive your enabling funds.**
**Your prompt response will be greatly appreciated."**

In the USA's Status Report dated 12/1/06, you stated that:

**"Since we filed our last status report, on or about November 1, 2006, the General Services Administration ("GSA") received from NCLN20 a supplemental request for equitable adjustment ("REA"). This document and its supporting material was immediately forwarded to DCAA. DCAA has informed agency counsel that it has finally begun the audit of NCLN20's REA. DCAA also has informed agency counsel that, barring unforeseen problems, DCAA expects to complete its audit by February 28, 2007. Once DCAA completes the audit, it will issue its report to the Contracting Officer, Arthur Dobbs. Mr. Dobbs will issue his final decision upon the REA as soon thereafter as is reasonably possible."** (Emphasis added)

Despite the mandates of 41 USCS § 605 (c)(2) (A), (B), the subsimital of NCLN20's aforementioned Certified Restated, Modified and Amended Claims on 10/27/06, together with its Final Demand and the USA's Status Report of 12/1/06, CO Dobbs has failed and refused to issue a decision or notify NCLN20 of the time within which a decision will be issued. Consequently, NCLN20, Inc. is entitled to regard CO Dobbs' failure to issue a decision within 60 days of 10/27/06 as a denial of its aforesaid Claim. See, e.g., Aerojet Gen. Corp., (1995) ASBCA 95-1 BCA ¶ 27470; DHR, Inc., (1987 EBCA) 88-1 BCA ¶ 20451. **Alternatively and without waiver of any of its rights under 41 USCS 605(c)(5), please take notice that NCLN20, Inc. intends to file a petition under 41 USCS § 605(c)(4) in NCLN20, Inc. v USA, for an order directing CO Dobbs to issue a decision by 4/30/07 or to treat his failure as a denied of NCLN20, Inc. aforesaid Claims and file thereafter an instant first Amended Complaint pursuant to the 10/3/05 written order and the 9/23/05 telephonic order**

**of Judge Braden** [RCFC 15 and 41 USC §§ 606-07; 609(a)], **or for the Court to act in CO Dobbs stead as the circumstances warrant.** See, e.g., McDonnell Douglas Corp. v. U.S., 37 Fed Cl 285, 288 (1997); Marlin Associates, Inc., (1980, GSBCA) 80-1 CCH BCA Dec ¶ 14295; Kessler, (1991, PS B CA) 91-2 BCA ¶ 23-685; In re D.I. Kaufman, Inc., (2002, PS BCA) 2003-1 BCA ¶ 32135; Smith & Smith Aircraft Co., (1989 ASBCA) 90-1 BCA ¶ 22475; Turner Constr. Co. v. U.S., (1985 9 Cl Ct 214, 33 CCF ¶ 74117; Appeal of Landmark Constr. Corp., (2001, ASBCA) 01-1 BCA ¶ 31372; Appeal of Fur-Con Constr. Corp., (2002, ASBCA) 02-1 BCA ¶ 31729.

In the event that Ms. White fails to favorably respond to my e-mail of 2/19/07 by 5:00pm EST on 3/5/07, and CO Dobbs fails to take one of the courses of action under 41 USCS § 605(c)(2)(A) or under 41 USCS § 605(c)(2)(B) and § 605(c)(3) by 5:00pm EST on 3/9/07, NCLN20, Inc. will exercise its rights under 41 USCS 605(c)(4), (5).

Very Truly Yours,

***CLARENCE B. TUCKER, SR., PLLC***

By: ______________________
**Clarence B. Tucker, Sr., Esq.**

Cc: Mr. Stephen Jones