# EXHIBIT C

**Holly Taylor**

**From:** White, Doris, Ms, DCAA [Doris.White@dcaa.mil]
**Sent:** Friday, February 16, 2007 6:53 PM
**To:** Clarence Tucker
**Subject:** NCLN-20

As discussed with you on the phone we has resolved the issue regarding the scope of work we are going to perform. At this time we are waiting for funding in order to perform the need audit effort. Once funding is approved we will set up a date an time to review the books and records.
Note: We are not the ones to make a determination regarding the contract - This is the responsibility of the contracting officer. Our effort provides factual information regarding the books and records as well as the contract in order for contracting officer to make the decision.

Doris M. White, CPA
Supervisory Auditor
East Bay Branch Office
Direct Phone Line (510) 742-2124
Main Phone (510) 713-0586 FAX (510) 713-0678
E-mail: doris.white@dcaa.mil
IMPORTANT: This email, including all attachments, constitutes Federal Government records and property that is intended only for the use of the individual or entity to which it is addressed. It also may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the reader of the e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the email and then delete the e-mail immediately.