# EXHIBIT
# D

**Holly Taylor**

**From:** Holly Taylor
**Sent:** Monday, February 19, 2007 5:40 PM
**To:** 'doris.white@dcaa.mil'
**Cc:** sihaya@ncln20.com; 'stephen@ncln20.com'; ILYT5@aol.com; 'Karim'
**Subject:** NCLN20, Inc.'s Monetary Damages Claims For Anticipatory Breaches of Contract Submitted 10/27/06

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'doris.white@dcaa.mil' | | |
| sihaya@ncln20.com | | |
| 'stephen@ncln20.com' | | |
| ILYT5@aol.com | | |
| 'Karim' | | |
| Clarence Tucker | Delivered: 2/19/2007 5:39 PM | Read: 2/19/2007 5:54 PM |

***CLARENCE B. TUCKER, SR., PLLC***
**Attorneys and Counsellors at Law**
**615 Griswold Street - Suite 920**
**Detroit, Michigan 48226**
**(313) 230-7892**
**Fax: (313) 230-7896**
**ctucker@tuckerandhughespllc.com**

February 19, 2007

**To:** Ms. Doris M. White, C.P.A.
Supervisory Auditor

**From:** Clarence B. Tucker, Sr., Esq.

**RE: NCLN20, Inc.'s Certified, Amended, Restated and Supplemental Monetary Damages Claims For Anticipatory Breaches of Contract Submitted 10/27/06**

Thank you for your Email dated 2/16/07. Please advise: (1) of your expected definite time frame in which you will start and complete your audit of NCLN20's aforesaid Claim; (2) the scope of said audit and who issued your Inter-Agency Order and when; and (3) from whom and when you expect to receive your enabling funds.

Your prompt response will be greatly appreciated.