# EXHIBIT

# E

**Holly Taylor**

**From:** Holly Taylor
**Sent:** Thursday, March 08, 2007 4:42 PM
**To:** 'doris.white@dcaa.mil'; 'stephen@ncln20.com'; sihaya@ncln20.com; 'ILYT5@aol.com'
**Subject:** NCLN20, Inc. - DCAA Audit of NCLN20's Monetary Damages Claims

***CLARENCE B. TUCKER, SR., PLLC***
**Attorneys and Counsellors at Law**
**615 Griswold Street - Suite 920**
**Detroit, Michigan 48226**
**(313) 230-7892**
**Fax: (313) 230-7896**
**ctucker@tuckerandhughespllc.com**

March 8, 2007

**To:** **Ms. Doris M. White, C.P.A.**
Supervisory Auditor
Doris.white@dcaa.mil

**From:** **Clarence B. Tucker, Sr.**

**Subject:** **DCAA Audit of NCLN20, Inc.'s Monetary Damages Claims for Anticipatory Breaches of Contract #GS05PO1GCD0009 Submitted 10/27/06**

Ms. White,

Please refer to (1) my Email to you of 2/19/O7; (2) your E-mail dated 2/16/07 to me; and (3) Your oral message left on my cell telephone message recorded yesterday, March 7, 2007, stating that the DCAA has received its funding and that you wanted the name and telephone number of NCLN20, Inc.'s contact parson in order to arrange a time, date and place to gain access to NCLN20, Inc.'s books and records to verify its claims.

As you may know, on 3/5/07, the Clerk for Judge Susan Braden requested that counsel provide the court with

"an update on the status of the audit and an approximate time frame regarding the CO's decision on the REA[sic] [NCLN20's breach of contract claims]"

Consequently, again, I request that you formally respond to my Email dated 2/19/07. To assist NCLN20, Inc. in responding to your telephone message and inquiry of yesterday, as soon as possible, please:

1. respond to my Email dated 2/19/07;
2. identify all USA agencies who initiated or requested the DCAA to conduct the subject audit;
3. identify all books and records of NCLN20, Inc. which the DCAA wish to review or audit in verification or substantiation of NCLN20's claims.
4. describe any audit, verification or other service work that you have performed and/or completed at the request of any USA Agency including The Department of Homeland Security, The Federal

Protection Service, and General Services Administration since October 27, 2006 concerning the above subject Matter.

Your prompt response will be greatly appreciated. Thank you.

Very Truly Yours,
Clarence B. Tucker, Sr., Esq.