# EXHIBIT
# F

**Holly Taylor**

---

**From:** Mickle, Douglas (CIV) [Douglas.Mickle@usdoj.gov]
**Sent:** Wednesday, March 07, 2007 4:57 PM
**To:** Matthew_Spengler@ao.uscourts.gov; Clarence Tucker
**Cc:** joel.malkin@gsa.gov; Mickle, Douglas (CIV)
**Subject:** RE: Status of DCAA audit in NCLN20 v. United States

Mr. Spengler:

The Defense Contract Audit Agency ("DCAA") has told the contracting officer that the audit should be completed in 2 or 3 weeks. The originally scheduled completion date was altered slightly when Kenneth Fung, the auditor originally assigned to perform the NCLN20 audit for DCAA, left the Government on February 2, 2007. A new auditor, Don Stephens, could not begin working upon the matter until sometime around the week of February 26, 2007. Considerable work has already been done to date by DCAA. I am told that what remains to be done is an on-site verification at the NCLN20 office and the final writing of the report. Assuming there are no other unforeseen set-backs with the audit process, the contracting officer expects to be able to make his decision upon NCLN20's claim shortly thereafter. Everyone I spoke with in Chicago now maintains that a final decision from the contracting officer should be forthcoming in early April.

Please let me know if you need additional information.

Respectfully submitted,

Doug Mickle
202 307-0383

---

**From:** Matthew_Spengler@ao.uscourts.gov [mailto:Matthew_Spengler@ao.uscourts.gov]
**Sent:** Monday, March 05, 2007 4:30 PM
**To:** Mickle, Douglas (CIV); ctucker@tuckerandhughespllc.com
**Subject:** Status of DCAA audit in NCLN20 v. United States

Counsel,

The Government's Dec. 1, 2006 Status Report indicated that DCAA expected to complete its audit by Feb. 28, 2007. Judge Braden would like an update on the status of the audit and an approximate timeframe regarding the CO's decision on the REA. Thank you.

Matthew Spengler

Law Clerk for The Honorable Susan G. Braden
U.S. Court of Federal Claims
Phone: 202/357-6519 Fax: 202/357-6522