# EXHIBIT G

## Holly Taylor

**From:** White, Doris, Ms, DCAA [Doris.White@dcaa.mil]
**Sent:** Friday, March 09, 2007 2:38 PM
**To:** Holly Taylor
**Cc:** Stephens, Donald, Mr, DCAA
**Subject:** RE: NCLN20, Inc.'s Monetary Damages Claims For Anticipatory Breaches of Contract Submitted 10/27/06

Clarence,

As requested by the Department of Homeland Security, our initial effort will be to examine the original documents of the invoices of which copies have already been provided. Further, to ask questions regarding returns and anyother expenses that may have been incurred. We would like to start the audit ASAP and our effort on site at the company would be anywhere from one to five days. Please inform me ASAP if NCLN20 will provide us access to the documentation (companies books and records). A prompt response is required, if no response we will take the appropriate actions.

Doris M. White, CPA
Supervisory Auditor
East Bay Branch Office
Direct Phone Line (510) 742-2124
Main Phone (510) 713-0586 FAX (510) 713-0678
E-mail: doris.white@dcaa.mil

-----Original Message-----
From: Holly Taylor [mailto:HTaylor@tuckerandhughespllc.com]
Sent: Monday, February 19, 2007 2:40 PM
To: White, Doris, Ms, DCAA
Cc: sihaya@ncln20.com; stephen@ncln20.com; ILYT5@aol.com; Karim
Subject: NCLN20, Inc.'s Monetary Damages Claims For Anticipatory Breaches of Contract Submitted 10/27/06

CLARENCE B. TUCKER, SR., PLLC

Attorneys and Counsellors at Law

615 Griswold Street - Suite 920

Detroit, Michigan 48226

(313) 230-7892

Fax: (313) 230-7896

ctucker@tuckerandhughespllc.com <mailto:ctucker@tuckerandhughespllc.com>

February 19, 2007

To: Ms. Doris M. White, C.P.A.

Supervisory Auditor

From: Clarence B. Tucker, Sr., Esq.

RE: NCLN20, Inc.'s Certified, Amended, Restated and Supplemental Monetary

Damages Claims For Anticipatory Breaches of Contract Submitted 10/27/06

---

Thank you for your Email dated 2/16/07. Please advise: (1) of your expected definite time frame in which you will start and complete your audit of NCLN20's aforesaid Claim; (2) the scope of said audit and who issued your Inter-Agency Order and when; and (3) from whom and when you expect to receive your enabling funds.

Your prompt response will be greatly appreciated.