# EXHIBIT
# H

**Holly Taylor**

**From:** Holly Taylor
**Sent:** Monday, March 12, 2007 7:47 PM
**To:** 'Doris.White@dcaa.mil'
**Cc:** 'Matthew_Spengler@ao.uscourts.gov'; Douglas.Mickle@usdoj.gov
**Subject:** NCLN20, Inc. vs. USA - Reply to Ms. Doris White Email of 3/9/07

***CLARENCE B. TUCKER, SR., PLLC***
**Attorneys and Counsellors at Law**
**615 Griswold Street - Suite 920**
**Detroit, Michigan 48226**
**(313) 230-7892**
**Fax: (313) 230-7896**
**ctucker@tuckerandhughespllc.com**

March 12, 2007

**To: Ms. Doris M. White. C.P.A.**
**Supervisory Auditor**
East Bay Branch office
Direct Phone Line (510) 742-2124
Main Phone Line (510) 713-0586
Fax (510) 713-0678
doris.white@dcaa.mil

**From: Clarence B. Tucker, Sr.**
ctucker@tuckerandhughespllc.com

**Subject: NCLN20, Inc.'s Certified, Restated, Supplemented and Amended Monetary Damages Claims for Anticipatory Breaches of Contract Submitted 10/27/06 ("Amended Claims"); Reply to your 3/9/07 Email**

Ms. White:

In response to your Email dated 3/9/07 requesting "if NCLN20 will provide us access to the documentation (companies[sic] [NCLN20, Inc.'s relevant and existent] books and records)", please be advised that since late 7/06, you have been variously informed that NCLN20, Inc. (through its Counsel [Clarence B. Tucker, Sr., Esq.] and CPA [Rodney L. Crawford]) would provide DCAA access to the documentation in support and substantiation of its above-referenced Amended Claims. E.g., refer to my letter of 10/27/06 to you, with attached supporting and substantiating documentation (Exhibits 1 thru 81, Tabs A thru J, Binders I and II (Schedules 1-13 and Exhibits A thru R)). Despite our repeated inquiries of you for information regarding your expected audit of NCLN20's Amended Claims, you partially responded through your Emails of 2/16/07 and 3/9/07, our telephone calls of 1/26/07 and 2/14/07 and your telephone message left on my cell phone recorder of 3/7/07. See my Email to you of 3/8/07.

You and Defendant USA's counsel variously made the following misstatements and inconsistent statements to the court that: (a) you would be able to complete the audit within a month (Government Status Report 9/5/05); and (b) you have **"finally began the audit"** and that you **"expect to complete its audit by February 28, 2007"** (Government Status Report 12/1/06); (c) you have **"resolved the issue regarding the**

**scope of work**"; (d) "**once funding is approved, we will set up a date an(sic) time to review the books and records**"; (Email 2/16/07); (e) on 3/7/07 via telephone message, **two days after the Court's Clerk Matthew Spengler made its inquiry regarding the status of the audit**, you stated that DCAA had received its funding and that you wanted to arrange access to NCLN20's books and records to verify its claims (see Tucker Email 3/8/07 to you); (f) DCAA told the CO that "**the audit should be complete in 2 or 3 weeks**"; that "**considerable work has already been done to date by DCAA**" and that "**what remains to be done is an on-site verification at the NCLN20 office and the final writing of the report**" (see Mickle's Email to Mr. Spengler of 3/7/07); and (g) **In stark contradiction of Mickle's Email**, you indicated in effect that no work had been initiated on the NCLN20 audit because on 3/9/07, you stated that your "**initial effort will be to examine the original documents of the invoices of which copies have already been provided**"[by NCLN20]. "**Please inform me as soon as possible if NCLN20 will provide us access to the documentation (*** books and records) *** if no response, we will take the appropriate actions**".

As you well know, variously NCLN20, through its counsel and CPA, Rodney L. Crawford, have informed you that NCLN2O, Inc. would provide DCAA auditors access to all, not privileged, directly pertinent books and records of NCLN20, Inc., of which copies were provided to you by me on 10/27/06. To avoid any doubt, please be advised that:

1) Plaintiff NCLN20, Inc.'s counsel (Clarence B. Tucker, Sr., Esq. in all matters) and Rodney L. Crawford (CPA in all accounting, auditing and financial matters) are its sole authorized representatives for the DCAA's subject review, examination or audit, and therefore all notices, contacts and other oral and written communications, letters and Emails should be sent to and made only with Clarence B. Tucker, Sr., Esq. and Rodney L. Crawford, CPA, at the following offices, telephone, facsimile and Email addresses and numbers:

CLARENCE B. TUCKER, SR., ESQ.
Clarence B. Tucker, Sr., PLLC
615 Griswold Street - Suite 920
Detroit, Michigan 48226
(313) 230-7892
Facsimile: (313) 230-7896
ctucker@tuckerandhughespllc.com

RODNEY L. CRAWFORD, CPA
Member – Crawford & Winiarski
535 Griswold – Suite 1500
Detroit, Michigan 48226
Direct: (313) 965-9722
Facsimile: (313) 965-9744
rcrawford@candwfinancial.com

Consequently, any and all questions which you wish to ask concerning DCAA's subject audit of NCLN20's Amended Claims should be made only to Messrs. Clarence B. Tucker, Sr., Esq. and/or Rodney L. Crawford, CPA.

2) Shortly, Messrs, Tucker and Crawford will communicate with you via telephone and Email to discuss this matter, including your Email of 3/9/07, and inform you of times, dates and place to start and complete your expected field/site "efforts".

NCLN20, Inc. believes your threat of 3/9/07 to be wholly unfounded and inappropriate. Therefore, in

the event you, the DCAA and/or USA take such "actions", you all can be assured that NCLN20, Inc. will diligently protect its interests and defend against such frivolous threatened action and will also seek appropriate relief and sanctions against you all.

It should be obvious to you that the aforesaid information variously requested, together with the DCAA's audit report and work papers, will be subject to disclosure, production, inspection, copying and examination as provided under applicable discovery rules of civil litigation practice. E.g., RCFC 26, 30, 32, 33, 34 & 45. Consequently, NCLN20, Inc. hopes that you will promptly and affirmatively respond to NCLN20, Inc.'s aforesaid requests.

Very truly yours,

***CLARENCE B. TUCKER, SR., PLLC***

By: Clarence B. Tucker, Sr., Esq.
Counsel for NCLN20, Inc.