**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 02-1282C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S STATUS REPORT**

The United States respectfully submits this status report detailing the progress the contracting officer has made adjudicating NCLN20's request for equitable adjustment ("REA").

In our last status report, dated December 1, 2006, we informed the Court that on or about November 1, 2006, the Federal Protective Service ("FPS"), acting together with the General Services Administration ("GSA") Office of Regional Counsel, received a supplemental REA from NCLN20. The FPS contracting officer subsequently forwarded NCLN20's supplemental REA with its supporting material to DCAA for inclusion in DCAA's audit. We also explained that DCAA had informed agency counsel that DCAA had begun the audit of NCLN20's REA. FPS further stated that DCAA informed the Government that, barring unforseen problems, DCAA expected to complete its audit by February 28, 2007. Finally, we informed the Court that, once DCAA completed its audit and issued its final report, the FPS contracting officer expected that he would be able to issue his final decision upon NCLN20's REA within a few weeks after receiving the audit.

Since we filed that status report, the Court contacted counsel on March 5, 2007, and requested an update regarding the status of DCAA's audit. Government counsel responded to the Court on March 7, 2007, explaining that DCAA had told the contracting officer that the audit

should be completed in two or three weeks. DCAA explained that the originally scheduled completion date for the audit was slightly altered when Kenneth Fung, the auditor originally assigned to conduct the NCLN20 audit for DCAA, left the Government on February 2, 2007. A new auditor, Don Stephens, did not begin working upon the NCLN20 audit until the week of February 26, 2007. DCAA also told the contracting officer that despite Mr. Fung's departure, considerable work had already been done by DCAA. Furthermore, DCAA told the contracting officer that only an on-site verification at the NCLN20 office and the final writing of the audit report remained for DCAA to accomplish this matter. Finally, Government counsel told the Court that, assuming there were no other unforeseen set-backs with the audit process, the FPS contracting officer remained hopeful that he would be able to finalize his decision upon NCLN20's REA claim by early April.

On March 20, 2007, a teleconference was held to discuss the scope of DCAA's on-site examination of NCLN20's records. The following individuals participated in the teleconference: (1) Joel Malkin, Assistant Regional Counsel with GSA; (2) Arthur Dobbs, the responsible contracting officer with the Federal Protective Service; (3) Don Stevens, an auditor with DCAA; (4) Doris White, a supervising auditor with DCAA; (5) Rod Crawford, an auditor for NCLN20; and, (6) Clarence Tucker, NCLN20's Attorney. Pursuant to that teleconference, the parties agreed that DCAA's on-site verification visit would take place the week of March 26, 2006 and that the on-site review would be completed in one to five days.

Mr. Dobbs has informed Government counsel that once he receives DCAA's final audit report, he should be able to make his decision and issue his final report within a few weeks.

Unless instructed otherwise, the United States will file another status report with the Court within fourteen days of the date the contracting officer completes his adjudication of NCLN20's request for equitable adjustments.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

JOEL MALKIN
General Services Administration
Office of Regional Counsel
Chicago, IL

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

DATED: March 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 30, 2007, a copy of the foregoing **"DEFENDANT'S STATUS REPORT"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle