EAST BAY BRANCH OFFICE
**DEFENSE CONTRACT AUDIT AGENCY**
39510 PASEO PADRE PARKWAY, SUITE 210
FREMONT, CALIFORNIA 94538-4741
E-mail: dcaa-fao4141@dcaa.mil

IN REPLY REFER TO
04141/820.7/04141-2007Z49300001

March 29, 2007

U.S. Department of Homeland Security
Immigration and Customs Enforcement – Federal Protective Service
230 South Dearborn Street, Room 3540
Chicago, IL 60604

ATTENTION: Mr. Roger Pinnau, Contracting Officer
Roger.pinnau@dhs.gov

SUBJECT: Litigation Support for Request for Equitable Adjustment (REA) on Contract No. GS05P01GCD0009
NCLN20, Inc. (NCLN20), Concord, CA

As requested by your office through U.S. Department Homeland Security – Office of Inspector General in an Interagency Agreement Order (IAO), dated March 7, 2007, we performed financial services related to NCLN20's submitted data to assist your office in completing a qualification matrix (Inventory and Accountability Report) as provided in your January 2, 2007 e-mail.

Our financial services consisted of the following tasks:

- To complete the Qualification Matrix (See Enclosure 1) per your January 2, 2007 request.
- A review of the contractor submitted data for items purchased related to the subject contract. In order to confirm the submitted data, we:
  - examined on a sample basis source documents such as invoices and cancelled checks;
  - conducted inquiries to establish whether or not all credits for returned items had been disclosed;
  - inquired as to why the leases of vehicles had not been terminated and the vehicles returned to mitigate costs; and
  - inquired as to whether or not NCLN20 had incurred any other costs no disclosed in their submitted data.

Based on the information collected, discussions with NCLN20's representatives and our observations we identified the items purchased related to the subject contract including their model make, purchased date and the approximate delivered date and recorded and completed the Qualification Matrix as requested. We also identified additional items were returned and the corresponding credits amounted to $16,408.

Further, we established through the contractor's representative that the leases of vehicles had been terminated and the vehicles returned resulting in a net cost for the vehicles of $3,000 instead of the $49,617 in represented in NCLN20's submission and that no other costs were incurred that were not presented in NCLN20's submission. As a result of the additional disclosures made by NCLN20's representatives, the net cost associated with the items presented in NCLN20's submission, net of credits for returned items, is $46,856. (See Enclosure 2)

We discussed our observations with Mr. Clarence Tucker, NCLN20's attorney, on March 29, 2007.

If you have any questions related to this memorandum or need further assistance please contact Ms Doris White, Supervisory Auditor at (510) 713-0586.

Sincerely,

***/s/ Doris M. White***
***/for/*** Ronald Hop
Branch Manager
DCAA East Bay Office

Enclosures:

1. Qualification Matrix (Inventory and Accountability Report)

REA Inventory & Accountability Report

2. Purchased items by Invoice and by Category

Purchased items by invoice and by catego