04141-2007Z49300001

Enclosure 1

**NCLN20 Professional Services, Inc. - Michigan: Request for Equitable Adjustment ("REA") Inventory & Accountability Report**

Instructions: Please complete this report, using additional narrative and pages where needed for completeness, and including support documentation such as receipts. Most, but not all requirements for Contractor - provided property are in RFQ GS05P01GCD009, Section C-11 (also see Section K-17, et al). Your response should be complete in and of itself, and submitted as part of your REA.

| Uniforms, Equipment, Accessories & Supplies | Required Count for 152 incumbent employees | Inventory Quantity, Make, Model & Date Purchased | Quantity & Date Distributed in Michigan | Quantity & Date & Means of Disposal after T4D |
|---|---|---|---|---|
| | | | | |
| Shirts - Long Sleeve (meets state requirements) | 3 x 152 = 456 | Total Quantity Purchased: 386, PO Date: 9/21, 9/22/01 | 66 units delivered on 9/27/01, 311 on 9/28/01 and 9 on 9/29/01 | NA |
| Shirts - Short Sleeve (meets state requirements) | 3 x 152 = 456 | Total Quantity Purchased: 12, P.O. Date : 9/21, 9/22/01 | 12 units delivered on 9/27/01 | NA |
| Trousers - All Season (meets state requirements) | 3 x 152 = 456 | Total Quantity Purchased: 500, P.O. Date: 9/24/01 | 500 units delivered on 9/27/01 | NA |
| Neckties - Clip-on | 2 x 152 = 304 | Total Quantity Purchased: 320, P.O. Date: 9/22, 9/24/01 | 320 units delivered on 9/27/01 | NA |
| Hat - with plastic cover | 1 x 152 = 152 | Total Quantity Purchased: 61, P.O. Date: 9/21, 9/22/01 | 61 units delivered on 9/28/01 | NA |
| Jacket - Winter-weight (meets state requirements) | 1 x 152 = 152 | Total Quantity Purchased: 28, P.O. Date: 9/21, 9/22/01 | 28 units delivered between 9/27 thru 9/29/01 | NA |
| Gloves - Winter Pair | 1 x 152 = 152 | Total Quantity Purchased: None | | |
| Pistol Belt (Duty Belt) | 1 x 152 = 152 | Total Quantity Purchased: 107 P.O. Date: 9/21, 9/22/01 | 107 units delivered between 9/27 & 9/28/01 | NA |
| Holster - Leather (Level 2) | 1 x 152 = 152 | Total Quantity Purchased: 113 P.O. Date: 9/21, 9/22/01 | 113 units shipped on 9/27/01 | NA |
| Keeper/Speed Loader | 1 x 152 = 152 | Belt Keeper: 756 units purchased, Speed Loader: 280 units purchased P.O. Date: 9/21, 9/22 & 9/28/01 | All units shipped between 9/27/01 thru 9/29/01 | NA |
| Ammo/Keeper Pouch/Case | 1 x 152 = 152 | Total Quantity Purchased: 117 P.O. Date: 9/21, 9/22/01 | All units shipped on 9/27/01 | NA |
| Metal Handcuff Pair w/key | 1 x 152 = 152 | Total Quantity Purchased: 73 P.O. Date: 9/21, 9/22/01 | Units shipped either on 9/27 or 9/28/01 | NA |
| Handcuff Case | 1 x 152 = 152 | Total Quantity Purchased: 189 P.O. Date: 9/21, 9/22 & 9/28/01 | All units shipped between 9/27/01 thru 9/29/01 | NA |
| Handcuff Key Strap w/flap | 1 x 152 = 152 | Total Quantity Purchased: None | | |
| Shoulder Patch - Contractor | 8 x 152 = 1,216 | Total Quantity Purchased: 1,400 No Information on when purchased | No information on when delivered | NA |
| Whistle - Metal Police-type | 1 x 152 = 152 | Total Quantity Purchased: None | | |
| Nameplate - shirt/jacket type | 1 x 152 = 152 | Total Quantity Purchased: None | | |
| Gloves - Disposable Pair | 1 x 152 = 152 | Total Quantity Purchased: None | | |
| Mask - Compact CPR Rescue | 1 x 152 = 152 | Total Quantity Purchased: 150 P.O. Date: 9/21/01 | All units shipped on 9/27/01 | NA |
| Badge - Metal Security Type (meets state requirements) | 1 x 152 = 152 | Total Quantity Purchased: 3 P.O. Date: 9/21/01 | All units shipped on 9/27/01 | NA |

04141-2007Z49300001

Enclosure 1

| | | | | |
|---|---|---|---|---|
| Revolver - Double-action, 4" barrel, .357/.38 Caliber, police-type (Model 66, etc.) | 1 x 152 = 152 | Total Quantity Purchased: 110 Invoice Date:9/19/01 | Units are delivered on 9/27, 9/28 & 10/01/01, All units are returned In October, 01. | All units are returned in October, 01, resulting a net cancellation charge of $3,333 |
| Baton w/holder - Police-style | 1 x 152 = 152 | Nightstick (Baton): 13 units Nightstick holder, Donut: 144 units P.O. Date: 9/21, 9/22/01 | All units are shipped on 9/27/01 | NA |
| Flashlight w/holder | 1 x 152 = 152 | Total Quantity Purchased: 10 P.O. Date: 9/21/01 | All units shipped on 9/27/01 | NA |
| Raincoat (inclement weather) | 1 x 152 = 152 | Total Quantity Purchased: None | | |

| SEDAN, Patrol-type, with light bar, first-aid kit, fire-extinguisher & patrol vehicle decals/markings | REQUIRED COUNT | Inventory Quantity, Make & Model & Date Leased or Purchased, w/Receipts | Quantity & Date Provided in Michigan, with Location Assignments | Quantity & Date & Means of Disposal after T4D, with disposition receipts |
|---|---|---|---|---|
| 2-wheel Drive | 1 x 2 = 2 | Total Quantity Purchased: None | | |
| 4-wheel Drive | 1 x 1 = 1 | Total Quantity Leased: 3, 4x4 Jeep Cherokee, leased thru Enterprise Rent a Car, Vehicle Buyers Order Date: 9/25/01 | Delivered on Michigan 9/25/01 | NA |

| Ammunition | REQUIRED COUNT | Inventory Quantity, Make & Model & Date Purchased, with Receipts | Quantity & Date Distributed in Michigan, with distribution receipts | Quantity & Date & Means of Disposal after T4D, with disposition receipts |
|---|---|---|---|---|
| .38 special 110 grain JHP + P | 18 x 152 = 2,736 (plus training ammo & qualification ammo) | Quantity: None | | |

| Contract Manager's Office Equipment, Supplies & Services (furniture, fax, telephone, -lines, etc.) | REQUIRED COUNT | Inventory Quantity, Make & Model & Date Purchased, with Receipts | Quantity & Date Distributed in Michigan, with distribution receipts | Quantity & Date & Means of Disposal after T4D, with disposition receipts |
|---|---|---|---|---|
| See RFQ Section H-28 | See RFQ Section H-28 | | | |
| Dell Computer and misc. | | Total Quantity leased: 1 | | |
| Camera and Supplies | | Total Quantity Purchased: 1, Transactions charged Date: 9/7/01 | Shipped to Steven Jones, Lafayette Office. No information indicated any delivery to Michigan | NA |

04141-2007Z49300001

Enclosure 1

| Exam Certifications | REQUIRED COUNT | Quantity & Date Purchased or Certified, with Receipts/Certificates | Quantity & Date Earned or Certified in Michigan, with Receipts/Certificates | Quantity & Date & Means of Disposal after T4D, with disposition receipts |
|---|---|---|---|---|
| Drug Screening - SAMHSA | 1 x 152 = 152 | Quantity: None | | |
| Medical - Physical | 1 x @76 = @76 (Est.) | Quantity: None | | |
| Psychological Reliability | 1 x @76 = @76 (Est.) | Quantity: None | | |
| CGIM - Written Exam | 1 x @76 = @76 (Est.) | Quantity: None | | |
| Firearm Live-fire Range Quantification, using same firearm make & model provided by Contractor | 1 x 152 = 152 | Quantity: None | | |

| Licenses & Permits | REQUIRED COUNT | Inventory Quantity, Date Purchased, with Receipts | INVENTORY COUNT | INVENTORY COUNT |
|---|---|---|---|---|
| Michigan Corporate Reg. | 1 x 1 = 1 | Quantity: None | | |
| Michigan Business License | 1 x 1 = 1 | Quantity: None | | |
| Michigan Guard Co. License | 1 x 1 = 1 | Quantity: None | | |
| Michigan Firearm Permits | 1 x 152 = 152 | Total Quantity Obtained: 110 , Invoice from NCLN20's consultant R. Mckay indicated a transaction Date: 9/27/01 | Assumed permits obtained by R. Mckay in Rochester Hills, MI | NA |
| Detroit City Firearm Permits | 1 x @40 = @40 (Est.) | Quantity: None | | |

| Insurance Certificate | REQUIRED COUNT | Inventory Quantity, Date Purchased, with Receipts | INVENTORY COUNT | INVENTORY COUNT |
|---|---|---|---|---|
| Michigan Business Liability | 1 x 1 = 1 | Quantity: None | | |
| Michigan Vehicle | 1 x 3 = 3 | Quantity: None | | |

Notes: The information provided above are based on copy of invoices provided by NCLN20 under the "Start Up Performance Summary and Documentation" Binder submitted along with the Breach of Contract Claim on Oct 26, 2006. Please refer to the detail breakdown by invoices for additional items and costs identified from the invoices.