04141-2007Z49300001 Enclosure 2

**Purchased Items by Invoice**

| Invoice Number | Vendor | Description | Quantity | Amount |
|---|---|---|---|---|
| **P01178960101** | Alpine Trading Co, Inc. | Men - Detroit Pants | 254 | 3,517 |
| PO Date: 09/24/01 | | Tie Clip | 200 | 590 |
| Invoice Date: 09/24/01, UPS 3 day. | | Shipping & Handling | | 477 |
| | | | | 4,584 |
| **P01178990101** | Alpine Trading Co., Inc. | Men - Ann Arbor Pants | 75 | 1,043 |
| PO Date: 09/24/01 | | Shipping & Handling | | 122 |
| Invoice Date: 09/24/01, UPS 3 day. | | | | 1,164 |
| **P01178930101** | Alpine trading Co., Inc. | Men Battle Creek Pants | 171 | 2,327 |
| PO Date: 09/24/01 | | Shipping & Handling | | 281 |
| Invoice/Shipped Date: 09/24/01 | | | | 2,607 |
| **P01178540103** | Alpine trading Co., Inc. | L/S Shirts w Patch | 54 | 1,014 |
| PO Date 9/22/01 | | S/S Shirts w Patch | 12 | 203 |
| Invoice/Shipped Date: 9/27/01 | | Police Jacket | 1 | 45 |
| | | Tie Clip | 2 | 5 |
| | | Belt Keeper | 106 | 212 |
| **Credited Back** | **16408.05** | Sam Browne Belt | 53 | 1,220 |
| | | Nightstick Donut | 60 | 57 |
| | | Handcuff Case | 1 | 12 |
| | | Handcuff Nickel | 48 | 456 |
| | | Speed Loader Case | 17 | 276 |
| | | Nightstick Holder | 4 | 12 |
| | | Hat - Round Top w Badge | 42 | 1,432 |
| | | Holster - Leather | 1 | 60 |
| | | Shipping and Handling | | 2,263 |
| | | Total | | 7,266 |
| **P01178540102** | Alpine Trading Co., Inc. | Tie Clip | 118 | 266 |
| PO Date: 09/22/01 | | Belt Keeper | 134 | 268 |
| Invoice/Shipped Date: 09/27/01 | | Handcuff Case | 59 | 705 |
| | | Speed Loader Case, Double | 43 | 699 |
| | | Holster - Forward Draw | 59 | 3,537 |
| | | Total | | 5,474 |
| **P01178140101** | Alpine Trading Co., Inc. | L/S Shirts w Patch | 72 | 1,121 |
| PO Date: 09/21/01 | | Police Jacket | 13 | 477 |
| Invoice Date: 09/27/01, UPS Next Day | | Handcuff Nickel | 25 | 238 |
| | | Handcuff Case | 25 | 299 |
| | | Nightstick, Plastic | 13 | 129 |
| | | Nightstick, Holder | 25 | 74 |
| | | Nightstick, Donut | 25 | 24 |
| | | Garrison Belt | 16 | 120 |
| | | Hat - Round Top w Badge | 19 | 608 |
| | | Shipping and Handling | | 573 |
| | | | | 3,663 |
| **P01178190101** | Alpine Trading Co., Inc. | L/S Shirts w Patch | 12 | 170 |
| PO Date: 09/21/01 | | Sam Browne Belt | 38 | 893 |
| Invoice/Shipped Date: 09/27/01 | | Nightstick, Donut | 30 | 29 |
| | | Handcuff Case | 80 | 956 |
| | | Speed Loader Case, Double | 57 | 926 |
| | | Police Windbreaker w Badge | 1 | 45 |
| | | Belt Keeper | 480 | 960 |
| | | Guard Breast Badge | 3 | 15 |
| | | Dyna CPR Mask | 150 | 1,838 |
| | | Maglite, 5 Cell 'D" | 10 | 280 |

| | | | | |
|---|---|---|---|---|
| | | Flashlight Holder - Leather | 10 | 80 |
| | | Holster - Leather | 53 | 3,177 |
| | | Shipping and Handling | | 1,954 |
| | | | | 11,320 |
| **P01178190102** | Alpine Trading Co., Inc. | L/S Shirts w Patch | 239 | 3,475 |
| PO Date: 09/21/01 | | Police Jacket | 11 | 409 |
| Invoice/Shipped Date: 09/28/01 | | | | 3,884 |
| **P01181450101** | Alpine Trading Co., Inc. | Belt Keeper | 36 | 72 |
| PO Date: 09/28/01 | | Handcuff Case | 24 | 287 |
| Invoice Date: 09/28/01, UPS Next Day | | Shipping & Handling | | 1,748 |
| | | | | 2,106 |
| **P01178140102** | Alpine Trading Co., Inc. | L/S Shirts w patch | 9 | 181 |
| PO Date 09/21/01 | | Police Windbreaker w Badge | 2 | 89 |
| Invoice Date: 09/28/01, UPS Next Day | | | | 271 |
| Total | | | | **42,341** |

| | | | | |
|---|---|---|---|---|
| **2434** | Double Action | Revolver - S&W, Mod.10, 4" HVY BBL | 69 | 10,701 |
| Invoice Date: 09/19/01 | | Sales tax on Revolver | | 1,284 |
| | | | | 11,985 |
| **2434 Refund Inv.** | | Refund - Revolver | | (10,701) |
| Invoice Date: 09/30/01 | | Refund Sales tax | | (1,284) |
| | | Miscellaneous Charge for Refund | | 539 |
| | | | | (11,446) |
| **Overcharge credit** | | Credit on Refund Charge | | (240) |
| Invoice Date: 09/30/01 | | | | |
| | | Total | | **300** |

04141-2007Z49300001 Enclosure 2

| | | | | |
|---|---|---|---|---|
| **62883** | Trader Sports | Revolver - Model 82, 4" Heavy Barrel | 41 | 9,820 |
| Order Date: 09/19/01 | | Sales tax on Revolver | | 786 |
| Delivered to Detroit on 9/27, 9/28 and 10/1/01 | | | | 10,605 |
| **62884** | Trader Sports | Speed Loader | 280 | 1,414 |
| Order Date: 09/19/01 | | Sales tax on Speed Loader | | 113 |
| Delivered to Detroit on 9/27, 9/28 and 10/1/01 | | | | 1,527 |
| **Refund Check Issued** | | Refund | | (12,132) |
| Issue Date: 11/1/01 | | 25% charge on Refund | | 3,033 |
| | | | | (9,099) |
| | | Total | | **3,033** |
| **CU 0283** | Enterprise Car Sales/Leasing | Well's Fargo Finance - Vehicle Price | 1 | 16,539 |
| **CU 1168** | Enterprise Car Sales/Leasing | Well's Fargo Finance - Vehicle Price | 1 | 16,539 |
| **CU 1167** | Enterprise Car Sales/Leasing | Well's Fargo Finance - Vehicle Price | 1 | 16,539 |
| Order Date: 9/25/01 | | | | **49,617** |
| **1762432E2310000285** | UPS | Delivery on Return of Double Action items | | 81 |
| **1762432E2310000294** | | Delivery on Return of Double Action items | | 81 |
| **1762432E2310000301** | | Delivery on Return of Double Action items | | 81 |
| **1762432E2310000310** | | Delivery on Return of Double Action items | | 81 |
| **1762432E2310000329** | | Delivery on Return of Double Action items | | 41 |
| **1762432E2310000338** | | Delivery on Return of Double Action items | | 25 |
| **1762432E0310023806** | | Delivery on Return of Double Action items | | 20 |
| **17450X900102366699** | | Delivery on Return of Emblems | | 31 |
| | | Total | | **442** |
| Loan No. 500 | Dell Financial Services | Outstanding Loan | | 3,457 |
| | | Business Loan - Late Charges | | 25 |
| | | Total | | **3,482** |
| 24321 | Natow Toma Uniforms | Patches shipped to Image First | 600 | 1,200 |
| | | Shipping | | 93 |
| | | | | 1,293 |
| 29194 | Natow Toma Uniforms | Patches shipped to Image First | 400 | 800 |
| | | Shipping | | 48 |
| | | | | 848 |
| N/A | Natow Toma Uniforms | Patches shipped to Image First | 400 | 800 |
| | | Shipping | | 35 |
| | | | | 835 |
| | | Total | | **2,977** |
| 165824 | Camera Mart, Inc. | Carmera and Supplies | 1 | 898 |
| | | tax | | 54 |
| | | | | **952** |
| N/A | Randy Mckay | Weapon Permit cost | 110 | 550 |
| | | Guns Registry | 110 | 1,100 |
| | | Pay for Mckay services | | 2,755 |
| | | Total | | 4,405 |
| | Kay Moore | Services?? | | 2,333 |
| | | Total | | **6,739** |
| Less | Alpine Trading Co., Inc. | Credit for Reurned Items | | **(16,408)** |
| Less | Enterprise Car Sales/Leasing | Credit for Reurned Items | | **(46,617)** |
| | | **Total** | | **46,856** |

**Purchased Items by Category**

| Matrix Category | Quantity | Costs |
|---|---|---|
| Shirts - Long Sleeve | 386 | 5,961 |
| Shirts Short Sleeve | 12 | 203 |
| Trousers - All Season | 500 | 7,766 |
| Neckties - Clip On | 320 | 860 |
| Hat - w/ plastic cover | 61 | 2,040 |
| Jacket - Winter -Weight | 28 | 1,065 |
| Gloves - Winter Pair | - | - |
| Pistol Belt (Duty Belt) | 107 | 2,233 |
| Holster - Leather | 113 | 6,774 |
| Belt Keeper | 756 | 1,512 |
| Speed Loader | 280 | 1,527 |
| Ammo/Keeper Pouch/Case | 117 | 1,901 |
| Metal Handcuff Pair w/key | 73 | 694 |
| Handcuff Case | 189 | 2,259 |
| Hnadcuff Key Strap w/flap | - | - |
| Shoulder Patch - Contractor | 1400 | 2,977 |
| Whistle - Metal Police-type | - | - |
| Nameplate - shirt/jacket type | - | - |
| Gloves - Disposable Pair | - | - |
| Mask - Compace CPR Rescue | 150 | 1,838 |
| Badge - Metal Security Type | 3 | 15 |
| Revolver - Double Action 4" BBL | 110 | 1,806 |
| Baton, Police style | 13 | 129 |
| Nightstick holder, Donut | 144 | 195 |
| Flashlight w/holder | 10 | 359 |
| Raincoat | | |
| Alpine trading Co Items Returned | | (16,408) |
| 2-wheel Drive | - | - |
| 4-wheel Drive | 3 | 3,000 |
| | | |
| .38 special 110 JHP+P | | |
| | | |
| Office Supplies | | |
| Dell Computer and misc. | 1 | 3,482 |
| Camera and Supplies | 1 | 952 |
| | | |
| Drug Screeing - SAMHSA | | |
| Medical - Physical | | |
| Pschological Reliability | | |
| CGIM - Written Exam | | |
| | | |
| Firearm Live-fire Range Qualification, using same firearm make & model provided by Contractor | | |
| | | |
| Michigan Corporate Reg. | | |
| Michigan Business License | | |
| Michigan Guard Co. License | | |
| Michigan Firearm Permits | 110 | 1,650 |
| Detroit City Firearm Permits | | |
| | | |
| Michigan Business Liability | | |
| Michigan Vehicle | 3 | - |
| | | |
| Services for R. Mckay & K.Moore | | 5,089 |
| | | |
| Delivery for return items | | 442 |
| | | |
| Various Shipping not individually identifiable | | 6,538 |
| | | |
| Total | | **46,856** |