# In the United States Court of Federal Claims

No. 02-1282C
Filed: May 9, 2007

| | |
|---|---|
| ************************************ | |
| | * |
| NCLN20, INC., | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On October 3, 2007, the court ordered this case stayed pending a final decision by the contracting officer on Plaintiff's August 31, 2005 Request for Equitable Adjustment ("REA"). On April 24, 2007, the Government filed a status report stating that the contracting officer had reviewed Plaintiff's REA, and issued a Determinations and Findings regarding Plaintiff's claims on April 13, 2007. On April 18, 2007, a letter was sent to Plaintiff's counsel announcing the contracting officer's decision. Accordingly, the stay on this case is, hereby, lifted.

A telephone status conference is scheduled for Tuesday, July 10, 2007 at 3 p.m. e.s.t.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
Judge