# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NCLN20, INC.<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1282C<br>JDG: Susan G. Braden |

## NOTICE OF ATTORNEYS LIENS

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO ALL OTHER INTERESTED PERSONS:

PLEASE TAKE NOTICE that Plaintiff, NCLN20, Inc. in the above entitled case, by virtue of a written fee agreement, engaged and retained Clarence B. Tucker, Sr., PLLC as Plaintiff NCLN20, Inc.'s attorney(s) of record to represent it in the above entitled case and related matters.

PLEASE TAKE FURTHER NOTICE that Plaintiff NCLN20, Inc. agreed: (1) to pay Clarence B. Tucker, Sr., PLLC for its reasonable attorneys fees for services rendered and to reimburse it for costs and expenses incurred and/or advanced on behalf of Plaintiff NCLN20, Inc. in connection with such litigation and, in addition, (2) to pay Clarence B. Tucker, Sr., PLLC a percentage contingent fee computed on all gross amounts, monies or proceeds obtained, recovered or achieved by settlement, judgments or otherwise in resolution of Plaintiff NCLN20, Inc.'s claims described in said fee agreement.

PLEASE TAKE FURTHER NOTICE that Clarence B. Tucker, Sr., PLLC does now further claim attorneys' equitable retaining and charging liens and an assignment on and against all gross proceeds, amounts or monies recovered, obtained or achieved by settlement, judgments or otherwise in resolution of Plaintiff NCLN20, Inc.'s claims asserted in: (1) the above entitled case; (2) NCLN20, Inc.'s Request for Equitable Adjustment dated 8/31/05 for Monetary Damages for Breaches of Contracts #GS-05PO1-GC-D-0009, #GS05P99GCD0001 and #GSO5 P99GCD0005, as supplemented 12/1/05; (3) NCLN20, Inc.'s Certified, Restated, Supplemented and Amended Claims for Monetary Damages for Breaches of Contracts #GS05PO1GCD0009, #GSO5P99 GCD0005 and #GSO5P99GCD0001 dated 10/26/06; and (4) NCLN20, Inc.'s other civil litigation, administrative proceedings instigated against and involving the USA and related matters (e.g., USA

Status Reports and Plaintiff NCLN20, Inc.'s responses thereto and FRE 408 settlement and compromise information [including Mickle e-mail 7/10/07—4:23 p.m.]), to secure payment(s) for all professional services rendered and reimbursement for all costs and expenses incurred and/or advanced by Clarence B. Tucker, Sr., PLLC on behalf of Plaintiff NCLN20, Inc., all in accordance with the terms of said written fee agreement and Michigan common law.

**PLEASE TAKE FURTHER NOTICE that no compromise, settlement, judgment, satisfaction or other resolution of Plaintiff NCLN20, Inc.'s claim(s) described in said fee agreement and hereinabove or Plaintiff NcLN20, Inc.'s or its assignee(s) or the disbursement(s) of Plaintiff NCLN20, Inc.'s right(s) to any gross amounts, monies or proceeds under any judgment, order, settlement, compromise or other resolution of Plaintiff NCLN20, Inc.'s aforesaid claims may be entered into or made by or on behalf of Plaintiff NCLN20, Inc. or its assignee(s) and Plaintiff NCLN20, Inc. may not enforce its rights to any gross amounts, monies or proceeds under any judgment, settlement or compromise in the above entitled case and above-described claims, by writ or otherwise, unless one of the following requirements are met and satisfied:**

**1. The prior approval by written order of the above entitled Court;**

**2. The prior written consent of Clarence B. Tucker, Sr., PLLC has been obtained or Clarence B. Tucker, Sr., PLLC has released in writing his aforesaid lien(s) and assignment; or**

**3. The aforesaid lien(s) and assignment have been satisfied as acknowledged in writing by Clarence B. Tucker, Sr., PLLC.**

Respectfully submitted,

By s/ Clarence B. Tucker, Sr.

Clarence B. Tucker, Sr., Esq., Attorney of Record for Plaintiff NCLN20, Inc.
*Clarence B. Tucker, Sr., PLLC*
615 Griswold Street- Ford Building, Suite 920
Detroit MI 48226
(313) 230-7892/Fax: (313) 230-7896
e-mail Ctucker@TuckerandHughesPLLC.com

7/17/07

**CERTIFICATE OF SERVICE**

I, Clarence B. Tucker, Sr., hereby certify that on the 17th day of July, 2007, I electronically filed **1.) Notice of Attorneys Liens; and 2.) Certificate of Service** with the Clerk of the Court and with Attorney of Record, **Douglas K. Mickle, Esq.**, using the ECF system.

s/ Clarence B. Tucker, Sr.
**CLARENCE B. TUCKER, SR. (P-40703)**
615 Griswold - Suite 920
Detroit, MI 48226
(313) 230-7892
Email: ctucker@tuckerandhughespllc.com