# In the United States Court of Federal Claims

No. 02-1282C
Filed: July 19, 2007

*************************************

NCLN20, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

*************************************

**ORDER**

On July 17, 2007, Plaintiff's attorney of record, Clarence B. Tucker, Sr., filed a Notice of Attorney Liens. The court orders this notice stricken from the record because it does not comply with the Rules of the United States Court of Federal Claims.

In addition, the Anti-Assignment Act, 31 U.S.C. § 3127, governs the "transfer or assignment of any part of a claim against the United States Government or of an interest in the claim . . . or the authorization to receive payment for any part of the claim." 31 U.S.C. § 3127(a). The Anti-Assignment Act permits the assignment of such a claim "only after a claim is allowed, the amount of the claim is decided, and a warrant for payment of the claim has been issued." 31 U.S.C. § 3127(b). A contract between an attorney and a client which gives the attorney an interest in the client's clam against the government is forbidden by the act. *See Knight* v. *United States*, 982 F.2d 1573 (Fed. Cir. 1993); *Schwartz* v. *United States*, 16 Cl. Ct. 182 (1989); *Tucker* v. *United States*, 7 Cl. Ct. 374, 375-77 ("It is observed that the Anti-Assignment statute was enacted for the purpose of preventing unrelated third parties, not in privity with the government, from acquiring an enforceable interest in a claim against it.").

Based on the foregoing, the court orders the Clerk of the Court to strike Mr. Tucker's July 17, 2007 Notice of Attorneys Liens from the record.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
Judge