**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NCLN20, INC.,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 02-01282C**<br>**JDG: Susan G. Braden** |

**STIPULATION TO ADJOURN PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

**IT IS STIPULATED AND AGREED** by and between Counsel for Plaintiff and Counsel for Defendant to Adjourn the time for Plaintiff to Respond to Defendant's Motion for Partial Dismissal for Forty-Five (45) Days because Plaintiff needs more time to resolve the Release of Claims matter.

**AGREED TO AND ACCEPTED BY:**

**s/ Clarence B. Tucker, Sr.**
**CLARENCE B. TUCKER, SR. (P-40703)**
Attorney for Plaintiff
Clarence B. Tucker, Sr., PLLC
615 Griswold – Suite 1210
Detroit, MI 48226
(313) 230-7892
Fax: (313) 230-7896

**AGREED TO AND ACCEPTED BY:**

**s/ with consent Douglas K. Mickle .**
**DOUGLAS K. MICKLE (P-30686)**
Attorneys for Defendant
Department of Justice
Attn: Classification Unit – 8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
(202) 307-0383
Fax: (202) 353-7988

Dated: November 21, 2007