# In the United States Court of Federal Claims

No. 02-1282C
Filed: November 26, 2007

*************************************
NCLN20, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.
*************************************

## ORDER

The Stipulation to Adjourn Plaintiff's Response to Defendant's Motion for Partial Dismissal is granted. Therefore, Plaintiff will file the response to Defendant's October 26, 2007 Motion to Dismiss on or before January 11, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**