# INDEX OF EXHIBITS

| EXHIBIT | TITLE |
|---|---|
| A | CO Arthur Dobbs Letter dated 7/18/07 to Clarence B. Tucker, Sr., Esq. |
| B | 5/10/07 Transcript of Proceedings in this Case (NCLN20, Inc. vs. USA, #02-1282) Pages 1-17 |
| C | Affidavit of Stephen Jones dated 1/9/08 in Support of Plaintiff NCLN20, Inc.'s Response to Defendant's Motion for Partial Dismissal |
| D | Plaintiff NCLN20, Inc.'s Request for Judicial Notice of Evidentiary Exhibits Incorporated in Plaintiff NCLN20, Inc.'s First Amended Complaint by RCFC 10(c) in Support of Plaintiff NCLN20, Inc.'s Response to Defendant's Motion for Partial Dismissal |