# EXHIBIT A

**CO ARTHUR DOBBS LETTER DATED 7/18/07 TO CLARENCE B. TUCKER, SR., ESQ.**

Attachment to
October 22, 2007 Letter

Federal Protective Service
U.S. Department of Homeland Security
230 South Dearborn, Room 3540
Chicago, IL 60604

U.S. Immigration and Customs Enforcement

July 18, 2007

Mr. Clarence B. Tucker, SR., PLLC
615 Griswold Street – Suite 920
Detroit, Michigan 48226

THRU: Mr. Douglas K. Mickle, Esq.
U.S. Department of Justice
1100 L Street, Rm. 4062
Washington DC 20005

Dear Mr. Tucker:

This concerns NCLN20's Request for Equitable Adjustment (REA) regarding the termination of the Michigan Security Guard Contract GS05P01GCD0001 and the withholding of payments on the completed contract GS05P99GCD0009 for the staffing of the Battle Creek MI Mega Center.

This letter addresses the close out of the expired Mega Center Contract and does not address claims pertinent to the terminated Michigan Security Guard Contract. The withholding of funds on the Mega Center Contract was due to the termination for default (T4D) dated September 28, 2001 of the Michigan Security Guard Contract. NCLN20 was liable for re-procurement costs on the Michigan Security Guard Contract until April 18, 2007, when the T4D was changed to a Termination for Convenience of the Government (T4C).

Please complete the enclosed Release of Claims for the Mega Center contract. On this document you can note exceptions taken for amounts owed. NCLN20 is required to submit new invoices which bear a DUNS number, TIN number, ACT number, electronic funds transfer info, contract number, current address and date. Sign and return to me so we can process these invoices for payment.

Desk Telephone 312.353-5003
E-mail Arthur.S.Dobbs@dhs.gov

Sincerely,

ARTHUR S. DOBBS

COPY