# EXHIBIT D

**PLAINTIFF NCLN20, INC.'S
REQUEST FOR JUDICIAL NOTICE OF
EVIDENTIARY EXHIBITS INCORPORATED IN
PLAINTIFF NCLN20, INC.'S FIRST AMENDED COMPLAINT
BY RCFC 10(c) IN SUPPORT OF PLAINTIFF NCLN20, INC.'S
RESPONSE TO DEFENDANT'S MOTION FOR
PARTIAL DISMISSAL**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | **No. 02-01282C** |
| **Plaintiff,** | ) | **JDG: Susan G. Braden** |
| **vs.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF NCLN20, INC.'S REQUEST FOR JUDICIAL NOTICE OF EVIDENTIARY EXHIBITS INCORPORATED IN PLAINTIFF NCLN20, INC.'S FIRST AMENDED COMPLAINT BY RCFC 10(c) IN SUPPORT OF PLAINTIFF NCLN20, INC.'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

**1.** I am a member in good standing of the Bar of the State of Michigan and the above-entitled Court. I have been admitted *pro hac vice* to the Bar of this Court for the purpose of representing Plaintiff NCLN20, Inc. ("NCLN20") in this litigation.

**2.** I submit this Plaintiff NCLN20's Request for Judicial Notice of Exhibits incorporated in Plaintiff NCLN20's First Amended Complaint by RCFC 10(c) in support of Plaintiff's Response to Defendant's Motion for Partial Dismissal. Pursuant to FRE 201(a),(b),(d),(e), Plaintiff NCLN20, Inc. hereby requests that this Court take Judicial Notice of the Adjudicative Facto enumerated herein below in support of Plaintiff NCLN20's Response to Defendant's Motion for Partial Dismissal.

**3.** 41 USCS§ 605, 609 and 611; 28 USC § 1491(a)(1), (2)

**4.** 48 CFR§ 201, 202, 206 and 207 and FAR 52.233-1 Disputes.

**5.** Attached as Exhibit A is a true and correct copy of CO Dobbs Letter dated 7/18/07 to Clarence B. Tucker, Sr., Esq.; First Amended Complaint ¶ 51, Dkt# 71.

**6.** The Docket in the above-captioned Case.

**7.** Plaintiff NCLN20 Appendix of Exhibits to its First Amended Complaint served on 9/21/07 and filed herein on 9/27/07. Dkt# 71.

**8.** Defendant's Brief Discussing the Court's Jurisdiction dated 8/30/05, stating in part that: **"NCLN20's claim for money damages as set forth in the March 2003 Joint Status Report should be rejected."** Id at Page 1 and **"[I]n a Joint Preliminary Status Report *** filed with the Court on March 24, 2004, NCLN20 asserted that it would seek monetary damages."**

**9.** Attached as Exhibit B is a true and correct copy of the Transcript of Proceeding in this Case of 5/10/07 Pages 1-17, wherein Douglas Mickle, DOJ, stated (in response to my statement to the Court that **"they did not audit any of the [NCLN20's] lost profit damages *** claim"**, TR 6:18-24) that: **"lost profits weren't considered in the equation because I believe the contracting officer did not feel that he was acting in bad faith."** Id at 10: P2-14.

**10.** The Court's Order dated 5/9/07, which reads:

> **"On October 3, 2007, the court ordered this case stayed pending a final decision by the contracting officer on Plaintiff's August 31, 2005 Request for Equitable Adjustment ("REA"). On April 24, 2007, the Government filed a status report stating that the contracting officer had reviewed Plaintiff's REA, and issued a Determinations and Findings regarding Plaintiff's claims on April 13, 2007. On April 18, 2007, a letter was sent to Plaintiff's counsel announcing the contracting officer's decision. Accordingly, the stay on this case is, hereby, lifted."** Dkt# 68.

**11.** Defendant USA's Status Report dated 12/5/05 with attachments (Appendix) namely:

"NCLN20'S Request For Equitable Adjustment .......................... 1

Letter from contracting officer to NCLN20 seeking additional information, October 7, 2005 ........................................................ 16

Letter from contracting officer to NCLN20 seeking additional information, November 21, 2005 ........................................................ 20

Letter from NCLN20 to contracting officer with information pertaining to NCLN20's REA, December 1, 2005 .................................... 20."

Bates Stamped. Dkt# 55.

Respectfully Submitted By,

s/ Clarence B. Tucker, Sr.
**CLARENCE B. TUCKER, SR. (P-40703)**
Attorney of Record for Plaintiff NCLN20, Inc.
Ford Building
615 Griswold - Suite 1210
Detroit, MI 48226
(313) 230-7892
Fax#: (313) 230-7896
Email: ctucker@tuckerandhughespllc.com

Dated: 1/11/2008