**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 02-1282C** |
| **v.** | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 21 days, to and including February 18, 2008, to reply to NCLN20's response to the Government partial motion to dismiss.[1] Our reply brief is currently due on January 28, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with NCLN20's counsel, and he concurs with our request for this brief enlargement of time.

This request for an additional time within which to file our reply brief is necessary because we have not received comments from agency counsel with the General Services Administration regarding NCLN20's response brief. Agency counsel, Joel Malkin, is out of the office until January 18, 2008. Furthermore, I also have asked Arthur Dobbs,[2] the primary

---

[1] On October 26, 2007, the United States filed a motion to dismiss seeking dismissal of claims three and four of NCLN20, Inc.'s, ("plaintiff" or "NCLN20") amended complaint for lack of subject matter jurisdiction. In our motion, we explained that these claims seek money damages that NCLN20 had not certified and presented to the contracting officer for resolution. NCLN20 filed its response to our motion on January 11, 2008.

[2] Mr. Dobbs works in Chicago for the Federal Protective Service ("FPS"), which is an organizational unit of the Bureau of Immigration and Custom Enforcement ("BICE") within the

contracting officer involved with the procurement at issue, to provide input upon this matter. Both Mr. Malkin's and Mr. Dobbs's comments are important to our completing our brief for filing with the Court.

Additionally, the undersigned Government counsel also is responsible for other pending matters, including: (1) Sharp v. United States, No. 07-547 (Fed. Cl.), in which oral argument is scheduled for January 30, 2008; (2) Tippett v. United States, No. 07-624 (Fed. Cl.), in which the Government's response to Mr. Tippett's complaint is due on February 4, 2008; (3) Bal v. United States, No. 07-491 (Fed. Cl.), in which the parties must finalize the terms of a settlement agreement by February 8, 2008; (4) Englewood Terrace Limited Partnership v. United States, No. 03-2209 (Fed. Cl.), in which the Government must file a post-trial brief on February 8, 2008; and, (5) Koshock v. Department of Veterans Affairs, No. 2007-7311 (Fed. Cir.), in which the Government must file respondent-appellee's brief on February 18, 2008. Finally, the undersigned will also be out of the office on previously scheduled annual leave beginning on January 21, 2008, and will not be returning until January 28, 2008.

In light of the above, the proposed enlargement is requested so that the deadlines in this case do not conflict with the deadlines in other cases. In addition, granting the proposed enlargement will enable agency counsel and the undersigned to devote the attention and time needed to properly evaluate the brief filed by NCLN20, to prepare the Government's reply, and to obtain supervisory review so that the brief may be finalized and filed with the Court by the proposed due date of February 18, 2008.

---

United States Department of Homeland Security ("DHS").

For these reasons, we respectfully request the Court to grant our unopposed motion for an enlargement of time of 21 days, to and including February 18, 2008, 2008, within which to file our reply to NCLN20's response brief.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

JOEL MALKIN
General Services Administration
Office of Regional Counsel
Chicago, IL

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

DATED: January 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on January 18, 2008, a copy of the foregoing **"DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle