# In the United States Court of Federal Claims

No. 02-1282C
Filed: January 22, 2008

*************************************
NCLN20, INC.,

Plaintiff,
v.

UNITED STATES,

Defendant.
*************************************

**ORDER**

The Government's January 18, 2008 Unopposed Motion for Enlargement of Time to File Its Reply to Plaintiff's Response to the Government's Motion to Dismiss is granted. Therefore, the Government will have an additional 21 days and will file a reply on or before February 19, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**