# EXHIBIT
# K

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Number:
3464

Invoice Date:
9/30/01

Page:
1

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 10/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267 | |
| Billing Date: September 1 - 30, 2001 | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| 727 hours | 20,203.33 |

| | | |
|---|---|---|
| | Subtotal | 20,203.33 |
| | Sales Tax | |
| | Total Invoice Amount | 20,203.33 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | TOTAL | 20,203.33 |

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3463

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Date:
9/1/01

Page:
1

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 10/1/01 |

| Description | Amount |
|---|---|
| ACT P-93436283<br>Billing Date: September 1 - 30, 2001<br>Alarm Monitors (Position 2)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>1505.75 hours | 38,785.98 |

| | |
|---|---|
| Subtotal | 38,785.98 |
| Sales Tax | |
| Total Invoice Amount | 38,785.98 |
| Payment/Credit Applied | 38,785.98 |
| TOTAL | 0.00 |

Check/Credit Memo No: 04/04/02

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3462

Invoice Date:
9/30/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 10/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270<br>Billing Date: September 1 - 30, 2001<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>1502.75 hours | 38,785.98 |

| | | |
|---|---|---|
| | Subtotal | 38,785.98 |
| | Sales Tax | |
| | Total Invoice Amount | 38,785.98 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | TOTAL | 38,785.98 |

NCLN20
Since 1990
Post Office Box 69
Lafayette, CA 94549
Telephone (925) 299-2906
Fax: (925) 299-2931

October 16, 2001

Sent via FAX
& Overnight Fed-EX
# 8296 8576 1810

Mr. Art Dobbs
Contracting Officer
GSA-FPS (5PSAM)
230 South Dearborn St. (3540)
Chicago, IL 60604-1696

Subject: Decision to Not Extend Contract GS05P99GCD0001/5 Battle Creek Alarm Monitoring and Operation of Public Safety-Related Telecommunication and Security Systems.

Dear Art,

I am writing to beg your assistance in paying the proceeds of our final invoices involving services performed September1, 2001 to September 3, 2001:

1. 3462 amount $38,785.98,
2. 3463 amount $38,785.98,
3. 3464 amount $20,203.33,

Also, please find enclosed a copy of our bank record dated: 10/15/01, which shows that these invoices had been wired to our account on 10/11/01, but withdrawn 10/12/01, without any explanation to the bank or NCLN20, Inc.

I refer to your letter dated September 27,2001, paragraph four (4) second line:" A *portion* of a contract's final payment is typically withheld pending review by your company and GSA."

We have reviewed our invoices and have determined that for the month of September 2001, there is no outstanding deficiency or deduction that we have been made aware. We have compensated all employees as per Department of Labor Standards.

Please send me a written response to this letter if your office has decided not to pay these invoices. Otherwise, I look forward to seeing the funds returned to my bank account as per the contract.

*We do have the matter of the under billing that began in January 2001 and continued till July 2001 when corrected, with the change in Project Managers. This accounting is under review. Karim Abercrombia, Operations Manager, of NCLN20 will submit a final report and payment request, at close of business, today October 16, 2001.*

However, this issue is seen by NCLN20, Inc. as a separate matter that in our view should have no bearing on the current demand for payment of services rendered per the contract as of September 1-30, 2001.

Sincerely,

Stephen Jones
CEO/ Founder
NCLN20

Cc: Nancy Camardo, Attorney Of Record, NCLN20
Inspector General David K. Stone, Chicago Field Audit Office
Ms. Martha Burch, Business Opportunity Specialist, SBA, San Francisco, CA

Attachment:

- (3) Invoices # 3462, 3463, & 3464 dated September 30, 2001.
- Copy of September 27, 2001 letter to NCLN20
- Copy of Citibank account print out dated 10/15/01

GSA

General Services Administration - Great Lakes Region 5
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604

TX 312.353-5003
Fax 312.353-0143
Net art.dobbs@gsa.gov

September 27, 2001

Sent Federal Express
Airbill #7924-5061-2782
&
by Facsimile 925.299-2931

Mr. Stephen Jones
Chief Executive Officer
NCLN20
PO Box 69
3404 Hall Lane
Lafayette, CA 94549-0069

Dear Mr. Jones:

This regards General Services Administration (GSA) Contract #GS05P99GCD0001 for the performance of Alarm Monitoring and Operation of Public Safety-Related Telecommunication and Security Systems at the Federal Protective Service (FPS) Mega Center in Battle Creek, MI.

We have elected to not accept your cost proposal and subsequent extension of the existing contract. Therefore, Sunday evening, September 30, 2001 at 2400 hours, your contract will come to a close.

Follow-on contract #GS05P01GCD0010 has been issued to DECO Security Services, Inc. We ask that you and your company cooperate with DECO staff, as required by Contract #GS05P99GCD0001. If you should have any difficulties in doing so, please let us know.

After your contract comes to a close, your final invoices will be reviewed by the Mega Center Acting Contract Manager, however, final contract services and invoices are accepted and approved for payment only by myself, or in my absence, Mr. Roger Pirnau. A portion of a contract's final payments are typically withheld, pending review by your company and GSA. Please anticipate this withholding until the final contract payment is agreed upon by both parties and a release of claims is signed by you and provided to me.

Sincerely,

ARTHUR S. DOBBS
Contracting Officer