# EXHIBIT L

NCLN20
Since 1990

Post Office Box 69
Lafayette, CA 94549

Telephone (925) 299-2906
Fax: (925) 299-2931

# FAX COVER SHEET

DATE: October 16, 2001

NUMBER OF PAGES: 8
(Including Cover Sheet)

DELIVER TO: Mr. Art Dobbs, Senior Contracting Officer,
GSA/FPS, Great Lakes Region

COMPANY: GSA/FPS
TELEPHONE: (312) 353-5003

FAX: (312) 353-0143

FROM: Steve Jones (925) 299-2978

COMMENTS: Good Afternoon Art! Please find the information from my Accounting/Receivables Department, regarding, GS05P01GCD0001/5, (Battle Creek Alarm Monitoring and Operation of Public Safety-Related Telecommunication and Security Systems Services).

It is always a pleasure to hear from you.

Thank you,

Stephen Jones
NCLN20, A professional services company

NCLN20
Since 1990

Post Office Box 69
Lafayette, CA 94549

Telephone (925) 299-2906
Fax: (925) 299-2931

# FAX COVER SHEET

DATE: October 16, 2001

NUMBER OF PAGES: 6
(Including Cover Sheet)

DELIVER TO: Mr. David K. Stone
Regional Inspector General

COMPANY:
GSA Office of Inspector General
Chicago Field Audit Office

TELEPHONE: (312) 353-7781 x 110
FAX: (312) 353-6583

FROM: Steve Jones (925) 299-2978

COMMENTS: Good Afternoon. Please find the letter regarding, GS05P01GCD0001/5, (Battle Creek Michigan , Alarm Monitoring & Operation of Public Safety-Related Telecommunication & Security System). Please be advised there are numerous small contractors who have been and are being treated this way by this particular contracting office in the Great Lakes Region, but are afraid to come forward.

Thank you,

Stephen Jones
NCLN20, A professional services company
www.NCLN20.COM
Stephen@NCLN20.COM

**Karim**

From: roger.pinnau@gsa.gov
Sent: Wednesday, January 30, 2002 1:37 PM
To: karim@ncln20.com
Cc: tracy.cohen@gsa.gov; art.dobbs@gsa.gov
Subject: Re: NCLN20 Payment

January 30, 2002 (Wed)

Karim,

This is news to me.

I hadn't heard of any underbilling by NCLN20, and I'm not aware that GSA owes NCLN20 anything on that contract, due to the excess reprocurement costs/charges incurred by NCLN20, due to NCLN20's Termination for Default on another GSA-FPS R5 contract (for Michigan guard services) last year. I had thought that NCLN20 owes GSA a substantial amount.

As you can tell, I'm not as familiar with this matter as Art Dobbs, your contracting officer, so I'll pass this on to Art Dobbs and cc: Tracy Cohen, our supervisor, so they are aware of your inquiry.

Art has been out of state (in Texas) last week and this week, so he may need to research this further before replying to you, when he returns to the office next Tuesday.

You can reach Art on his return, as follows:
Email: art.dobbs@gsa.gov -or- Tel: 312/353-5003 -or- Fax: 312/353-0143

I'll close here, saying that if you haven't already done so, you may wish to research and document your allegations, so you can provide details to Art, in writing, on his return. If Art is already aware of this, give him a few days to get back to the office, so he can respond appropriately.

Thanks. //Roger

//Roger

"Karim Abercrombia" <karim@ncln20.com> on 01/30/2002 03:08:35 PM

To: Roger.pinnau@gsa.gov
cc:

Subject: NCLN20 Payment

Roger,

NCLN20 has not been paid for services rendered through the month of September on contract GS05P98GCD. In addition, we provided the Government with a claim for monies owed as a result of six months of under billing.

We have not been paid and have not heard anything on the status of payment. Can you please provide me with an update.

Karim

Copy

NCLN20
Since 1990
Post Office Box 69
Fax (925) 299-2931
Lafayette, CA 94549
Telephone (925) 299-2940

October 16, 2001

General Services Administration
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604
Mr. Art S. Dobbs, Contracting Officer

Dear Mr. Dobbs,

As previously discussed, NCLN20 is owed money from GSA for alarm monitoring and radio dispatch services performed at the Battle Creek MegaCenter during the months of January 2001 to July 2001. The contract manager Ervin Piotrowski discovered a computation problem with the spreadsheet after taking over the acting contract manager position from Angelita Tolliver. The problem was viewed and verified by the GSA COTR, Larry Kupser. The problem with the corrupted spreadsheet was previously undetected in the monthly verification process between the NCLN20 contract manager and the Government MegaCenter COTR(s).

For your review, I have included a monthly breakdown that shows the invoice total versus the correct total and the discrepancy in payment. In addition, I have enclosed hard copies of the spreadsheets and invoices.

If you have any questions please feel free to call me at (925) 299-2940

Sincerely,

Karim Abercrombia
Chief of Operations

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3438

Invoice Date:
7/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Fedéral Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 8/30/01 |

| Description | Amount |
|---|---|
| GSA - Battlecreek 8(a) | 75,142.20 |

| | |
|---|---|
| Subtotal | 75,142.20 |
| Sales Tax | |
| Total Invoice Amount | 75,142.20 |
| Payment/Credit Applied | |
| TOTAL | 75,142.20 |

Check/Credit Memo No:

# Invoice Totals

| | | Invoiced Totals | Correct Totals | Discrepancy |
|---|---|---|---|---|
| January | | | | |
| | Reg. | 18,168.95 x 2 | 21,927.53 x 2 | 7,517.16 |
| | Supv. | 24,690.03 | 24,690.03 | 0 |
| February | | | | |
| | Reg. | 21,116.45 x 2 | 21,116.45 x 2 | 0 |
| | Supv. | 20,432.74 | 23, 128.23 | 2,695.49/ 0 |
| | | | | No money owed for supv due to adjustment by COTR Sullivan. Tolliver worked primarily as Contract Mgr. Vs Supv. Hrs. Reduced from 155.5 to 58.5 |
| March | | | | |
| | Reg. | 22,980.58 x 2 | 27,342.47 x 2 | 8,723.78 |
| | Supv. | 24,253.72 | 24,753.94 | 500.22 |
| April | | | | |
| | Reg. | 28,168.95 x 2 | 32,172.17 x 2 | 8,006.44 |
| | Supv. | 20,043.54 | 24,879.00 | 4,835.46 |
| May | | | | |
| | Reg. | 34,572.50 x 2 | 38,956.97 x 2 | 8,768.94 |
| | Supv. | 18,139.92 | 22,586.32 | 4,446.4 |
| June | | | | |
| | Reg. | 30,355.79 x 2 | 36,608.26 x 2 | 12,504.94 |
| | Supv. | 17,535.49 | 20,203.33 | 2,667.84 |
| July | | | | |
| | Reg. | 30,368.69 x 2 | 36,953.47 x 2 | 13,169.56 |
| | Supv. | 16,555.89 | 20,557.65 | 4,001.46 |

Total Owed $75,142.20

# Summary of Hours for January

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 140 | 0 | 140 |
| DeGroff | 151.25 | 0 | 151.25 |
| Dontje | 13.25 | 164 | 177.25 |
| Dorgan | 177.5 | 8 | 185.5 |
| Foltz | 0 | 0 | 0 |
| Graves | 0 | 0 | 0 |
| Gray | 0 | 0 | 0 |
| Johnson | 164.5 | 11.5 | 176 |
| Langman | 0 | 185.75 | 185.75 |
| Lemley | 164.5 | 16 | 180.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 32 | | 32 |
| Musser | 68 | 0 | 68 |
| Nash | | | 0 |
| Neeser | 0 | 0 | 0 |
| Piotrowski | 142.5 | 40 | 182.5 |
| Plowman | 48 | 0 | 48 |
| Quick | 30.75 | 72 | 102.75 |
| Robinson | 12.7 | | 12.7 |

# Summary of Hours for January

| | | | |
|---|---|---|---|
| Ruhland | 123.2 | 32 | 155.2 |
| Smith | 0 | 163.7 | 163.7 |
| Teague | 0 | 0 | 0 |
| Thompson | 0 | 0 | 0 |
| Tolliver | | 157.5 | 157.5 |
| Tooley | 0 | 0 | 0 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 176 | 0 | 176 |
| Webb | 0 | 0 | 0 |
| Williamson | 137.5 | 38 | 175.5 |
| Zomer | 117.5 | 0 | 117.5 |
| TOTALS | 1699.15 | 888.45 | 2296.35 |
| | $21,927.53 | $24,690.03 | |

# Summary of Hours for January

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 140 | 0 | 140 |
| DeGroff | 151.25 | 0 | 151.25 |
| Dontje | 13.25 | 164 | 177.25 |
| Dorgan | 177.5 | 8 | 185.5 |
| Foltz | 0 | 0 | 0 |
| Graves | 0 | 0 | 0 |
| Gray | 0 | 0 | 0 |
| Johnson | 164.5 | 11.5 | 176 |
| Langman | 0 | 185.75 | 185.75 |
| Lemley | 164.5 | 16 | 180.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 32 | | 32 |
| Musser | 68 | 0 | 68 |
| Nash | | | 0 |
| Neeser | 0 | 0 | 0 |
| Piotrowski | 142.5 | 40 | 182.5 |
| Plowman | 48 | 0 | 48 |
| Quick | 30.75 | 72 | 102.75 |
| Robinson | 12.7 | | 12.7 |

Bad Spreadsheet

# Summary of Hours for January

| | | | |
|---|---|---|---|
| Ruhland | 123.2 | 32 | 155.2 |
| Smith | 0 | 163.7 | 163.7 |
| Teague | 0 | 0 | 0 |
| Thompson | 0 | 0 | 0 |
| Tolliver | | 157.5 | 157.5 |
| Tooley | 0 | 0 | 0 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 176 | 0 | 176 |
| Webb | 0 | 0 | 0 |
| Williamson | 137.5 | 38 | 175.5 |
| Zomer | 117.5 | 0 | 117.5 |
| TOTALS | 1407.9 | 888.45 | 2296.35 |
| | $18,168.95 | $24,690.03 | |

Jan.

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3329

Invoice Date:
1/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 3/2/01 |

| Description | Amount |
|---|---|
| ACT P-93436267 | |
| Billing Date: January 1 - 31, 2001 | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| GSA - Battlecreek 8(a) | 24,690.03 |

| | |
|---|---|
| Subtotal | 24,690.03 |
| Sales Tax | |
| Total Invoice Amount | 24,690.03 |
| Payment/Credit Applied | 24,690.03 |
| TOTAL | 0.00 |

Check/Credit Memo No: Gov 8a

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Invoice Number: 3328

Invoice Date: 1/31/01

Page: 1

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 3/2/01 |

| Description | Amount |
|---|---|
| ACT # 93436270<br>Billing Date: January 1 - 31, 2001<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>GSA - Battlecreek 8(a) | 18,168.95 |

| | |
|---|---|
| Subtotal | 18,168.95 |
| Sales Tax | |
| Total Invoice Amount | 18,168.95 |
| Payment/Credit Applied | 18,168.95 |
| TOTAL | 0.00 |

Check/Credit Memo No: Gov 8a

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Number:
3327

Invoice Date:
1/31/01

Page:
1

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 3/2/01 |

| Description | Amount |
|---|---|
| ACT P-93436283<br>Billing Date: January 1 - 31, 2001<br>Alarm Monitors (Position 2)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MT 49017<br>Government, 8(a) | 18,168.95 |

| | |
|---|---|
| Subtotal | 18,168.95 |
| Sales Tax | |
| Total Invoice Amount | 18,168.95 |
| Payment/Credit Applied | 18,168.95 |
| TOTAL | 0.00 |

Check/Credit Memo No: Gov 8a

# Summary of Hours for February

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 122.75 | 0 | 122.75 |
| DeGroff | 165.5 | 0 | 165.5 |
| Dontje | 2.75 | 145.5 | 148.25 |
| Dorgan | 161.25 | 0 | 161.25 |
| Johnson | 150 | 16 | 166 |
| Langman | 0 | 162.75 | 162.75 |
| Lemley | 145.5 | 16 | 161.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 8 | | 8 |
| Musser | 64.75 | 0 | 64.75 |
| Nash | | | 0 |
| Neeser | 24 | 0 | 24 |
| Piotrowski | 135 | 36 | 171 |
| Plowman | 59 | 0 | 59 |
| Quick | 45.25 | 64 | 109.25 |
| Robinson | 12 | | 12 |
| Ruhland | 117.3 | 32 | 149.3 |
| Smith | 0 | 159 | 159 |
| Teague | 0 | 0 | 0 |

# Summary of Hours for February

| | | | |
|---|---|---|---|
| Thompson | 0 | 0 | 0 |
| Tolliver | | 155.5 | 155.5 |
| Tooley | 23 | 0 | 23 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 153.25 | 0 | 153.25 |
| Webb | 0 | 0 | 0 |
| Williamson | 120 | 45.5 | 165.5 |
| Zomer | 127 | 0 | 127 |
| TOTALS | 1636.3 | 832.25 | 1870.8 |
| | $21,116.45 | $23,128.23 | |

# Summary of Hours for February

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 122.75 | 0 | 122.75 |
| DeGroff | 165.5 | 0 | 165.5 |
| Dontje | 2.75 | 145.5 | 148.25 |
| Dorgan | 161.25 | 0 | 161.25 |
| Johnson | 150 | 16 | 166 |
| Langman | 0 | 162.75 | 162.75 |
| Lemley | 145.5 | 16 | 161.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 8 | [illegible] | 8 |
| Musser | 64.75 | 0 | 64.75 |
| Nash | | | 0 |
| Neeser | 24 | 0 | 24 |
| Piotrowski | 135 | 36 | 171 |
| Plowman | 59 | 0 | 59 |
| Quick | 45.25 | 64 | 109.25 |
| Robinson | 12 | | 12 |
| Ruhland | 117.3 | 32 | 149.3 |
| Smith | 0 | 159 | 159 |
| Teague | 0 | 0 | 0 |

Bad Spreadsheet

# Summary of Hours for February

| | | | |
|---|---|---|---|
| Thompson | 0 | 0 | 0 |
| Tolliver | | 58.5 | 58.5 |
| Tooley | 23 | 0 | 23 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 153.25 | 0 | 153.25 |
| Webb | 0 | 0 | 0 |
| Williamson | 120 | 45.5 | 165.5 |
| Zomer | 127 | 0 | 127 |
| TOTALS | 1636.3 | 735.25 | 1773.8 |
| | $21,116.45 | $20,432.60 | |

Feb.

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Number:
3348

Invoice Date:
2/28/01

Page:
1

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 3/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267 | |
| Billing Date: February 1 - 28, 2001 | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | 20,432.74 |

| | |
|---|---|
| Subtotal | 20,432.74 |
| Sales Tax | |
| Total Invoice Amount | 20,432.74 |
| Payment/Credit Applied | 20,432.74 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Invoice Number:
3347

Invoice Date:
2/28/01

Page:
1

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 3/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270<br>Billing Date: February 1 - 28, 2001<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>GSA - Battlecreek 8(a) | 21,116.45 |

| | |
|---|---|
| Subtotal | 21,116.45 |
| Sales Tax | |
| Total Invoice Amount | 21,116.45 |
| Payment/Credit Applied | 21,116.45 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3346

Invoice Date:
2/28/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 3/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283 | |
| Billing Date: February 1 - 28, 2001 | |
| Alarm Monitors (Position 2) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| GSA - Battlecreek 8(a) | 21,116.45 |

| | |
|---|---|
| Subtotal | 21,116.45 |
| Sales Tax | |
| Total Invoice Amount | 21,116.45 |
| Payment/Credit Applied | 21,116.45 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

# Summary of Hours for March

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 0 | 0 | 0 |
| Clark | 172 | 0 | 172 |
| DeGroff | 166 | 18 | 184 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 152 | 152 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 0 | 0 | 0 |
| Graves | 72 | 0 | 72 |
| Gray | 159 | 0 | 159 |
| Johnson | 38.5 | 8 | 46.5 |
| Langman | 0 | 176 | 176 |
| Lemley | 144 | 24 | 168 |
| Lepper | 0 | 0 | 0 |
| Luther | 0 | | 0 |
| Morath | 24.5 | | 24.5 |
| Musser | 71.5 | 0 | 71.5 |
| Nash | | | 0 |
| Neeser | 168 | 0 | 168 |
| Piotrowski | 130 | 52 | 182 |

# Summary of Hours for March

| | | | |
|---|---|---|---|
| Plowman | 80 | 0 | 80 |
| Quick | 64 | 84 | 148 |
| Robinson | 28 | | 28 |
| Ruhland | 154.25 | 24 | 178.25 |
| Smith | 0 | 158 | 158 |
| Teague | 0 | 0 | 0 |
| Thompson | 16 | 0 | 16 |
| Tolliver | | 16 | 16 |
| Tooley | 160 | 0 | 160 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 164.5 | 0 | 164.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 4 | 178.75 | 182.75 |
| Zomer | 126.5 | 0 | 126.5 |
| TOTALS | 2118.75 | 890.75 | 3009.5 |
| | $27,342.47 | $24,753.94 | |

# Summary of Hours for March

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 0 | 0 | 0 |
| Clark | 172 | 0 | 172 |
| DeGroff | 166 | 18 | 184 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 152 | 152 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 0 | 0 | 0 |
| Graves | 2 | | 2 |
| Gray | 159 | 0 | 159 |
| Johnson | 38.5 | 8 | 46.5 |
| Langman | 0 | 176 | 176 |
| Lemley | 144 | 24 | 168 |
| Lepper | 0 | 0 | 0 |
| Luther | 0 | | 0 |
| Morath | 24.5 | | 24.5 |
| Musser | 71.5 | 0 | 71.5 |
| Nash | | | 0 |
| Neeser | 168 | 0 | 168 |
| Piotrowski | 130 | 52 | 182 |

Bad Spreadsheet

# Summary of Hours for March

| | | | |
|---|---|---|---|
| Plowman | 80 | 0 | 80 |
| Quick | 64 | 84 | 148 |
| Robinson | 28 | | 28 |
| Ruhland | 154.25 | 24 | 178.25 |
| Smith | 0 | 158 | 158 |
| Teague | 0 | 0 | 0 |
| Thompson | 16 | 0 | 16 |
| Tolliver | | 16 | 16 |
| Tooley | 160 | 0 | 160 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 164.5 | 0 | 164.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 4 | 178.75 | 182.75 |
| Zomer | 126.5 | 0 | 126.5 |
| TOTALS | 1780.75 | 872.75 | 2653.5 |
| | $22,980.58 | $24,253.72 | |

March

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3362

Invoice Date:
3/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 4/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267 | |
| Billing Date: March 1 - 31, 2001 | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| GSA - Battlecreek 8(a) | 24,253.72 |

| | |
|---|---|
| Subtotal | 24,253.72 |
| Sales Tax | |
| Total Invoice Amount | 24,253.72 |
| Payment/Credit Applied | 24,253.72 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Invoice Number:
3361

Invoice Date:
3/31/01

Page:
1

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 4/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270<br>Billing Date: March 1 - 31, 2001<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a) | 22,980.58 |

| | |
|---|---|
| Subtotal | 22,980.58 |
| Sales Tax | |
| Total Invoice Amount | 22,980.58 |
| Payment/Credit Applied | 22,980.58 |
| TOTAL | 0.00 |

Check/Credit Memo No: GOVT (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3360

Invoice Date:
3/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 4/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283 | |
| Billing Date: March 1 - 31, 2001 | |
| Alarm Monitors (Position 2) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | 22,980.58 |

| | |
|---|---|
| Subtotal | 22,980.58 |
| Sales Tax | |
| Total Invoice Amount | 22,980.58 |
| Payment/Credit Applied | 22,980.58 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

# Summary of Hours for April

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 173.5 | 0 | 173.5 |
| Clark | 75.5 | 48.5 | 124 |
| DeGroff | 45 | 125.5 | 170.5 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 181.25 | 181.25 |
| Dorgan | 168.25 | 0 | 168.25 |
| Foltz | 15 | 0 | 15 |
| Graves | 171 | 0 | 171 |
| Gray | 201 | 0 | 201 |
| Johnson | 0 | 0 | 0 |
| Langman | 32 | 142.5 | 174.5 |
| Lemley | 151 | 8 | 159 |
| Lepper | 23 | 0 | 23 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 96 | 0 | 96 |
| Nash | 103 | | 103 |
| Neeser | 192 | 8 | 200 |
| Piotrowski | 95.75 | 42 | 137.75 |

# Summary of Hours for April

| | | | |
|---|---|---|---|
| Plowman | 69 | 0 | 69 |
| Quick | 92 | 68 | 160 |
| Robinson | 32.75 | | 32.75 |
| Ruhland | 168.75 | 0 | 168.75 |
| Smith | 24 | 65 | 89 |
| Teague | 0 | 0 | 0 |
| Thompson | 160 | 0 | 160 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 116 | 0 | 116 |
| Webb | 0 | 0 | 0 |
| Williamson | 0 | 206.5 | 206.5 |
| Zomer | 111.5 | 0 | 111.5 |
| TOTALS | 2493 | 895.25 | 3388.25 |
| | $32,172.17 | $24,879.00 | |

# Summary of Hours for April

| | | | |
|---|---|---|---|
| Plowman | 69 | 0 | 69 |
| Quick | 92 | 68 | 160 |
| Robinson | 32.75 | | 32.75 |
| Ruhland | 168.75 | 0 | 168.75 |
| Smith | 24 | 65 | 89 |
| Teague | 0 | 0 | 0 |
| Thompson | 160 | 0 | 160 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 116 | 0 | 116 |
| Webb | 0 | 0 | 0 |
| Williamson | 0 | 206.5 | 206.5 |
| Zomer | 111.5 | 0 | 111.5 |
| TOTALS | 2199 | 721.25 | 2920.25 |
| | $28,378.10 | $20,043.54 | |

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3382

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Date:
4/30/01

Page:
1

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 5/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267<br>Billing Date: April 1 - 30, 2001<br>Supervisors (Position 3)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>721.25 hours | 20,043.54 |

| | |
|---|---|
| Subtotal | 20,043.54 |
| Sales Tax | |
| Total Invoice Amount | 20,043.54 |
| Payment/Credit Applied | 20,043.54 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt 8a

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3380

Invoice Date:
4/30/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 5/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283 | |
| Billing Date: April 1 - 30, 2001 | |
| Alarm Monitors (Position 2) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| 1099.50 hours | 28,378.10 |

| | |
|---|---|
| Subtotal | 28,378.10 |
| Sales Tax | |
| Total Invoice Amount | 28,378.10 |
| Payment/Credit Applied | 28,378.10 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt 8a

NCLN20
Post Office Box 69
Fax (925) 299-2931
Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3399

Invoice Date:
5/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 6/30/01 |

| Description | Amount |
|---|---|
| ACT P-934362b7 | |
| Billing Date: May 1 - 31, 2001 / 652.75 hours | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| GSA - Battlecreek 8(a) | 18,139.92 |

| | |
|---|---|
| Subtotal | 18,139.92 |
| Sales Tax | |
| Total Invoice Amount | 18,139.92 |
| Payment/Credit Applied | 18,139.92 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

DA 042

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

Invoice Number:
3397

Invoice Date:
5/31/01

Page:
1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 6/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270<br>Billing Date:May 1 - 31, 2001 / 1339.5 hours<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>GSA - Battlecreek 8(a) | 34,572.50 |

| | |
|---|---|
| Subtotal | 34,572.50 |
| Sales Tax | |
| Total Invoice Amount | 34,572.50 |
| Payment/Credit Applied | 34,572.50 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3398

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Date:
5/31/01

Page:
1

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 6/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283<br>Billing Date: May 1 - 31, 2001 / 1339.5 hours<br>Alarm Monitors (Position 2)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a) | 34,572.50 |

| | |
|---|---|
| Subtotal | 34,572.50 |
| Sales Tax | |
| Total Invoice Amount | 34,572.50 |
| Payment/Credit Applied | 34,572.50 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

# Summary of Hours for May

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180.5 | 0 | 180.5 |
| Clark | 80 | 48 | 128 |
| DeGroff | 56 | 112 | 168 |
| Donelson | 23.25 | 0 | 23.25 |
| Donlje | 5 | 185.75 | 190.75 |
| Dorgan | 188 | 0 | 188 |
| Foltz | 168 | 0 | 168 |
| Graves | 194 | 0 | 194 |
| Gray | 187.75 | 0 | 187.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 178.5 | 12 | 190.5 |
| Lemley | 173.75 | 0 | 173.75 |
| Lepper | 108.75 | 0 | 108.75 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 64 | 0 | 64 |
| Nash | 138 | | 138 |
| Neeser | 154 | 16 | 170 |
| Piotrowski | 8 | 180.5 | 188.5 |

# Summary of Hours for May

| | | | |
|---|---|---|---|
| Plowman | 68 | 0 | 68 |
| Quick | 38 | 70 | 108 |
| Robinson | 20 | | 20 |
| Ruhland | 176 | 0 | 176 |
| Smith | 98 | 72 | 170 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 0 | 176 |
| Tolliver | | 0 | 0 |
| Tooley | 184.5 | 0 | 184.5 |
| Underwood | 23 | 0 | 23 |
| Volstromer | 159.5 | 6 | 165.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 78.25 | 110.5 | 188.75 |
| Zomer | 90 | 0 | 90 |
| TOTALS | 3018.75 | 812.75 | 3831.5 |
| | $38,956.97 | $22,586.32 | |

# Summary of Hours for May

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180.5 | 0 | 180.5 |
| Clark | 80 | 48 | 128 |
| DeGroff | 56 | 112 | 168 |
| Donelson | 23.25 | 0 | 23.25 |
| Dontje | 5 | 185.75 | 190.75 |
| Dorgan | 188 | 0 | 188 |
| Foltz | 168 | 0 | 168 |
| Graves | [illegible] | 0 | 154 |
| Gray | 187.75 | 0 | 187.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 178.5 | 12 | 190.5 |
| Lemley | 173.75 | 0 | 173.75 |
| Lepper | 108.75 | 0 | 108.75 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 64 | 0 | 64 |
| Nash | 138 | | 138 |
| Neeser | 154 | 16 | 170 |
| Piotrowski | 8 | 180.5 | 188.5 |

Bad Spreadsheet

# Summary of Hours for May

| | | | |
|---|---|---|---|
| Plowman | 68 | 0 | 68 |
| Quick | 38 | 70 | 108 |
| Robinson | 20 | | 20 |
| Ruhland | 176 | 0 | 176 |
| Smith | 98 | 72 | 170 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 0 | 176 |
| Tolliver | | 0 | 0 |
| Tooley | 184.5 | 0 | 184.5 |
| Underwood | 23 | 0 | 23 |
| Volstromer | 159.5 | 6 | 165.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 78.25 | 110.5 | 188.75 |
| Zomer | 90 | 0 | 90 |
| TOTALS | 2679 | 652.75 | 3331.75 |
| | $34,572.50 | $18,139.92 | |

# Summary of Hours for June

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180 | 0 | 180 |
| Clark | 108 | 56 | 164 |
| DeGroff | 132 | 40 | 172 |
| Donelson | 64.5 | 0 | 64.5 |
| Dontje | 0 | 154 | 154 |
| Dorgan | 128 | 0 | 128 |
| Foltz | 175.5 | 0 | 175.5 |
| Graves | 155.5 | 0 | 155.5 |
| Gray | 204 | 0 | 204 |
| Johnson | 0 | 0 | 0 |
| Langman | 123.75 | 0 | 123.75 |
| Lemley | 95.5 | 71.5 | 167 |
| Lepper | 64 | 0 | 64 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 56 | 0 | 56 |
| Nash | 167.5 | | 167.5 |
| Neeser | 168 | 8 | 176 |
| Piotrowski | 0 | 103 | 103 |

# Summary of Hours for June

| | | | |
|---|---|---|---|
| Plowman | 48 | 0 | 48 |
| Quick | 64 | 80 | 144 |
| Robinson | 0 | | 0 |
| Ruhland | 144 | 0 | 144 |
| Smith | 0 | 46 | 46 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 4 | 180 |
| Tolliver | | 0 | 0 |
| Tooley | 164 | 0 | 164 |
| Underwood | 64.5 | 0 | 64.5 |
| Volstromer | 160 | 8 | 168 |
| Webb | 80 | 0 | 80 |
| Williamson | 6 | 156.5 | 162.5 |
| Zomer | 108 | 0 | 108 |
| TOTALS | 2836.75 | 727.00 | 3563.75 |
| | $36,608.26 | $20,203.33 | |

# Summary of Hours for June

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180 | 0 | 180 |
| Clark | 108 | 56 | 164 |
| DeGroff | 132 | 40 | 172 |
| Donelson | 64.5 | 0 | 64.5 |
| Dontje | 0 | 154 | 154 |
| Dorgan | 128 | 0 | 128 |
| Foltz | 175.5 | 0 | 175.5 |
| Grave | 155.5 | 0 | 155.5 |
| Gray | 204 | 0 | 204 |
| Johnson | 0 | 0 | 0 |
| Langman | 123.75 | 0 | 123.75 |
| Lemley | 95.5 | 71.5 | 167 |
| Lepper | 64 | 0 | 64 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 56 | 0 | 56 |
| Nash | 167.5 | | 167.5 |
| Neeser | 168 | 8 | 176 |
| Piotrowski | 0 | 103 | 103 |

Bad Spreadsheet

# Summary of Hours for June

| | | | |
|---|---|---|---|
| Plowman | 48 | 0 | 48 |
| Quick | 64 | 80 | 144 |
| Robinson | 0 | | 0 |
| Ruhland | 144 | 0 | 144 |
| Smith | 0 | 46 | 46 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 4 | 180 |
| Tolliver | | 0 | 0 |
| Tooley | 164 | 0 | 164 |
| Underwood | 64.5 | 0 | 64.5 |
| Volstromer | 160 | 8 | 168 |
| Webb | 80 | 0 | 80 |
| Williamson | 6 | 156.5 | 162.5 |
| Zomer | 108 | 0 | 108 |
| TOTALS | 2352.25 | 631.00 | 2983.25 |
| | $30,355.79 | $17,535.49 | |

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Number:
3410

Invoice Date:
6/30/01

Page:
1

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 7/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267 | |
| Billing Date: June 1 - 30, 2001 | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| 631 hours | 17,535.49 |

| | |
|---|---|
| Subtotal | 17,535.49 |
| Sales Tax | |
| Total Invoice Amount | 17,535.49 |
| Payment/Credit Applied | 17,535.49 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3408

Invoice Date:
6/30/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 7/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270 | |
| Billing Date: June 1 - 30, 2001 | |
| Alarm Monitors (Position 1) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| 1176.10 hours | 30,355.79 |

| | |
|---|---|
| Subtotal | 30,355.79 |
| Sales Tax | |
| Total Invoice Amount | 30,355.79 |
| Payment/Credit Applied | 30,355.79 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Invoice Number:
3409

Invoice Date:
6/30/01

Page:
1

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 7/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283<br>Billing Date: June 1 - 30, 2001<br>Alarm Monitors (Position 2)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>1176 10 hours | 30,355.79 |

| | |
|---|---|
| Subtotal | 30,355.79 |
| Sales Tax | |
| Total Invoice Amount | 30,355.79 |
| Payment/Credit Applied | 30,355.79 |
| TOTAL | 0.00 |

Check/Credit Memo No: Govt (8a)

# Summary of Hours for July

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 176 | 4 | 180 |
| Clark | 111.25 | 76 | 187.25 |
| DeGroff | 115 | 64 | 179 |
| Donelson | 108 | 0 | 108 |
| Dontje | 0 | 175.5 | 175.5 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 194.25 | 0 | 194.25 |
| Graves | 174.25 | 0 | 174.25 |
| Gray | 128.75 | 8 | 136.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 22 | 0 | 22 |
| Lemley | 8 | 131.25 | 139.25 |
| Lepper | 80 | 0 | 80 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 72 | 0 | 72 |
| Nash | 190 | | 190 |
| Neeser | 151 | 33 | 184 |
| Piotrowski | 0 | 0 | 0 |

# Summary of Hours for July

| | | | |
|---|---|---|---|
| Plowman | 54 | 0 | 54 |
| Quick | 72 | 64 | 136 |
| Robinson | 0 | | 0 |
| Ruhland | 160 | 0 | 160 |
| Smith | 0 | 0 | 0 |
| Teague | 0 | 0 | 0 |
| Thompson | 168.25 | 16 | 184.25 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 84.75 | 0 | 84.75 |
| Volstromer | 162 | 6 | 168 |
| Webb | 176 | 0 | 176 |
| Williamson | 21 | 162 | 183 |
| Zomer | 82 | 0 | 82 |
| TOTALS | 2863.5 | 739.75 | 3603.25 |
| | $36,953.47 | $20,557.65 | |

# Summary of Hours for July

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 176 | 4 | 180 |
| Clark | 111.25 | 76 | 187.25 |
| DeGroff | 115 | 64 | 179 |
| Donelson | 108 | 0 | 108 |
| Dontje | 0 | 175.5 | 175.5 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 194.25 | 0 | 194.25 |
| Graves | 171.25 | [illegible] | 174.25 |
| Gray | 128.75 | 8 | 136.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 22 | 0 | 22 |
| Lemley | 8 | 131.25 | 139.25 |
| Lepper | 80 | 0 | 80 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 72 | 0 | 72 |
| Nash | 190 | | 190 |
| Neeser | 151 | 33 | 184 |
| Piotrowski | 0 | 0 | 0 |

Bad Spreadsheet

# Summary of Hours for July

| | | | |
|---|---|---|---|
| Plowman | 54 | 0 | 54 |
| Quick | 72 | 64 | 136 |
| Robinson | 0 | | 0 |
| Ruhland | 160 | 0 | 160 |
| Smith | 0 | 0 | 0 |
| Teague | 0 | 0 | 0 |
| Thompson | 168.25 | 16 | 184.25 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 84.75 | 0 | 84.75 |
| Volstromer | 162 | 6 | 168 |
| Webb | 176 | 0 | 176 |
| Williamson | 21 | 162 | 183 |
| Zomer | 82 | 0 | 82 |
| TOTALS | 2353.25 | 595.75 | 2949 |
| | $30,368.69 | $16,555.89 | |

NCLN20
Post Office Box 69
Fax (925) 299-2931
Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA1

Invoice Number: 3430
Invoice Date: 7/31/01
Page: 1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 8/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283 | |
| Billing Date: July 1 - 31, 2001 | |
| Alarm Monitors (Position 2) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| 595.75 hours | 16,555.89 |

Check/Credit Memo No: Govt (non 8a)

| | |
|---|---|
| Subtotal | 16,555.89 |
| Sales Tax | |
| Total Invoice Amount | 16,555.89 |
| Payment/Credit Applied | 16,555.89 |
| TOTAL | 0.00 |

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3429

Invoice Date:
7/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 8/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270<br>Billing Date: July 1 - 31, 2001<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>1,176.63 hours | 30,368.69 |

| | |
|---|---|
| Subtotal | 30,368.69 |
| Sales Tax | |
| Total Invoice Amount | 30,368.69 |
| Payment/Credit Applied | 30,368.69 |
| TOTAL | 0.00 |

Check/Credit Memo No: Multiple Payments Received

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA. 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3428

Invoice Date:
7/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 8/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267 | |
| Billing Date: July 1 - 31, 2001 | |
| Supervisors (Position 3) | |
| Invoice for Services Performed at: | |
| General Services Administration | |
| Federal Protective Services MegaCenter | |
| 74 N. Washington Street | |
| Battle Creek, MI 49017 | |
| Government, 8(a) | |
| 1,176.63 hours | 30,368.69 |

| | | | |
|---|---|---|---|
| | | Subtotal | 30,368.69 |
| | | Sales Tax | |
| | | Total Invoice Amount | 30,368.69 |
| Check/Credit Memo No: | Multiple Payments Received | Payment/Credit Applied | 30,368.69 |
| | | TOTAL | 0.00 |

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3450

Invoice Date:
8/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA3

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 9/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436267<br>Billing Date: August 1 - 31, 2001<br>Supervisors (Position 3)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>745.75 x $27.79 | 20,724.39 |

| | |
|---|---|
| Subtotal | 20,724.39 |
| Sales Tax | |
| Total Invoice Amount | 20,724.39 |
| Payment/Credit Applied | 20,724.39 |
| TOTAL | 0.00 |

Check/Credit Memo No: Gov't (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3448

Invoice Date:
8/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Accounts Pble Br (7BCP)
P.O. Box 17181
Fort Worth, TX 76102

Customer ID: MIMEGA1

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 9/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436283<br>Billing Date: August 1 - 31, 2001<br>Alarm Monitors (Position 2)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>1582.88 hours X $25.81 | 40,854.00 |

| | |
|---|---|
| Subtotal | 40,854.00 |
| Sales Tax | |
| Total Invoice Amount | 40,854.00 |
| Payment/Credit Applied | 40,854.00 |
| TOTAL | 0.00 |

Check/Credit Memo No: Gov't (8a)

NCLN20

Post Office Box 69
Fax (925) 299-2931

Lafayette, CA 94549
Telephone (925) 299-2906

# Invoice

Invoice Number:
3449

Invoice Date:
8/31/01

Page:
1

Sold To:
GSA - Battlecreek
GSA - Federal Protective Svcs.
74 N. Washington Street
Battlecreek, MI 94017

Customer ID: MIMEGA2

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | 0.5% 10, Net 30 Days | | 9/30/01 |

| Description | Amount |
|---|---|
| ACT P-93436270<br>Billing Date: August 1 - 31, 2001<br>Alarm Monitors (Position 1)<br>Invoice for Services Performed at:<br>General Services Administration<br>Federal Protective Services MegaCenter<br>74 N. Washington Street<br>Battle Creek, MI 49017<br>Government, 8(a)<br>1582.88 x $25.81 | 40,854.00 |

| | |
|---|---|
| Subtotal | 40,854.00 |
| Sales Tax | |
| Total Invoice Amount | 40,854.00 |
| Payment/Credit Applied | 40,854.00 |
| TOTAL | 0.00 |

Check/Credit Memo No: Gov't (8a)