# EXHIBIT
# 57

Copy

NCLN20
Since 1990
Post Office Box 69
Fax (925) 299-2931
Lafayette, CA 94549
Telephone (925) 299-2940

October 16, 2001

General Services Administration
Federal Protective Service, 5PSAC
230 South Dearborn Street, Suite 3540
Chicago, IL 60604
Mr. Art S. Dobbs, Contracting Officer

Dear Mr. Dobbs,

As previously discussed, NCLN20 is owed money from GSA for alarm monitoring and radio dispatch services performed at the Battle Creek MegaCenter during the months of January 2001 to July 2001. The contract manager Ervin Piotrowski discovered a computation problem with the spreadsheet after taking over the acting contract manager position from Angelita Tolliver. The problem was viewed and verified by the GSA COTR, Larry Kupser. The problem with the corrupted spreadsheet was previously undetected in the monthly verification process between the NCLN20 contract manager and the Government MegaCenter COTR(s).

For your review, I have included a monthly breakdown that shows the invoice total versus the correct total and the discrepancy in payment. In addition, I have enclosed hard copies of the spreadsheets and invoices.

If you have any questions please feel free to call me at (925) 299-2940

Sincerely,

Karim Abercrombia
Chief of Operations

## Invoice Totals

| | Invoiced Totals | Correct Totals | Discrepancy |
|---|---|---|---|
| January | | | |
| | Reg. 18,168.95 x 2 | 21,927.53 x 2 | 7,517.16 |
| | Supv. 24,690.03 | 24,690.03 | 0 |
| February | | | |
| | Reg. 21,116.45 x 2 | 21,116.45 x 2 | 0 |
| | Supv. 20,432.74 | 23, 128.23 | 2,695.49/ 0<br>No money owed for supv due to adjustment by COTR Sullivan. Tolliver worked primarily as Contract Mgr. Vs Supv.<br>Hrs. Reduced from 155.5 to 58.5 |
| March | | | |
| | Reg. 22,980.58 x 2 | 27,342.47 x 2 | 8,723.78 |
| | Supv. 24,253.72 | 24,753.94 | 500.22 |
| April | | | |
| | Reg. 28,168.95 x 2 | 32,172.17 x 2 | 8,006.44 |
| | Supv. 20,043.54 | 24,879.00 | 4,835.46 |
| May | | | |
| | Reg. 34,572.50 x 2 | 38,956.97 x 2 | 8,768.94 |
| | Supv. 18,139.92 | 22,586.32 | 4,446.4 |
| June | | | |
| | Reg. 30,355.79 x 2 | 36,608.26 x 2 | 12,504.94 |
| | Supv. 17,535.49 | 20,203.33 | 2,667.84 |
| July | | | |
| | Reg. 30,368.69 x 2 | 36,953.47 x 2 | 13,169.56 |
| | Supv. 16,555.89 | 20,557.65 | 4,001.46 |

Total Owed $75,142.20

# Summary of Hours for January

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 140 | 0 | 140 |
| DeGroff | 151.25 | 0 | 151.25 |
| Dontje | 13.25 | 164 | 177.25 |
| Dorgan | 177.5 | 8 | 185.5 |
| Foltz | 0 | 0 | 0 |
| Graves | 0 | 0 | 0 |
| Gray | 0 | 0 | 0 |
| Johnson | 164.5 | 11.5 | 176 |
| Langman | 0 | 185.75 | 185.75 |
| Lemley | 164.5 | 16 | 180.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 32 | | 32 |
| Musser | 68 | 0 | 68 |
| Nash | | | 0 |
| Neeser | 0 | 0 | 0 |
| Piotrowski | 142.5 | 40 | 182.5 |
| Plowman | 48 | 0 | 48 |
| Quick | 30.75 | 72 | 102.75 |
| Robinson | 12.7 | | 12.7 |

# Summary of Hours for January

| | | | |
|---|---|---|---|
| Ruhland | 123.2 | 32 | 155.2 |
| Smith | 0 | 163.7 | 163.7 |
| Teague | 0 | 0 | 0 |
| Thompson | 0 | 0 | 0 |
| Tolliver | | 157.5 | 157.5 |
| Tooley | 0 | 0 | 0 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 176 | 0 | 176 |
| Webb | 0 | 0 | 0 |
| Williamson | 137.5 | 38 | 175.5 |
| Zorner | 117.5 | 0 | 117.5 |
| **TOTALS** | **1699.15** | **888.45** | **2296.35** |
| | **$21,927.53** | **$24,690.03** | |

# Summary of Hours for January

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 140 | 0 | 140 |
| DeGroff | 151.25 | 0 | 151.25 |
| Dontje | 13.25 | 164 | 177.25 |
| Dorgan | 177.5 | 8 | 185.5 |
| Foltz | 0 | 0 | 0 |
| Graves | 0 | 0 | 0 |
| Gray | 0 | 0 | 0 |
| Johnsen | 164.5 | 11.5 | 176 |
| Langman | 0 | 185.75 | 185.75 |
| Lemley | 164.5 | 16 | 180.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 32 | | 32 |
| Musser | 68 | 0 | 68 |
| Nash | | | 0 |
| Neeser | 0 | 0 | 0 |
| Piotrowski | 142.5 | 40 | 182.5 |
| Plowman | 48 | 0 | 48 |
| Quick | 30.75 | 72 | 102.75 |
| Robinson | 12.7 | | 12.7 |

Bad Spreadsheet

# Summary of Hours for January

| | | | |
|---|---|---|---|
| Ruhland | 123.2 | 32 | 155.2 |
| Smith | 0 | 163.7 | 163.7 |
| Teague | 0 | 0 | 0 |
| Thompson | 0 | 0 | 0 |
| Tolliver | | 157.5 | 157.5 |
| Tooley | 0 | 0 | 0 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 176 | 0 | 176 |
| Webb | 0 | 0 | 0 |
| Williamson | 137.5 | 38 | 175.5 |
| Zomer | 117.5 | 0 | 117.5 |
| **TOTALS** | **1407.9** | **888.45** | **2296.35** |

| | | | |
|---|---|---|---|
| | **$18,168.95** | **$24,690.03** | |

# Summary of Hours for February

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 122.75 | 0 | 122.75 |
| DeGroff | 165.5 | 0 | 165.5 |
| Dontje | 2.75 | 145.5 | 148.25 |
| Dorgan | 161.25 | 0 | 161.25 |
| Johnson | 150 | 16 | 166 |
| Langman | 0 | 162.75 | 162.75 |
| Lemley | 145.5 | 16 | 161.5 |
| Lepper | 0 | 0 | 0 |
| Luther | 8 | | 8 |
| Musser | 64.75 | 0 | 64.75 |
| Nash | | | 0 |
| Neeser | 24 | 0 | 24 |
| Piotrowski | 135 | 36 | 171 |
| Plowman | 59 | 0 | 59 |
| Quick | 45.25 | 64 | 109.25 |
| Robinson | 12 | | 12 |
| Ruhland | 117.3 | 32 | 149.3 |
| Smith | 0 | 159 | 159 |
| Teague | 0 | 0 | 0 |

# Summary of Hours for February

| | | | |
|---|---|---|---|
| Thompson | 0 | 0 | 0 |
| Tolliver | | 155.5 | 155.5 |
| Tooley | 23 | 0 | 23 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 153.25 | 0 | 153.25 |
| Webb | 0 | 0 | 0 |
| Williamson | 120 | 45.5 | 165.5 |
| Zomer | 127 | 0 | 127 |
| **TOTALS** | **1636.3** | **832.25** | **1870.8** |
| | **$21,116.45** | **$23,128.23** | |

# Summary of Hours for February

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Clark | 122.75 | 0 | 122.75 |
| DeGroff | 165.5 | 0 | 165.5 |
| Dontje | 2.75 | 145.5 | 148.25 |
| Dorgan | 161.25 | 0 | 161.25 |
| Johnson | 150 | 16 | 166 |
| Langman | 0 | 162.75 | 162.75 |
| Lemley | 145.5 | 16 | 161.5 |
| Looper | 0 | 0 | 0 |
| Luther | 8 | [illegible] | 8 |
| Musser | 64.75 | 0 | 64.75 |
| Nash | | | 0 |
| Neeser | 24 | 0 | 24 |
| Piotrowski | 135 | 36 | 171 |
| Plowman | 59 | 0 | 59 |
| Quick | 45.25 | 64 | 109.25 |
| Robinson | 12 | | 12 |
| Ruhland | 117.3 | 32 | 149.3 |
| Smith | 0 | 159 | 159 |
| Teague | 0 | 0 | 0 |

Bad Spreadsheet

# Summary of Hours for February

| | | | |
|---|---|---|---|
| Thompson | 0 | 0 | 0 |
| Tolliver | | 58.5 | 58.5 |
| Tooley | 23 | 0 | 23 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 153.25 | 0 | 153.25 |
| Webb | 0 | 0 | 0 |
| Williamson | 120 | 45.5 | 165.5 |
| Zomer | 127 | 0 | 127 |
| **TOTALS** | **1636.3** | **735.25** | **1773.8** |
| | $21,116.45 | $20,432.60 | |

# Summary of Hours for March

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 0 | 0 | 0 |
| Clark | 172 | 0 | 172 |
| DeGroff | 166 | 18 | 184 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 152 | 152 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 0 | 0 | 0 |
| Graves | 72 | 0 | 72 |
| Gray | 159 | 0 | 159 |
| Johnson | 38.5 | 8 | 46.5 |
| Langman | 0 | 176 | 176 |
| Lemley | 144 | 24 | 168 |
| Lepper | 0 | 0 | 0 |
| Luther | 0 | | 0 |
| Morath | 24.5 | | 24.5 |
| Musser | 71.5 | 0 | 71.5 |
| Nash | | | 0 |
| Neeser | 168 | 0 | 168 |
| Piotrowski | 130 | 52 | 182 |

# Summary of Hours for March

| | | | |
|---|---|---|---|
| Plowman | 80 | 0 | 80 |
| Quick | 64 | 84 | 148 |
| Robinson | 28 | | 28 |
| Ruhland | 154.25 | 24 | 178.25 |
| Smith | 0 | 158 | 158 |
| Teague | 0 | 0 | 0 |
| Thompson | 16 | 0 | 16 |
| Tolliver | | 16 | 16 |
| Tooley | 160 | 0 | 160 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 164.5 | 0 | 164.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 4 | 178.75 | 182.75 |
| Zomer | 126.5 | 0 | 126.5 |
| **TOTALS** | **2118.75** | **890.75** | **3009.5** |
| | **$27,342.47** | **$24,753.94** | |

# Summary of Hours for March

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 0 | 0 | 0 |
| Clark | 172 | 0 | 172 |
| DeGroff | 166 | 18 | 184 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 152 | 152 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 0 | 0 | 0 |
| Graves | 2 | 0 | 2 |
| Gray | 159 | 0 | 159 |
| Johnson | 38.5 | 8 | 46.5 |
| Langman | 0 | 176 | 176 |
| Lemley | 144 | 24 | 168 |
| Lepper | 0 | 0 | 0 |
| Luther | 0 | | 0 |
| Morath | 24.5 | | 24.5 |
| Musser | 71.5 | 0 | 71.5 |
| Nash | | | 0 |
| Neeser | 168 | 0 | 168 |
| Piotrowski | 130 | 52 | 182 |

# Summary of Hours for March

| | | | |
|---|---|---|---|
| Plowman | 80 | 0 | 80 |
| Quick | 64 | 84 | 148 |
| Robinson | 28 | | 28 |
| Ruhland | 154.25 | 24 | 178.25 |
| Smith | 0 | 158 | 158 |
| Teague | 0 | 0 | 0 |
| Thompson | 16 | 0 | 16 |
| Tolliver | | 16 | 16 |
| Tooley | 160 | 0 | 160 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 164.5 | 0 | 164.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 4 | 178.75 | 182.75 |
| Zomer | 126.5 | 0 | 126.5 |
| **TOTALS** | **1780.75** | **872.75** | **2653.5** |
| | **$22,980.58** | **$24,253.72** | |

# Summary of Hours for April

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 173.5 | 0 | 173.5 |
| Clark | 75.5 | 48.5 | 124 |
| DeGroff | 45 | 125.5 | 170.5 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 181.25 | 181.25 |
| Dorgan | 168.25 | 0 | 168.25 |
| Foltz | 15 | 0 | 15 |
| Graves | 171 | 0 | 171 |
| Gray | 201 | 0 | 201 |
| Johnson | 0 | 0 | 0 |
| Langman | 32 | 142.5 | 174.5 |
| Lemley | 151 | 8 | 159 |
| Lepper | 23 | 0 | 23 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 96 | 0 | 96 |
| Nash | 103 | | 103 |
| Neeser | 192 | 8 | 200 |
| Piotrowski | 95.75 | 42 | 137.75 |

# Summary of Hours for April

| | | | |
|---|---|---|---|
| Plowman | 69 | 0 | 69 |
| Quick | 92 | 68 | 160 |
| Robinson | 32.75 | | 32.75 |
| Ruhland | 168.75 | 0 | 168.75 |
| Smith | 24 | 65 | 89 |
| Teague | 0 | 0 | 0 |
| Thompson | 160 | 0 | 160 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 116 | 0 | 116 |
| Webb | 0 | 0 | 0 |
| Williamson | 0 | 206.5 | 206.5 |
| Zomer | 111.5 | 0 | 111.5 |
| TOTALS | 2493 | 895.25 | 3388.25 |

$32,172.17 $24,879.00

# Summary of Hours for April

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 173.5 | 0 | 173.5 |
| Clark | 75.5 | 48.5 | 124 |
| DeGroff | 45 | 125.5 | 170.5 |
| Donelson | 0 | 0 | 0 |
| Dontje | 0 | 181.25 | 181.25 |
| Dergan | 168.25 | 0 | 168.25 |
| Foltz | 15 | 0 | 15 |
| Graves | 171 | 0 | 171 |
| Gray | 201 | 0 | 201 |
| Johnson | 0 | 0 | 0 |
| Langman | 32 | 142.5 | 174.5 |
| Lemley | 151 | 8 | 159 |
| Lepper | 23 | 0 | 23 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 96 | 0 | 96 |
| Nash | 103 | | 103 |
| Neeser | 192 | 8 | 200 |
| Piotrowski | 95.75 | 42 | 137.75 |

Bad Spreadsheet

# Summary of Hours for April

| | | | |
|---|---|---|---|
| Plowman | 69 | 0 | 69 |
| Quick | 92 | 68 | 160 |
| Robinson | 32.75 | | 32.75 |
| Ruhland | 168.75 | 0 | 168.75 |
| Smith | 24 | 65 | 89 |
| Teague | 0 | 0 | 0 |
| Thompson | 160 | 0 | 160 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 0 | 0 | 0 |
| Volstromer | 116 | 0 | 116 |
| Webb | 0 | 0 | 0 |
| Williamson | 0 | 206.5 | 206.5 |
| Zomer | 111.5 | 0 | 111.5 |
| **TOTALS** | **2199** | **721.25** | **2920.25** |
| | $28,378.10 | $20,043.54 | |

# Summary of Hours for May

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180.5 | 0 | 180.5 |
| Clark | 80 | 48 | 128 |
| DeGroff | 56 | 112 | 168 |
| Donelson | 23.25 | 0 | 23.25 |
| Dontje | 5 | 185.75 | 190.75 |
| Dorgan | 188 | 0 | 188 |
| Foltz | 168 | 0 | 168 |
| Graves | 194 | 0 | 194 |
| Gray | 187.75 | 0 | 187.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 178.5 | 12 | 190.5 |
| Lemley | 173.75 | 0 | 173.75 |
| Lepper | 108.75 | 0 | 108.75 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 64 | 0 | 64 |
| Nash | 138 | | 138 |
| Neeser | 154 | 16 | 170 |
| Piotrowski | 8 | 180.5 | 188.5 |

# Summary of Hours for May

| | | | |
|---|---|---|---|
| Plowman | 68 | 0 | 68 |
| Quick | 38 | 70 | 108 |
| Robinson | 20 | | 20 |
| Ruhland | 176 | 0 | 176 |
| Smith | 98 | 72 | 170 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 0 | 176 |
| Tolliver | | 0 | 0 |
| Tooley | 184.5 | 0 | 184.5 |
| Underwood | 23 | 0 | 23 |
| Volstromer | 159.5 | 6 | 165.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 78.25 | 110.5 | 188.75 |
| Zomer | 90 | 0 | 90 |
| **TOTALS** | **3018.75** | **812.75** | **3831.5** |
| | **$38,956.97** | **$22,586.32** | |

# Summary of Hours for May

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180.5 | 0 | 180.5 |
| Clark | 80 | 48 | 128 |
| DeGroff | 56 | 112 | 168 |
| Donelson | 23.25 | 0 | 23.25 |
| Dontje | 5 | 185.75 | 190.75 |
| Dorgan | 188 | 0 | 188 |
| Foltz | 168 | 0 | 168 |
| Grave[illegible] | 1[illegible]4 | 0 | 1[illegible]4 |
| Gray | 187.75 | 0 | 187.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 178.5 | 12 | 190.5 |
| Lemley | 173.75 | 0 | 173.75 |
| Lepper | 108.75 | 0 | 108.75 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 64 | 0 | 64 |
| Nash | 138 | | 138 |
| Neeser | 154 | 16 | 170 |
| Piotrowski | 8 | 180.5 | 188.5 |

End Spreadsheet

# Summary of Hours for May

| | | | |
|---|---|---|---|
| Plowman | 68 | 0 | 68 |
| Quick | 38 | 70 | 108 |
| Robinson | 20 | | 20 |
| Ruhland | 176 | 0 | 176 |
| Smith | 98 | 72 | 170 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 0 | 176 |
| Tolliver | | 0 | 0 |
| Tooley | 184.5 | 0 | 184.5 |
| Underwood | 23 | 0 | 23 |
| Volstromer | 159.5 | 6 | 165.5 |
| Webb | 0 | 0 | 0 |
| Williamson | 78.25 | 110.5 | 188.75 |
| Zomer | 90 | 0 | 90 |
| TOTALS | 2679 | 652.75 | 3331.75 |
| | $34,572.50 | $18,139.92 | |

# Summary of Hours for June

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180 | 0 | 180 |
| Clark | 108 | 56 | 164 |
| DeGroff | 132 | 40 | 172 |
| Donelson | 64.5 | 0 | 64.5 |
| Dontje | 0 | 154 | 154 |
| Dorgan | 128 | 0 | 128 |
| Foltz | 175.5 | 0 | 175.5 |
| Graves | 155.5 | 0 | 155.5 |
| Gray | 204 | 0 | 204 |
| Johnson | 0 | 0 | 0 |
| Langman | 123.75 | 0 | 123.75 |
| Lemley | 95.5 | 71.5 | 167 |
| Lepper | 64 | 0 | 64 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 56 | 0 | 56 |
| Nash | 167.5 | | 167.5 |
| Neeser | 168 | 8 | 176 |
| Piotrowski | 0 | 103 | 103 |

# Summary of Hours for June

| | | | |
|---|---|---|---|
| Plowman | 48 | 0 | 48 |
| Quick | 64 | 80 | 144 |
| Robinson | 0 | | 0 |
| Ruhland | 144 | 0 | 144 |
| Smith | 0 | 46 | 46 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 4 | 180 |
| Tolliver | | 0 | 0 |
| Tooley | 164 | 0 | 164 |
| Underwood | 64.5 | 0 | 64.5 |
| Volstromer | 160 | 8 | 168 |
| Webb | 80 | 0 | 80 |
| Williamson | 6 | 156.5 | 162.5 |
| Zomer | 108 | 0 | 108 |
| **TOTALS** | **2836.75** | **727.00** | **3563.75** |
| | **$36,608.26** | **$20,203.33** | |

# Summary of Hours for June

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 180 | 0 | 180 |
| Clark | 108 | 56 | 164 |
| DeGroff | 132 | 40 | 172 |
| Donelson | 64.5 | 0 | 64.5 |
| Dontje | 0 | 154 | 154 |
| Dorgan | 128 | 0 | 128 |
| Foltz | 175.5 | 0 | 175.5 |
| Graves | 155.5 | [illegible] | 155.5 |
| Gray | 204 | 0 | 204 |
| Johnson | 0 | 0 | 0 |
| Langman | 123.75 | 0 | 123.75 |
| Lemley | 95.5 | 71.5 | 167 |
| Lepper | 64 | 0 | 64 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 56 | 0 | 56 |
| Nash | 167.5 | | 167.5 |
| Neeser | 168 | 8 | 176 |
| Piotrowski | 0 | 103 | 103 |

End Spreadsheet

# Summary of Hours for June

| | | | |
|---|---|---|---|
| Plowman | 48 | 0 | 48 |
| Quick | 64 | 80 | 144 |
| Robinson | 0 | | 0 |
| Ruhland | 144 | 0 | 144 |
| Smith | 0 | 46 | 46 |
| Teague | 0 | 0 | 0 |
| Thompson | 176 | 4 | 180 |
| Tolliver | | 0 | 0 |
| Tooley | 164 | 0 | 164 |
| Underwood | 64.5 | 0 | 64.5 |
| Volstromer | 160 | 8 | 168 |
| Webb | 80 | 0 | 80 |
| Williamson | 6 | 156.5 | 162.5 |
| Zomer | 108 | 0 | 108 |
| **TOTALS** | **2352.25** | **631.00** | **2983.25** |
| | **$30,355.79** | **$17,535.49** | |

# Summary of Hours for July

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 176 | 4 | 180 |
| Clark | 111.25 | 76 | 187.25 |
| DeGroff | 115 | 64 | 179 |
| Donelson | 108 | 0 | 108 |
| Dontje | 0 | 175.5 | 175.5 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 194.25 | 0 | 194.25 |
| Graves | 174.25 | 0 | 174.25 |
| Gray | 128.75 | 8 | 136.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 22 | 0 | 22 |
| Lemley | 8 | 131.25 | 139.25 |
| Lepper | 80 | 0 | 80 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 72 | 0 | 72 |
| Nash | 190 | | 190 |
| Neeser | 151 | 33 | 184 |
| Piotrowski | 0 | 0 | 0 |

# Summary of Hours for July

| | | | |
|---|---|---|---|
| Plowman | 54 | 0 | 54 |
| Quick | 72 | 64 | 136 |
| Robinson | 0 | | 0 |
| Ruhland | 160 | 0 | 160 |
| Smith | 0 | 0 | 0 |
| Teague | 0 | 0 | 0 |
| Thompson | 168.25 | 16 | 184.25 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 84.75 | 0 | 84.75 |
| Volstromer | 162 | 6 | 168 |
| Webb | 176 | 0 | 176 |
| Williamson | 21 | 162 | 183 |
| Zomer | 82 | 0 | 82 |
| **TOTALS** | **2863.5** | **739.75** | **3603.25** |
| | **$36,953.47** | **$20,557.65** | |

# Summary of Hours for July

| | REGULAR | SUPV. | TOTAL |
|---|---|---|---|
| Bruning | 176 | 4 | 180 |
| Clark | 111.25 | 76 | 187.25 |
| DeGroff | 115 | 64 | 179 |
| Donelson | 108 | 0 | 108 |
| Dontje | 0 | 175.5 | 175.5 |
| Dorgan | 176 | 0 | 176 |
| Foltz | 194.25 | 0 | 194.25 |
| Graves | 17[illegible].25 | 0 | 174.25 |
| Gray | 128.75 | 8 | 136.75 |
| Johnson | 0 | 0 | 0 |
| Langman | 22 | 0 | 22 |
| Lemley | 8 | 131.25 | 139.25 |
| Lepper | 80 | 0 | 80 |
| Luther | 0 | | 0 |
| Morath | 0 | | 0 |
| Musser | 72 | 0 | 72 |
| Nash | 190 | | 190 |
| Neeser | 151 | 33 | 184 |
| Piotrowski | 0 | 0 | 0 |

Lead Spreadsheet

# Summary of Hours for July

| | | | |
|---|---|---|---|
| Plowman | 54 | 0 | 54 |
| Quick | 72 | 64 | 136 |
| Robinson | 0 | | 0 |
| Ruhland | 160 | 0 | 160 |
| Smith | 0 | 0 | 0 |
| Teague | 0 | 0 | 0 |
| Thompson | 168.25 | 16 | 184.25 |
| Tolliver | | 0 | 0 |
| Tooley | 177 | 0 | 177 |
| Underwood | 84.75 | 0 | 84.75 |
| Volstromer | 162 | 6 | 168 |
| Webb | 176 | 0 | 176 |
| Williamson | 21 | 162 | 183 |
| Zomer | 82 | 0 | 82 |
| **TOTALS** | **2353.25** | **595.75** | **2949** |
| | **$30,368.69** | **$16,555.89** | |