# APPENDIX

| EXHIBIT | TITLE/DESCRIPTION |
| --- | --- |
| A | Civil Docket for *NCLN20, Inc. vs. USA*, Case#: 02-01282 |