# EXHIBIT

# A

ECF

# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:02-cv-01282-SGB

NCLN20, INC. v. USA
Assigned to: Judge Susan G. Braden
Demand: $0
Cause: 28:1491 Tucker Act

Date Filed: 09/30/2002
Nature of Suit: 114 Contract - Service (CDA)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**NCLN20, INC.**

represented by **Clarence B. Tucker, Sr.**
Tucker & Hughes, PC
615 Griswold
Suite 920
Detroit, MI 48226
(313) 230-7892
Fax: (313) 230-7896
Email: ctucker@tuckerandhughespllc.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia S. Malyszek**
Malyszek & Malyszek
10100 Santa Monica Boulevard
Suite 800
Los Angeles, CA 90067
(310) 772-2266
Fax: 310-772-2265
Email: cyndi@2malyszek.com
*TERMINATED: 01/31/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**

represented by **Douglas K. Mickle**
U. S. Department of Justice
Commercial Litigation Branch, Civil Div.
1100 L Street, NW
8th Floor
Washington, DC 20530
202-307-0383
Fax: 202-353-7988
Email: douglas.mickle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheryl Lynn Floyd**

U. S. Department of Justice
Civil Div. - Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 616-8278
Fax: (202) 514-8624
Email: sheryl.floyd@usdoj.gov
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2002 | 1 | COMPLAINT, FILING FEE $150, RECEIPT #054976. Answer due on 11/29/02. (FE) (Entered: 09/30/2002) |
| 09/30/2002 | 2 | Notice of assignment to Judge Christine O. C. Miller. Copy to parties. (FE) (Entered: 09/30/2002) |
| 10/10/2002 | 3 | NOTICE of Attorney Appearance for USA by Sheryl Lynn Floyd Service :10/10/02 (HW) (Entered: 10/15/2002) |
| 11/20/2002 | 4 | MOTION by USA (Service: 11/20/02) to Extend Time to respond to the complaint (to January 10, 2003). (DS) (Entered: 11/21/2002) |
| 11/21/2002 | 5 | ORDER granting [4-1] motion to Extend Time to respond to the complaint. reset Answer deadline to 1/10/03 ( signed by the Clerk ) Copy to parties. (DS) (Entered: 11/21/2002) |
| 01/07/2003 | 6 | MOTION by USA (Service : 1/7/03 ) to Extend Time within which to respond to the complaint , (until January 31, 2003). (HW) (Entered: 01/10/2003) |
| 01/09/2003 | 7 | ORDER granting [6-1] motion to Extend Time within which to respond to the complaint Answer to complaint due 1/31/03 (signed by Judge Christine O. C. Miller). Copy to parties. (LTD) (Entered: 01/14/2003) |
| 01/31/2003 | 8 | ANSWER to Complaint by USA. Service: 1/31/03 (JPSR due 3/24/03 ) (HW) (Entered: 02/10/2003) |
| 03/21/2003 | 9 | MOTION for Leave to File facsimile copy of Plaintiff's counsel signature on the "JPSR" by The United States. Service: 3/21/03. Response due 4/7/2003. (lrd) (Entered: 03/25/2003) |
| 03/24/2003 | 10 | ORDER granting [9] Motion for Leave to File facsimile signature of the "JPSR". Signed by Judge Christine O.C. Miller. (lrd) (Entered: 03/27/2003) |
| 03/24/2003 | 11 | JOINT PRELIMINARY STATUS REPORT. (lrd) (Entered: 03/27/2003) |
| 03/25/2003 | 12 | SCHEDULING ORDER: Status Conference set for 7/10/2003 02:30 PM in National Courts Building before Judge Christine O.C. Miller.Signed by Judge Christine O.C. Miller. (dw1, ) (Entered: 03/28/2003) |
| 05/28/2003 | 13 | MOTION for Extension of Time to Respond to discovery requests, (until June 18, 2003), by NCLN20, INC..Service: 5/20/03. (dw1, ) (Entered: 06/05/2003) |
| 05/30/2003 | 14 | ORDER granting [13] Motion for Extension of Time to File Response to discovery requests. Response due by 6/18/2003. Signed by Judge Edward J. Damich. |

| | | |
|---|---|---|
| | | (dw1, ) (Entered: 06/05/2003) |
| 07/09/2003 | | Set/Reset Transcript Deadlines: Transcript due by 8/11/2003. (vp1, ) (Entered: 07/09/2003) |
| 07/10/2003 | 15 | STATUS CONFERENCE ORDER:A subsequent Status Conference shall be held on Friday, 12/5/2003 02:00 PM in National Courts Building before Judge Christine O.C. Miller. Counsel for pltf shall notify the court by November 24, 2003, if she wishes to participate by telephone conference call. Signed by Judge Christine O.C. Miller. (jcp, ) (Entered: 07/14/2003) |
| 07/22/2003 | 16 | NOTICE of Appearance by Douglas Kent Mickle for UNITED STATES. Service: 7/22/03.(jcp, ) (Entered: 07/23/2003) |
| 07/28/2003 | 17 | TRANSCRIPT of Proceedings held on July 10, 2003 before Judge Christine O.C. Miller. (dw1, ) (Entered: 07/28/2003) |
| 08/15/2003 | 18 | ORDER REASSIGNING CASE. Pursuant to Rule 40.1(c) of the RCFC, which permits the Chief Judge to reassign any case if necessary for the efficient administration of justice, the Clerk of the Court is directed to reassign the above captioned case to Judge Susan Braden. Judge Christine O. C. Miller no longer assigned to case. Signed by Judge Edward J. Damich. (jcp, ) (Entered: 08/15/2003) |
| 08/15/2003 | 19 | NOTICE of Reassignment to Judge Susan Braden. (jcp, ) (Entered: 08/15/2003) |
| 10/17/2003 | 20 | STATUS CONFERENCE ORDER:Telephonic Status Conference set for 12/5/2003 02:00 PM before Judge Susan G. Braden. Interrogatories may continue to be served until and including 11/4/03, to be answered on later than 12/4/03. If settlement does not appear likely, the parties will be prepared to provide the court with a list of potential deponents and additiional discovery required to prepare for trial. The court will also entertain a proposed date to conclude discovery, a date for a final pre-trial conference to be held in August 2004, and tentative dates for trial to be held in late September or October 2004. Signed by Judge Susan G. Braden. (jat, ) (Entered: 10/22/2003) |
| 11/18/2003 | | Minute Entry for proceedings held before Judge Susan G. Braden: Status Conference held on 10/16/2003. (jb1) (Entered: 11/18/2003) |
| 11/26/2003 | 21 | MOTION to Compel Discovery by USA.Service: 11/25/03. Response due by 12/12/2003 (jat, ) (Entered: 12/03/2003) |
| 12/04/2003 | | Set/Reset Transcript Deadlines: Transcript due by 12/5/2003. (vp1, ) (Entered: 12/04/2003) |
| 12/15/2003 | | Set/Reset Transcript Deadlines: Transcript due by 1/9/2004. (vp1, ) (Entered: 12/15/2003) |
| 12/15/2003 | 22 | SCHEDULING ORDER: The government agreed, at the court's request, to withdraw the motion to compel. Accordingly, the court hereby grants pltf leave to supplement its prior responses to dft's interrogatories and docuemnt requests until 1/30/2004. If the dft is still not satisfied with the response at that time, counse may refile the Motion to Compel without prejudice, no later than 2/17/2004. A Status Conference via telephone will be held 1/7/2004 03:00 PM before Judge Susan G. Braden. In addition, on 1/5/2004, pltf and dft are required to file a preliminary list of potential deponents with the court. Signed by Judge Susan G. Braden. (jcp, ) (Entered: 12/19/2003) |
| | | |

| | | |
|---|---|---|
| 01/07/2004 | | Minute Entry for proceedings held before Judge Susan G. Braden: Status Conference held on 12/9/03. (jb1) (Entered: 01/07/2004) |
| 01/08/2004 | 23 | MOTION for Leave to File Out of Time Dft's Preliminary List of Potential Deponents by USA.Service: 1/8/2004. Response due by 1/26/2004. (jcp, ) (Entered: 01/12/2004) |
| 01/08/2004 | 24 | TRANSCRIPT of Proceedings in One Volume held on 12/9/2003 before Judge Susan G. Braden. (jcp, ) (Entered: 01/12/2004) |
| 01/15/2004 | 25 | ORDER: The nex Status Conference via telephone will be held 2/25/2004 at 3 pm. A court reporter will transcribe the conference call. [23] Dft's Motion for Leave to File Out of Time Dft's Preliminary List of Potentional Deponents is hereby GRANTED. Signed by Judge Susan G. Braden. (jcp, ) (Entered: 01/21/2004) |
| 01/15/2004 | | Set/Reset Hearings: Status Conference set for 2/25/2004 03:00 PM before Judge Susan G. Braden. (jcp, ) (Entered: 01/21/2004) |
| 01/15/2004 | 26 | PRELIMINARY LIST of Potential Deponents by USA. Service: 1/8/2004.(jcp, ) (Entered: 01/21/2004) |
| 02/24/2004 | | Set/Reset Transcript Deadlines: Transcript due by 3/25/2004. (vp1, ) (Entered: 02/24/2004) |
| 02/26/2004 | | Minute Entry for proceedings held before Judge Susan G. Braden: Status Conference held on 2/25/04. (jb1) (Entered: 02/26/2004) |
| 02/27/2004 | 27 | MOTION for Leave to File Out of Time Plaintiffs' 1st Set of Interrogatories and Production of Documents by NCLN20, INC.Service: 11/26/2003. Response due by 3/15/2004 (lld, ) (Entered: 03/01/2004) |
| 02/27/2004 | 28 | ORDER granting [27] Motion for Leave to File Plaintiff's FIrst Set of Interrogatories and Production of Documents; Defendant's Motion to Compel, filed November 26, 2003 is dismissed without prejudice. The next status conference will be held March 25, 2004 at 1:00 p.m. to ascertain the progress of counsel in discovery and settlement talks. The parties shall submit a Joint Status Report on March 15, 2004. If there appears no likelihood of settlement, the parties will propose a briefing schedule, deadline for close of discovery, and dates for trial, prior to March 25, 2004 conference. Signed by Judge Susan G. Braden. (lld, ) (Entered: 03/01/2004) |
| 02/27/2004 | | Set/Reset Scheduling Order Deadlines: .Proposed briefing schedule, deadline for close of discovery, and dates for trial due by 3/25/2004. Joint Status Report due by 3/15/2004 Status Conference set for 3/25/2004 01:00 PM before Judge Susan G. Braden. (lld, ) (Entered: 03/01/2004) |
| 03/03/2004 | 29 | LIST OF PERSONS TO BE DEPOSED by NCLN20, INC. [FILED BY LEAVE OF THE JUDGE] Service: 1/5/2004.(jcp, ) (Entered: 03/05/2004) |
| 03/15/2004 | 30 | STATUS REPORT by USA. Service: 3/15/2004.(jcp, ) (Entered: 03/16/2004) |
| 03/23/2004 | 31 | STATUS REPORT ORDER This case is hereby stayed until 6/9/04. Joint Status Report due by 6/9/2004. The status call scheduled for 3/25/04 is cancelled. Signed by Judge Susan G. Braden. (jat, ) (Entered: 03/26/2004) |
| 03/26/2004 | 32 | TRANSCRIPT of Proceedings in One Volume held on 2/25/2004 before Judge Susan G. Braden. (jcp, ) (Entered: 03/30/2004) |
| 06/09/2004 | 33 | STATUS REPORT by USA. Service: 6/9/2004.(jcp, ) (Entered: 06/14/2004) |

| | | |
|---|---|---|
| 06/21/2004 | 34 | SCHEDULING ORDER:Defendant's dispositive motion due by 7/12/04; Plaintiff's response and cross-motion due by 8/16/04; Defendant's reply and response to cross-motion due by 8/30/04; Plaintiff's reply to cross-motion due by 9/13/04. Signed by Judge Susan G. Braden. (jat, ) (Entered: 06/24/2004) |
| 07/12/2004 | 35 | MOTION for Summary Judgment (together with a separate four volume appendix) by USA.Service: 7/12/2004. Response due by 8/12/2004 (hw1, ) (Entered: 07/13/2004) |
| 07/12/2004 | 36 | PROPOSED FINDINGS of Uncontroverted Fact by USA. Service: 7/12/2004. (hw1, ) (Entered: 07/13/2004) |
| 08/16/2004 | 37 | UNOPPOSED MOTION for Extension of Time to File Response to [35] Dft's MOTION for Summary Judgment, and [36] Dft's Proposed Findings of Uncontroverted Fact, until 9/15/2004, by NCLN20, INC.Service: 8/9/2004. Response due by 8/26/2004. (jcp, ) (Entered: 08/17/2004) |
| 08/19/2004 | 38 | ORDER granting [37] Pltf's Unoppposed Motion for Extension of Time. Pltf's Response to dft's motion (and cross motion, if filed) due by 9/15/2004. Dft's reply (and response to any cross motion filed) due by 10/15/2004. Pltf's Reply in support of any cross motions due by 10/29/2004. Signed by Judge Susan G. Braden. (jcp, ) (Entered: 08/20/2004) |
| 09/15/2004 | 39 | UNOPPOSED MOTION for Extension of Time to File Response to [35] Dft's MOTION for Summary Judgment, and [36] Dft's Proposed Findings of Uncontroverted Fact, until 9/27/2004, by NCLN20, INC. Service: 9/13/2004. Response due by 9/30/2004. (jcp, ) (Entered: 09/20/2004) |
| 09/15/2004 | 40 | ORDER granting [39] Pltf's Unopposed Motion for Extension of Time. 9/27/2004: Pltf's response to dft's motion (and cross motion, if filed). 10/27/2004: Dft's reply (and response to any cross motion filed). 11/10/2004: Pltf's reply in support of any cross motion. Signed by Judge Susan G. Braden. (jcp, ) (Entered: 09/20/2004) |
| 09/23/2004 | 41 | MOTION for Extension of Time to File Response as to [35] MOTION for Summary Judgment and defendant's Proposed Findings of Uncontroverted Fact,until 10/13/2004, by NCLN20, INC..Service: 09/22/2004. Response due by 10/12/2004 (lld, ) (Entered: 09/27/2004) |
| 09/27/2004 | 42 | ORDER granting [41] Pltf's Unopposed Motion for Extension of Time.Pltf's response to dft's motion (and cross motion, if filed): 10/13/2004. Dft's reply (and response to any cross motion filed): 11/13/2004. Pltf's Reply in support of any cross motion: 11/27/2004. Signed by Judge Susan G. Braden. (jcp, ) (Entered: 09/28/2004) |
| 10/19/2004 | 43 | RESPONSE to PROPOSED FINDINGS of Uncontroverted Fact by NCLN20, INC. filed by NCLN20, INC., filed by leave of the Judge. Service: 10/12/2004.(hw1, ) (Entered: 10/25/2004) |
| 10/19/2004 | 44 | RESPONSE (together with a separate two volume appendix) to [35] MOTION for Summary Judgment filed by NCLN20, INC. Filed by leave of the Judge. Reply due by 11/15/2004. Service: 10/19/2004.(hw1, ) (Entered: 10/25/2004) |
| 11/15/2004 | 45 | UNOPPOSED MOTION for Extension of Time to File Reply to [44] Pltf's Response to Dft's Motion for Summary Judgment, until 11/19/2004, by USA.Service: 11/15/2004. Response due by 12/2/2004. (jcp, ) (Entered: 11/17/2004) |

| | | |
|---|---|---|
| 11/17/2004 | 46 | ORDER granting [45] Motion for Extension of Time to File Reply to Response to Motion for Summary Judgment. Defendant's Reply due by 11/19/2004. Signed by Judge Susan G. Braden. (dw1) (Entered: 11/19/2004) |
| 11/18/2004 | 47 | REPLY to Pltf's Memorandum of Law in Opposition to [35] Dft's MOTION for Summary Judgment, Together with Separately Bound Supplemental Appendix Volume, filed by USA. Service: 11/18/2004.(jcp, ) (Entered: 11/19/2004) |
| 12/10/2004 | 48 | MOTION for Extension of Time to File Response/Reply as to [47] Reply to Response to Dispositive Motion,until January 20, 2005, by NCLN20, INC..Service: 12/2/2004. Response due by 12/27/2004 [BY LEAVE OF THE JUDGE] (lg1, ) Modified on 12/24/2004 (lg1, ). (Entered: 12/16/2004) |
| 02/10/2005 | 49 | MOTION for Extension of Time to File Response as to [47] Reply to Response to Dispositive Motion by NCLN20, INC.Service: 2/9/2005. Response due by 2/28/2005.(mb2, ) (Entered: 02/14/2005) |
| 08/19/2005 | 50 | SCHEDULING ORDER: Briefs on the Issue of the Court's Jurisdiction due by 9/1/2005. Status Conference set for 9/1/2005 at 4:00 PM before Judge Susan G. Braden. Signed by Judge Susan G. Braden. (mb2, ) (Entered: 08/23/2005) |
| 08/30/2005 | 51 | Brief Discussion the Court's Jurisdiction, filed by USA. Service: 8/30/2005.(mb2, ) (Entered: 08/31/2005) |
| 09/02/2005 | 52 | Brief in support of this Court's Jurisdiction to render judgment over this matter by NCLN20, INC. Service: 8/31/2005.(hw1, ) (Entered: 09/08/2005) |
| 09/29/2005 | | Set/Reset Transcript Deadlines: Transcript due by 10/24/2005. (vp1, ) (Entered: 09/29/2005) |
| 10/03/2005 | 53 | ORDER STAYING CASE: Status Report due by 12/5/2005. Signed by Judge Susan G. Braden. (mb2, ) (Entered: 10/04/2005) |
| 10/11/2005 | 54 | TRANSCRIPT of Proceedings held on September 23, 2005 before Judge Susan G. Braden. (dw1) (Entered: 10/13/2005) |
| 12/05/2005 | 55 | STATUS REPORT, filed by USA. Service: 12/5/2005.(mb2, ) (Entered: 12/08/2005) |
| 01/31/2006 | 56 | Consented MOTION to Substitute Attorney Clarence B. Tucker in place of Cynthia Malyszek , filed by NCLN20, INC. [FILED BY LEAVE OF THE JUDGE] Service: 1/25/2006. (mb2, ) (Entered: 02/01/2006) |
| 01/31/2006 | 57 | ORDER NOTICE granting re: [56] Motion to Substitute Attorney (Consented) pursuant to Rule 83.1(d)(4). Added attorney Clarence B. Tucker, Sr for NCLN20, INC. Attorney Cynthia S. Malyszek terminated. Entered by the Clerk. (mb2, ) (Entered: 02/01/2006) |
| 03/06/2006 | 58 | STATUS REPORT, filed by USA. Service: 3/6/2006.(mb2, ) (Entered: 03/08/2006) |
| 06/05/2006 | 59 | STATUS REPORT, filed by USA. Service: 6/5/2006.(mb2, ) (Entered: 06/08/2006) |
| 09/05/2006 | 60 | STATUS REPORT, filed by USA. Service: 9/5/06.(dls ) (Entered: 09/06/2006) |
| 12/01/2006 | 61 | STATUS REPORT, filed by USA. Service: 12/1/06.(dls ) (Entered: 12/04/2006) |
| 12/15/2006 | 62 | ORDER directing the Clerk to designate this case as an electronic (ECF) case. All future filings will be in electronic form. Signed by Judge Susan G. Braden. |

| | | |
|---|---|---|
| | | (mb2, ) (Entered: 12/15/2006) |
| 12/15/2006 | 63 | NOTICE of Designation of Electronic Case. (mb2, ) Additional attachment(s) added on 12/15/2006 (mb2, ). (Entered: 12/15/2006) |
| 12/19/2006 | 64 | RESPONSE to [61] Status Report *and Objections to Defendant's Status Report dated 12/1/06*, filed by NCLN20, INC.. (Attachments: # 1 Appendix # 2 Exhibit A - Certified, Restated, Supplemented & Amended Claims for Monetary Damages for Anticipatory Breaches of Contract #GS05PO1GCD0009 COVER PAGE and CERTIFICATION# 3 Exhibit B - Request for Final Decision & Certification of Service# 4 Exhibit C - Transmittal Letter to Arthur S. Dobbs dated 10/27/06# 5 Exhibit D - Transmittal Letter to Doris White dated 10/27/06)(Tucker, Clarence) (Entered: 12/19/2006) |
| 03/15/2007 | 65 | RESPONSE to *the Law Clerk's Email dated 3/5/07 Requiring an Update on the Status of the DCAA Audit and Response and Objections to Defendant USAs Email dated 3/17/07 RE: Status of DCAA Audit*, filed by NCLN20, INC.. (Attachments: # 1 Appendix # 2 Exhibit A - Matthew Spenglers, Law Clerk for Judge Braden, Email to Counsel dated 3/5/07# 3 Exhibit B - Clarence B. Tucker, Sr., Esq.s Letter to DCAA Auditor Doris White dated 2/27/07# 4 Exhibit C - Doris Whites, DCAAs Auditor, Email to Clarence B. Tucker, Sr., Esq. dated 2/16/07# 5 Exhibit D - Clarence B. Tucker, Sr., Esq.s Email to Doris White, DCAAs Auditor, dated 2/19/07# 6 Exhibit E - Clarence B. Tucker, Sr., Esq.s Email to Doris White, DCAAs Auditor, dated 3/8/07# 7 Exhibit F - DOJ Douglas Mickles Email to Matthew Spenglers, Clerk for Judge Braden, dated 3/7/07# 8 Exhibit G - Doris Whites, DCAAs Auditor, Email to Clarence B. Tucker, Sr., Esq. dated 3/9/07# 9 Exhibit H - Clarence B. Tucker, Sr., Esq.s Email to Doris White, DCAAs Auditor, dated 3/12/07)(Tucker, Clarence) (Entered: 03/15/2007) |
| 03/30/2007 | 66 | STATUS REPORT, filed by USA. (Mickle, Douglas) (Entered: 03/30/2007) |
| 04/24/2007 | 67 | STATUS REPORT, filed by USA. (Attachments: # 1 Exhibit Contracting Officer's decision letter# 2 Exhibit Contracting Officer's Determinations and Findings pages 1-4 of 9# 3 Exhibit Contracting Officer's Determinations and Findings pages 5-9 of 9# 4 Exhibit DCAA Final Audit Letter# 5 Exhibit DCAA Audit letter Exhibit 1# 6 Exhibit DCAA Audit letter Exhibit 2)(Mickle, Douglas) (Entered: 04/24/2007) |
| 05/09/2007 | 68 | ORDER LIFTING STAY, and scheduling a status conference on July 10, 2007 at 3:00 pm (EST). Signed by Judge Susan G. Braden. (ms1) Modified on 5/15/2007 to edit docket text. (Samler, Debbie). (Entered: 05/09/2007) |
| 05/09/2007 | | Set Hearing: Status Conference set for 7/10/2007 at 3:00 PM before Judge Susan G. Braden. (dls) (Entered: 05/15/2007) |
| 07/17/2007 | 69 | ****STRICKEN FROM THE RECORD PER ORDER OF JULY 19, 2007, 2007**** NOTICE, filed by NCLN20, INC. *of Attorneys Liens and Certificate of Service* (Tucker, Clarence) Modified on 7/20/2007 (Samler, Debbie). (Entered: 07/17/2007) |
| 07/19/2007 | 70 | ORDER re 69 Notice of Attorneys Liens filed by NCLN20, INC. Signed by Judge Susan G. Braden. (ms1) (Entered: 07/19/2007) |
| 09/27/2007 | 71 | First AMENDED COMPLAINT, together with 5 binders of exhibits, filed by NCLN20, INC. [by leave of the judge]. Service: 9/21/07.(dls) (Entered: 09/27/2007) |
| 10/26/2007 | 72 | ANSWER to [71] Amended Complaint, filed by USA.**JPSR due by 12/17/2007.** |

| | | |
|---|---|---|
| | | (Mickle, Douglas) (Entered: 10/26/2007) |
| 10/26/2007 | 73 | MOTION to Dismiss pursuant to Rule 12(b)(1), filed by USA.**Response due by 11/26/2007.** (Attachments: # 1 Affidavit Declaration of contracting officer Arthur Dobbs)(Mickle, Douglas) (Entered: 10/26/2007) |
| 11/21/2007 | 74 | STIPULATION re 73 MOTION to Dismiss pursuant to Rule 12(b)(1) *to Adjourn Plaintiff's Response to Defendant's Motion for Partial Dismissal*, filed by NCLN20, INC.. (Tucker, Clarence) (Entered: 11/21/2007) |
| 11/26/2007 | 75 | ORDER granting enlargement of time. Plaintiff's response to Motion to Dismiss due 1/11/08. Signed by Judge Susan G. Braden. (jw) (Entered: 11/26/2007) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2008 12:21:00 | | | |
| **PACER Login:** | ct0550 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:02-cv-01282-SGB |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |