# In the United States Court of Federal Claims

No. 02-1282C
Filed: June 16, 2008

*************************************
*
NCLN20, INC., *
*
Plaintiff, *
v. *
*
UNITED STATES, *
*
Defendant. *
*
*************************************

## SCHEDULING ORDER

The court will convene a telephone scheduling conference on July 9, 2008, at 3pm EST, to finalize a trial schedule for this case.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge