# In the United States Court of Federal Claims

No. 02-1282C
Filed: August 15, 2008

*************************************
NCLN20, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.
*************************************

## SCHEDULING ORDER

Pursuant to the parties' August 5, 2008 Proposed Schedule, the following schedule will apply to this case:

1. Witness Lists

The witness lists will be due on or before August 29, 2008

2. Discovery Completion

Discovery will be completed on or before October 31, 2008

3. Non-Dispositive Motions

All non-dispositive motions will be filed on or before November 15, 2008

4. Dispositive Motions

All dispositive motions will be filed on or before December 1, 2008

5. Proposed Joint Pre-Trial Order

A Proposed Joint Pre-Trial Order will be filed on or before December 15, 2008

6. Pre-Trial Conference

A pre-trial status conference will be held via telephone on December 19, 2008, at 2 p.m. EST in preparation for trial.

7. Trial

A trial is scheduled to commence the week of January 26, 2009, at a time and place to be determined.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge