# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NCLN20, INC.<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 02-1282C<br>JDG: Susan G. Braden |

## PLAINTIFF NCLN20, INC.'S WITNESS LIST

Now comes Plaintiff, NCLN20, Inc., pursuant to this Court's Amended Scheduling Order of 8/15/08, and files and exchanges its Witness List, both lay and expert witnesses, as follows:

| | Names | Addresses and Telephone Numbers |
|---|---|---|
| 1. | Stephen Jones, CEO and President, NCLN20, Inc. (He may give opinion testimony, per FRE 701) | 1850 Gateway Plaza, Suite 230 Concord CA 94520 |
| 2. | Wendy Jones, Secretary-Treas. Marketing Manager, NCLN20, Inc. | 1850 Gateway Plaza, Suite 230 Concord CA 94520 |
| 3. | Karim Abercrombie, former Chief of Operations, NCLN20, Inc. | c/o 1850 Gateway Plaza, Suite 230 Concord CA 94520 |
| 4. | Sihaya Healy-Jones Director of Support Services NCLN20, Inc. | 1850 Gateway Plaza Suite 230 Concord CA 94520 |
| 5. | Maureen Clark Baer, Office Manager and Director of Support Services, NCLN20, Inc. | 1850 Gateway Plaza Suite 230 Concord CA 94520 |
| 6. | John B. Thibault, former Director of Security, NCLN20, Inc. | c/o 1850 Gateway Plaza, Suite 230 Concord CA 94520 |

| | | |
|---|---|---|
| **7.** | Joel D. Malkin, Esq.<br>General Services Administration<br>Office of Regional Counsel | U.S. Dept of Homeland Security/<br>Immigration & Customs Enforcement<br>230 S. Dearborn Street, Suite 3786<br>Chicago IL 60604 |
| **8.** | Arthur S. Dobbs<br>Contracting Officer | U.S. Dept of Homeland Security/<br>Immigration & Customs Enforcement<br>GSA FPS Great Lakes Region<br>230 S. Dearborn Street, Suite 350<br>Chicago IL 60604 |
| **9.** | Roger R. Pinnau<br>Contracting Officer | U.S. Dept Homeland Security/<br>Immigration & Customs Enforcement<br>FPS-Region 5 Suite 3540 (5PSAC)<br>230 S. Dearborn Street<br>Chicago IL 60604 |
| **10.** | Nadine F. Rouse<br>FPS Director | GSA FPS Great Lakes Region<br>230 South Dearborn Street<br>Chicago IL 60604 |
| **11.** | Randolph McKay, intended<br>Project Manager, NCLN20, Inc. | c/o Unlimited Security, Inc.<br>477 Michigan Ave, 1065A<br>Detroit MI 48226 |
| **12.** | Kathleen S. Tighe, Council to<br>Inspector General | U.S. GSA Office of Inspector General<br>1800 F Street NW<br>Washington, D.C. 20405-0002 |
| **13.** | David K. Stone, Regional<br>Inspector Gen for Auditing<br>Great Lakes Region (JA-5) | GSA FPS Great Lakes Region<br>230 S. Dearborn Street<br>Kluzynski Federal Building<br>Mail Stop DPN 4-1, Room 408<br>Chicago IL 60604 |
| **14.** | James C. Handley, Regional<br>Administrator – GSA,<br>Great Lakes Region | U.S., General Services Adm.<br>230 S. Dearborn Street<br>Chicago IL 60604-1696 |
| **15.** | Eugene L. Waszily, Assistant<br>Inspector General for Auditing<br>Office of Inspector General | U.S. General Services Adm.<br>1800 F Street NW<br>Washington, D.C. 20405-2002 |

| | | |
|---|---|---|
| **16.** | Doris M. White, CPA,<br>DCAA Supervisory Auditor | Defenses Contract Audit Agency<br>39510 Paseo Padre Parkway, Suite 210<br>Fremont CA 94538-4074 |
| **17.** | Dept Homeland Security/<br>FPS Region 5<br>(RCFC 30(b)(6) and RCFC 45(a))<br>Subpoena *duces tecum*<br>Deposition/ Trial | Suite 3540 (5PSAC)<br>230 S. Dearborn Street<br>Chicago IL 60604 |
| **18.** | USA/Dept of Justice<br>Commercial Litigation Branch-<br>Civil Division (RCFC 45(a))<br>Subpoena *duces tecum* for trial | 1100 L Street N.W.<br>Washington, D.C. 20530 |
| **19.**<br>**20.** | Suzanne Jolicoeur<br>Rochelle Taylor<br>Michigan Dept of Police | 714 S. Harrison Rd.<br>East Lansing MI 48823 |
| **21.** | Kristann K. Montague, Office of<br>Federal Protective Service<br>(RCFC 30(b)(1) deposition and<br>RCFC 45(a) subpoena *duces tecum*<br>for trial) | (202) 208-1376 |
| **22.** | Lawrence L. Ginder<br>Lead Contract Specialist<br>Region 5 | c/o GSA/FPS, 230 S. Dearborn Street<br>Chicago IL 60604 |
| **23.** | John E. Quackenbush, Chief<br>Central Contracting Group | c/o GSA/FPS, 230 S. Dearborn Street<br>Chicago IL 60604 |
| **24.** | Martha Burch<br>Business Opportunity Specialist | U.S. Small Business Administration<br>San Francisco CA |
| **25.** | Vito Danzo<br>Assistant Licensing Adm.<br>Security guard Regulations | Dept of Labor and Economic Growth<br>611 W. Ottawa<br>P.O.Box 30004<br>Lansing MI 48909 |
| **26.** | Tracy G. Cohen<br>FPS Contracting<br>Contracts Section Chief | GSA FPS Great Lakes Region<br>230 S. Dearborn Street<br>Chicago IL 60604 |

| | | |
|---|---|---|
| **27.** | Warren Evans, Wayne County Sheriff<br>Robert Ficano, Wayne County Exec. | 1231 St. Antoine<br>Detroit MI 48226 |
| **28.** | Hon. Michael Duggan<br>Wayne County Prosecutor | To be provided |
| **29.** | State of Michigan Dept. of<br>Labor & Economic Growth | 611 W. Ottawa<br>P.O. Box 30004<br>Lansing MI 48909 |
| **30.** | State of Michigan Department<br>of State Police | 714 S. Harrison Road<br>East Lansing MI 48823 |
| **31.** | Mark Nicholas Zerefos<br>B & C Service Company | 25334 Five Mile<br>Redford MI 48239 |
| **32.** | Jeffrey N. Jackson<br>Unlimited Security, Inc. | 611 L. Street NW<br>Washington D.C. 20001 |
| **33.** | Kenneth Jackson<br>Unlimited Security, Inc. | 611 L Street NW<br>Washington D.C. 20001 |
| **34.** | Malyszek & Malyszek<br>Cynthia Malysze, Esq.<br>(re nature and value of<br>legal services rendered) | 2020 Century Park East<br>Suite 1100<br>Los Angeles CA 90067 |
| **35.** | Police Dept, City of Detroit MI<br>(RCFC 39(b)(6) deposition and<br>RCFC 45(a) subpoena *duces tecum*<br>for trial) | 1300 Beaubien<br>Detroit MI 48226 |
| **36.** | Clerk of U.S. Court of<br>Federal Claims<br>Custodian of Records | 717 Madison Place Northwest<br>Washington D.C. 20005 |
| **37.** | Lt. Gayle V. Toben<br>Commanding Officer<br>Mich Dept of State Police | 714 S. Harrison Road<br>East Lansing MI 48823 |
| **38.** | Kay Moore | To be provided |

| | | |
|---|---|---|
| **39.** | GSA FPS Great Lakes Region<br>(RCFC 30(b)(6) deposition and<br>RCFC 45(a) subpoena *duces tecum*<br>for trial) | 230 S. Dearborn Ste 3500<br>Chicago IL 60604 |
| **40.** | Craig Bassel<br>V.P. Business Development<br>Wells Fargo Bank | 3687 Crow Canyon Road<br>San Ramon CA |

**EXPERT WITNESSES**

| | | |
|---|---|---|
| **41.** | Rodney L. Crawford, CPA<br>Crawford & Winarski<br>Crawford Financial Consulting<br>(Will also testify as re nature and<br>value of consulting services rendered) | 535 Griswold, Suite 1500<br>Detroit MI 48226<br>313-965-9722<br><br>rcrawford@CandWFinancial.com |
| **42.** | Lucy Clark Dougherty, Esq.<br>Duff & Phelps | 1321 Avenue of Americas, 44th Floor<br>New York NY 10020<br>212-512-2775 |
| **43.** | Ronald E. Fleming<br>Resident Agent for NCLN20, Inc<br>Retired 2nd Deputy Chief-Detroit Police | 19233 Sussex<br>Detroit MI 48235 |

**OTHER WITNESSES**

**44.** Any and all witnesses listed by USA, whether called at trial or not.

**45.** Any and all necessary rebuttal witnesses.

**46.** Plaintiff reserves the right to take *de bene esse* depositions prior to the time of trial.

**47.** Any and all other witnesses that may become known through discovery and up until the time for trial.

**48.** All other persons named or identified in the parties responses to discovery and/or pre-trial discovery to be answered.

**49.** Any and all other witnesses necessary for identification and authentication of documents.

**50.** Plaintiff reserves the right to name additional expert witnesses necessitated and disclosed pursuant to pretrial discovery.

**51.** Plaintiff reserves the right to add to or amend this witness list as discovery continues, up until the time of trial or in the further interest of fairness and justice.

Respectfully submitted,

s/ Clarence B. Tucker, Sr.
Clarence B. Tucker, Sr. (P40703)
Attorney for Plaintiff
615 Griswold – Suite 1210
Detroit, MI 48226
(313) 230-7892
Email: ctucker@tuckerandhughespllc.com

Dated: August 29, 2008

**CERTIFICATE OF SERVICE**

I, Clarence B. Tucker, Sr., hereby certify that on the 29th day of August, 2008, I electronically filed **1.) Plaintiff's Witness List; and 2.) Certificate of Service** with the Clerk of the Court and with Attorney of Record, **Douglas K. Mickle, Esq.**, using the ECF system.

s/ Clarence B. Tucker, Sr.
**CLARENCE B. TUCKER, SR. (P-40703)**
615 Griswold - Suite 1210
Detroit, MI 48226
(313) 230-7892
Fax: (313) 230-7896
Email: ctucker@tuckerandhughespllc.com