**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 02-1282C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S PRELIMINARY WITNESS LIST</u>**

Pursuant to Appendix A, ¶ 15(a) of the Rules of the Court of Federal Claims and this Court's August 15, 2008 order, defendant submits the following list of witnesses that defendant anticipates it will call or may call during trial. This list does not contain witnesses that defendant may choose to call for impeachment. RCFC, Appendix A ¶ 15.a. Defendant reserves the right to amend this list as allowed in the Court's rules. Defendant also reserves the right to call all witnesses listed upon the witness list of plaintiff, NCLN20 Inc. ("NCLN20"), and to call any witnesses required for the admission of an exhibit into evidence.

1. Mr. Arthur Dobbs (direct testimony expected to last approximately two hours).
   DHS-FPS Contracting
   Suite 3540 (mailstop: DPN 35-5)
   230 South Dearborn Street
   Chicago, IL 60604-1696

Mr. Dobbs was the primary contracting officer for contract number GS05P01GCD0009 ("Michigan guard contract"), which was awarded to NCLN20 for armed and unarmed uniform security guard services in Federal buildings in the state of Michigan. Mr. Dobbs also was the primary contracting officer for the Battle Creek, Michigan Mega Center Contract, number GS05PO1GCD0005 ("Mega Center Contract"). Mr. Dobbs will testify regarding the formation and administration of these two contracts.

2. Mr. Roger Pinnau (direct testimony expected to last approximately one hour).
DHS-FPS Contracting
Suite 3540 (mailstop: DPN 35-5)
230 South Dearborn Street
Chicago, IL 60604-1696

Mr. Pinnau was the assistant contracting officer for the Michigan guard contract and the Mega Center Contract. Mr. Pinnau will testify regarding the formation and administration of these two contracts.

3. Mr. Vito Danzo (direct testimony expected to last approximately 30 minutes).
Department of Labor and Economic Growth
Bureau of Commercial Services
2501 Woodlake Circle
Okemos, MI 48864

Mr. Danzo is the Assistant Licensing Administrator for Security Guard Regulation within the State of Michigan's Department of Labor and Economic Growth. Mr. Danzo is responsible for the supervision and coordination of daily activities involving security guard licensing as well as security guard license approval for the State of Michigan. If called, Mr. Danzo will testify regarding Michigan's requirements and procedures for obtaining a security guard license. Mr. Danzo also will testify regarding NCLN20's licensing status in the state of Michigan.

4. Lieutenant (Retired) Gayle V. Tobin (direct testimony expected to last approximately 30 minutes)
Address: TBD[1]

Lieutenant Tobin is a retired officer with the Michigan State Police Private Security and

[1] We believe Lieutenant Tobin is out of the country at this time. We further expect that, pursuant to Rule 32(a)(3)(B) and paragraph 15(b) of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, we be respectfully requesting that the Court admit designated portions of the deposition testimony Lieutenant Tobin provided in an ongoing companion lawsuit NCLN20 filed against the state of Michigan in United States District Court for the Eastern District of Michigan (Southern Division), case number 5:05-CV-60198, before the Honorable John Corbett O'Meara.

Investigator Unit. Lieutenant Tobin was the officer who initially worked with Mark Zerefos when Mr. Zerefos was allegedly assisting NCLN20 in trying to obtain a security guard license. If available, and then called, Lieutenant Tobin will testify regarding her interactions with Mr. Zerefos and that she told Mr. Zerefos upon numerous occasions that NCLN20's application for license was incomplete.

5. Mr. Randy McKay (direct testimony expected to last approximately 30 minutes).
Address: TBD

Mr. McKay was NCLN20's on-site contract manager/project manager in Detroit, Michigan in 2001. Mr. McKay possesses first-hand knowledge of NCLN20's preparations for performance upon the contract at issue in this litigation. If called, Mr. McKay will testify regarding his interactions with NCLN20 managers and the actions NCLN20 took to get ready to perform upon the contract.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

JOEL MALKIN
General Services Administration
Office of Regional Counsel
Chicago, Illinois

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
SCOTT PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

DATED: August 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 29th, 2008, a copy of the foregoing **"DEFENDANT'S PRELIMINARY WITNESS LIST"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle