**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NCLN20, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 02-1282C** |
| | ) | **(Judge Braden)** |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S WITNESS LIST**

Pursuant to Rule 7 and Appendix A, paragraph 15(a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully notifies the Court of its objection to the witness list of plaintiff, NCLN20, Inc. ("NCLN20"), filed on August 29, 2008,[1] and respectfully requests that the Court strike NCLN20's witness list because it is contrary to the rules of this Court. Pursuant to RCFC Appendix A, paragraph 15(a), a party's "witness list shall separately identify those whom the party expects to present and those whom the party may call if the need arises." Furthermore, "[a]s to each witness, the party **shall indicate the specific topics to be addressed in the expected testimony** and the time needed for direct examination." RCFC Appendix A, ¶ 15(a) (emphasis added). NCLN20's witness list does not set forth this information, which is critical to the defendant's ability to organize and finalize its discovery plan.

Accordingly, NCLN20's witness list should not be considered by the Court and should be stricken from the record. With discovery set to close on October 31, 2008, if the Court strikes

[1] On August 29, 2008, NCLN20 filed "Plaintiff NCLN20, Inc.'s Witness List" See Docket # 92.

NCLN20's witness list, we further respectfully request that NCLN20 be ordered to file a new witness list that complies with RCFC Appendix A, paragraph 15(a) as soon as possible.[2]

**CONCLUSION**

For the reasons stated above, NCLN20's witness list should be stricken from the record..

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

JOEL MALKIN
General Services Administration
Office of Regional Counsel
Chicago, Illinois

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
SCOTT PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

DATED: September 10, 2008

---

[2] This also will allow defendant sufficient time to file any motions to quash the appearance of certain plaintiffs listed by NCLN20 as potential witnesses. While NCLN20's failure to comply with RCFC Appendix A, paragraph 15(a) has made it impossible to know with any certainty if any of the witnesses NCLN20 has set forth in its witness list possess any relevant information pertaining to an issue in this matter, our initial review of the names lead us to believe that we probably will be filing motions to quash the calling of several listed witnesses.

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on September 10, 2008, a copy of the foregoing **"DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S WITNESS LIST"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle